UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CRAIG MICHAEL KIRK,**

    **Plaintiff,**

**v.**
    Civil Action 2:09-cv-00583
    Judge James L. Graham
    Magistrate Judge E.A. Preston Deavers

**MUSKINGUM COUNTY OHIO,** *et al.*,

    **Defendants.**

## ORDER

The Court **REFERS** the Motions for Summary (ECF No. 91, 95) currently pending in this case, pursuant to 28 U.S.C. 636(b)(1)(B), to United States Magistrate Judge E.A. Preston Deavers for the issuance of a Report and Recommendation.

**IT IS SO ORDERED**.

    S/ James L. Graham
    James L. Graham
    UNITED STATES DISTRICT COURT

DATE: February 16, 2011