IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CRAIG MICHAEL KIRK | CASE NO. 2:09CV583 |
| Plaintiff, | JUDGE JAMES L. GRAHAM |
| v. | MAGISTRATE JUDGE PRESTON DEAVERS |
| MUSKINGUM COUNTY, OHIO, et al. | **DEFENDANT VILLAGE OF FRAZEYSBURG'S RESPONSES TO PLAINTIFF'S DISCOVERY DEMAND** |
| Defendants. | |

Defendant Village of Frazeyburg hereby submits its response to Plaintiff's demand for discovery:

**Village of Frazeysburg Reports**

Defendant produces herein the reports and records (with applicable redactions) concerning the traffic stop and arrest of Plaintiff on September 1, 2007.

**Insurance Policy**

Defendant produces herein the applicable Certificate of Declarations from the Village of Frazeysburg insurance agreement with the Ohio Government Risk Management Plan.

**Officer Schilling Personnel Records**

Defendant objects to production of the personnel records of Officer Schilling. The information sought is not relevant and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving said objection, Defendant states that there are no records of any complaints or discipline regarding Officer Schilling that precede Plaintiff's arrest on September 1, 2007.

1

**Police Chief Bigler Personnel Records**

Defendant objects to production of the personnel records of Police Chief Bigler. The information sought is not relevant and not reasonably calculated to lead to the discovery of admissible evidence. Further, Defendant states that Chief Bigler has been dismissed from this action pursuant to the Report and Recommendation of the Magistrate Judge.

**Other Requests**

Defendant objects the remainder of Plaintiff's requests on the grounds that they are overbroad, vague, not relevant and not reasonably calculated to lead to the discovery of admissible evidence.

Respectfully submitted,

s/ Nick C. Tomino

NICK C. TOMINO (0021132)
TOMINO & LATCHNEY, LLC, LPA
803 E. Washington St., Suite 200
Medina, Ohio 44256
(330) 723-4656
*Attorney for Defendant Village of Frazeysburg*

## CERTIFICATE OF SERVICE

The foregoing Defendant Village of Frazeysburg's Reponses to Plaintiff's Discovery Demand has been served via regular U.S. mail or electronic mail on this 5th day of August, 2010:

Craig M. Kirk, *Pro Se*
P.O. Box 206
Warsaw, Ohio 43844

s/ Nick C. Tomino

NICK C. TOMINO (0021132)

**MAYOR'S** — **MUSKINGUM** COUNTY, OHIO

STATE OF FRAZEYSBURG □ City ☒ Village □ Township  No. 14813

Case No. 07-0319-09

NAME: CRAIG M. KIRK    TRC0705702

[redacted personal info]

M 5'09 250 BRO BRO

DEFENDANT: COMPLAINT

9/1/07 12:29 AM

1992 FORD SW

SIVER OHIO

EAST 3RD STREET at NORTH STATE ST.

VILLAGE of FRAZEYSBURG MUSKINGUM

Speed limit 60

| Offense | ORC/ORD/T.P. |
|---|---|
| SPEED: ___ MPH in ___ MPH zone | □ ORC □ ORD □ T.P. |
| OMVI: ☒ Under the influence of alcohol/drug of abuse ☒ Refused | ☒ ORC □ ORD □ T.P. 73.01/4511.19 |
| DRIVER LICENSE: ☒ Suspended; Not on person, Suspension Type FRA | ☒ ORC □ ORD □ T.P. 4510.11A 75.98 |
| SAFETY BELT – Failure to wear | □ ORC □ ORD □ T.F. |
| OTHER OFFENSE: ONE HEADLIGHT INOPERATION | ☒ ORC □ ORD □ T.F. 74.03 4513.04A |
| OTHER OFFENSE | □ ORC □ ORD □ T.P. |

☒ VEHICLE SEIZED   ARREST CODE ___
PAVEMENT: ☒ Dry   # of Lanes 2
VISIBILITY: ☒ Clear ☒ Night
WEATHER: ☒ No Adverse
TRAFFIC: ☒ Light
AREA: ☒ Business
CRASH: ☒ No

REMARKS: CASE # 07-0319-09
ACCOMPANYING CRIMINAL CHARGE □ Yes ☒ No   TOTAL # OFFENSES 3

MAYOR'S
P.O. BOX 160  7 2ND ST.
FRAZEYSBURG, OH 43822

Tue 9/4/07   6p

SAT 9/1 07

OFF NL #8    6053 8 FPD

COURT RECORD

| ORI NUMBER: | OH0600400 | IR NUMBER: | 07-00318-08 | | IR DATE: | 09/01/2007 03:30:00 | PAGE NO. | 1 |

# FRAZEYSBURG POLICE DEPARTMENT
## OHIO UNIFORM INCIDENT REPORT

### ADMINISTRATIVE

- **AGENCY NAME:** FRAZEYSBURG POLICE DEPARTMENT
- **GEOCODE:** Zone 2
- **INCIDENT NUMBER:** 07-00318-08
- **CLEARANCES:** F - Arrest - Adult
- **TOD:** 09/01/2007 00:29:00
- **TOA:** 09/01/2007 00:29:00
- ☐ INCIDENT (NON-CRIMINAL)
- ☒ OFFENSE
- **TOC:** 09/01/2007 00:29:00
- **CLEARANCE DATE:** 09/01/2007
- **CLEARED BY:**

**REPORT DATE/TIME:** 08 / 01 / 2007 03:30:00
**INCIDENT OCCURRED FROM:** 09 / 01 / 2007 00:29:00
**INCIDENT OCCURRED TO:** 09 / 01 / 2007 00:29:00

**INCIDENT LOCATION:** East 3rd Street, Frazeysburg, OH 43822

### OFFENSE

| OFFENSE CODE | OFFENSE | | | FBI DEGREE | | HATE/BIAS | LARCENY |
|---|---|---|---|---|---|---|---|
| 4510.14 | 1) Driving Under OVI Suspension | | C | M-1 - Misdemeanor - 1 | | N - No Bias/Not Applicable | |

**LOCATION OF OFFENSE:** 47 - Street

**SUSPECTED OF USING:**
- A ☒ ALCOHOL
- D ☐ DRUGS
- C ☐ COMPUTER EQUIPMENT
- N ☐ NOT APPLICABLE

**TYPE OF WEAPON/FORCE USED:** 99-None

**TYPE OF CRIMINAL ACTIVITY:**

**METHOD OF ENTRY:**
- ☐ FORCE
- ☐ NO FORCE

**NO PREMISES ENTERED:** 0

| METHOD OF ENTRY - MOTOR VEHICLE THEFT | METHOD OF ENTRY - BURGLARY/B&E |
|---|---|
| ENTRY / EXIT | ENTRY / EXIT | ENTRY / EXIT |

**METHODS OF OPERATION:**

| ORI NUMBER: | OH0600400 | IR NUMBER: | 07-00319-09 | IR DATE: | 09/01/2007 03:30:00 | PAGE NO. | 2 |

## FRAZEYSBURG POLICE DEPARTMENT
### OHIO UNIFORM INCIDENT REPORT

**OFFENSE**

| OFFENSE CODE | OFFENSE | A/C | FM & DEGREE | HATE/BIAS | LARCENY |
|---|---|---|---|---|---|
| 73.01 | 2). Driving While Under the Influence of Alcohol/Drugs | C | M-1 - Misdemeanor - 1 | N - No Bias/Not Applicable | - |

**LOCATION OF OFFENSE:** 77 - Other Location

**SUSPECTED OF USING:**
- A ☒ ALCOHOL
- D ☐ DRUGS
- C ☐ COMPUTER EQUIPMENT
- N ☐ NOT APPLICABLE

**TYPE OF WEAPON/FORCE USED:** 99-None

**TYPE OF CRIMINAL ACTIVITY:**

**METHOD OF ENTRY:**
- ☐ FORCE
- ☐ NO FORCE

**NO PREMISES ENTERED:** 0

| METHOD OF ENTRY - MOTOR VEHICLE THEFT | METHOD OF ENTRY - BURGLARY/B&E |
|---|---|
| ENTRY | EXIT | ENTRY | EXIT | ENTRY | EXIT |

**METHODS OF OPERATION:**

---

| OFFENSE CODE | OFFENSE | A/C | FM & DEGREE | HATE/BIAS | LARCENY |
|---|---|---|---|---|---|
| 74.04 | 3). Headlights | C | M - Misdemeanor | N - No Bias/Not Applicable | - |

**LOCATION OF OFFENSE:** 77 - Other Location

**SUSPECTED OF USING:**
- A ☒ ALCOHOL
- D ☐ DRUGS
- C ☐ COMPUTER EQUIPMENT
- N ☐ NOT APPLICABLE

**TYPE OF WEAPON/FORCE USED:** 99-None

**TYPE OF CRIMINAL ACTIVITY:**

**METHOD OF ENTRY:**
- ☐ FORCE
- ☐ NO FORCE

**NO PREMISES ENTERED:** 0

| METHOD OF ENTRY - MOTOR VEHICLE THEFT | METHOD OF ENTRY - BURGLARY/B&E |
|---|---|
| ENTRY | EXIT | ENTRY | EXIT | ENTRY | EXIT |

**METHODS OF OPERATION:**

| ORI NUMBER: | OH0600400 | IR NUMBER: | 07-00319-08 | IR DATE: | 09/01/2007 03:30:00 | PAGE NO. | 3 |

# FRAZEYSBURG POLICE DEPARTMENT

## OHIO UNIFORM INCIDENT REPORT

**VICTIM**

- NO: 1
- TOTAL VICTIMS: 1
- VICTIM TYPE: S – Society / Public

NAME (Last, First, Middle)

ADDRESS (Street, Apt., City, State, Zip):

HOME PHONE

EMPLOYER NAME AND ADDRESS (Street, Apt., City, State, Zip):

PHONE

AGE: / D.O.B:  SEX:  RACE:  ETHNICITY:

HGT:  WGT:  HAIR:  EYES:

OCCUPATION:  SSN:  RESIDENT STATUS:

VICTIM INJURED: Y / N   IF INJURED, DESCRIBE INJURIES:

AGG. ASSAULT / HOMICIDE CIRC.:   ADDITIONAL JUSTIFICATION:   VICTIM/OFFENSE LINK:

JUSTIFIABLE HOMICIDE CIRC.:

OFFICER CIRCUMSTANCE:
OFFICER ASSIGNMENT TYPE:
OFFICER ORI:

PHYSICAL CONDITION

MEDICAL CONDITION:

| ORI NUMBER: OH0800400 | IR NUMBER: 07-00319-09 | IR DATE: 09/01/2007 03:30:00 | PAGE NO. 4 |
|---|---|---|---|

## FRAZEYSBURG POLICE DEPARTMENT
### OHIO UNIFORM INCIDENT REPORT

**ADDITIONAL INFORMATION**

*Additional migrated data. Please check current record(s) for validity.*

| My signature verifies that the information on this report is accurate | DATE: |
|---|---|

| ORI NUMBER: | OH0600400 | IR NUMBER: | 07-00319-09 | IR DATE: | 09/01/2007 03:30:00 | PAGE NO. | 5 |

## FRAZEYSBURG POLICE DEPARTMENT
### OHIO UNIFORM INCIDENT REPORT

| NO: 1 | ADULT ☒ | JUVENILE ☐ | UNKNOWN ☐ | CATEGORY 3 - Suspect/Arrestee | | CHARGES FILED? ☒ Y  N |

**NAME (Last, First, Middle)**
Kirk, Craig M

**ALIAS:**

**SSN:** (redacted)

**GANG AFFILIATION:**

**ADDRESS** (Street, Apt., City, State, Zip):

**HOME PHONE**

**EMPLOYER NAME AND ADDRESS** (Street, Apt., City, State, Zip):

**PHONE**

**PLACE OF BIRTH:**

**DL#/STATE:**

**OCCUPATION/SCHOOL:**

| AGE: | SEX: M - Male | RACE: | ETHNICITY: | HEIGHT: 5'9" | WEIGHT: 250 | HAIR: BRO - Brown | EYES: BRO - Brown |
| D.O.B.: | | | | | | | |

**SUSPECTED OF USING:** ☒ ALCOHOL ☐ DRUGS
**MARITAL STATUS:** M - Married
**RESIDENT STATUS:**

**SCARS, MARKS, TATOOS:**

**ADDITIONAL DESCRIPTION:**

**POTENTIAL INJURIES?**

**ARRESTEE WAS ARMED WITH** 99-None

| ORI NUMBER: OH0800400 | IR NUMBER: 07-00919-09 | IR DATE: 09/01/2007 03:30:00 | PAGE NO. 6 |

# FRAZEYSBURG POLICE DEPARTMENT
## OHIO UNIFORM INCIDENT REPORT

### ARREST INFORMATION

| ARREST DATE | TIME | ARREST LOCATION (Street, Apt., City, State, Zip): | OH |

| INCIDENT TRACKING NUMBER: | ARREST DISPOSITION C - Citation Issued | BAIL |

| MIRANDA WITNESSED BY: | | TIME READ: |

| FINGERPRINTED ☐ Y ☒ N | FINGERPRINT CARD NO. | PHOTOS TAKEN ☐ Y ☒ N | NO. TAKEN | PHOTO ID NO. | FBI/BCI# |

MULTIPLE ARRESTEE SEGMENTS INDICATOR
ARREST TYPE

WARRANT

COURT  Muskingum County

DATE

### REPORTEE

| NO. 1 | NAME (Last, First, Middle) Schilling, Jason B | AGE/ D.O.B. | SSN: |

ADDRESS (Street, Apt, City, State, Zip): 7 2nd Street, Frazeysburg, OH, 43822

HOME PHONE (740)828-2911

EMPLOYER NAME AND ADDRESS (Street, Apt, City, State, Zip): Village of Frazeysburg Police, 7 2nd Street, Frazeysburg, OH, 43822

PHONE (740)828-2911

STATEMENTS OBTAINED: ☒ Y ☐ N    TYPE: ☒ WRITTEN  ☐ ORAL  ☐ TAPED  ☐ OTHERS

| ORI NUMBER: | OH0600400 | | IR NUMBER: | 07-00319-08 | | | IR DATE: | 09/01/2007 03:30:00 | | PAGE NO. 7 |

## FRAZEYSBURG POLICE DEPARTMENT
## OHIO UNIFORM INCIDENT REPORT

**CHECK CATEGORIES:** ☐ STOLEN ☐ RECOVERED ☒ IMPOUNDED ☐ RECEIVED ☒ SUSPECT'S VEHICLE
☐ VICTIM'S VEHICLE ☐ UNAUTHORIZED USE ☐ ABANDONED

### VEHICLE

| NO. 1 | ☐ DAMAGE TO VEHICLE ☐ THEFT FROM VEHICLE | LIC: [redacted] | LIS: OH - Ohio | LIY: 2007 | LIT: PC - Passenger Car | VIN/OAN: [redacted] | VALUE |
|---|---|---|---|---|---|---|---|
| VYR: 1982 | VMA: Ford (also see English) | VMO: Escort | VST: Station Wagon | TOP COLOR: SIL - Silver BOTTOM COLOR: SIL - Silver | VEHICLE LOCKED ☒Y ☒N | KEYS IN VEHICLE ☒Y ☐N | HOLD VEHICLE ☐Y ☒N | RELEASE COMMENTS ☒Y ☐N |

| VEHICLE ASSOC. W/ SUSPECT NO. | VEHICLE ASSOC. W/ VICTIM NO. | VEHICLE TOWED? ☒Y ☐N | TOWED BY: J/R Towing 10 East 3rd Street | OWNERSHIP VERIFIED BY: 7 - LEADS |

| STOLEN MOTOR VEHICLE ONLY: | NO. STOLEN | AREA STOLEN: |

AUTO INSURER NAME (Company): NONE PROVIDED
ADDRESS (Street, Apt, City, State, Zip): OH
PHONE:

| MOTOR VEHICLE RECOVERY ONLY: | NO. RECOVERED | DATE REC. | STOLEN IN YOUR JURISDICTION ☐ Y ☒ N WHERE RECOVERED? |

ADDITIONAL DESCRIPTION:

### PROPERTY

| CASE CODE Evidence | QUANTITY 1 | DESCRIPTION: 1 open Budweiser beer can (Empty) Found cold with small amount of liquid | | |
|---|---|---|---|---|
| VICT. NO. | VEH NO. 1 | MAKE/BRAND: Budweiser | MODEL: | DATE RECOVERED 09/01/2007 |
| | SERIAL NUMBER: | NCIC NUMBER: | OTHER NUMBER: | |

| ORI NUMBER: | OH0600400 | IR NUMBER: | 07-00319-09 | IR DATE: | 09/01/2007 03:30:00 | PAGE NO. | 8 |



## FRAZEYSBURG POLICE DEPARTMENT
## OHIO UNIFORM INCIDENT REPORT

**NARRATIVE**

**INVESTIGATOR NOTE:**

Saturday, September 1, 2007 at 12:29 a.m.I, Officer Jason Schilling Unit #8, was conducting stationary patrol in the Huntington Bank Parking Lot located at the intersection of 3rd Street and State Street. I observed a silver Ford Escort Station Wagon traveling northbound on South State Street. The vehicle completed a right turn and drove eastbound on 3rd Street, I observed that the driver did not signal when turning and the vehicle only had one operational headlight on the driver side. I drove out of the Huntington Bank Parking Lot and traveled eastbound on 3rd Street. The suspect vehicle sped up as I approached and failed to stop when I activated my overhead beacons and turned on my audible siren on my marked patrol vehicle. The vehicle suddenly slowed and quickly drove off the roadway, onto the south side of the roadway, still facing eastbound. I contacted the Muskingum County Sheriff's Department Dispatcher and advised of the traffic stop, vehicle information (Ohio Plate: ▓▓▓▓▓ and advised of my location, East 3rd Street and west of Williamsburg Square Sales.I exited my patrol vehicle (#102) and approached the driver side window of the vehicle. I observed a male driver as the sole occupant. As I approached the vehicle, I also smelled a strong odor of an unknown alcoholic beverage emitting from the open driver side window.I made contact with the driver, who identified himself a Craig M. Kirk from Coshocton, Ohio. I asked for his driver's license, insurance information and vehicle registration. Kirk said, "Well that is going to be hard for me to do." He looked at me and then looked away. I smelled a strong odor of an unknown alcoholic beverage on his breath. His eyes were glassy and his pupils were fully dilated. He could not maintain eye contact with me and his head kept falling to his right shoulder. I asked why he did not have his license on him. He said, "Well that is a long story, you see I am an ex-patriot, and I do not believe in government or any type of identification." I asked for his name, Social Security Number and date of birth. He provided his name and date of birth, but refused to provide his Social Security Number.I advised Kirk that I stopped his vehicle because he did not signal when turning onto east 3rd Street and his passenger side headlight is not working. He said, "I don't believe that, I bet this is because of me being a Green's house." I asked where Green's house is, he said, "You know, Josh Green, he only lives a few doors down from the Police Department, he is a trouble maker and doesn't believe in government either." I assured him I did not stop him for that reason. Kirk said, "Well it is probably because I am Jewish." I once again assured him it was not for that reason.I asked Kirk if he consumed any alcohol, illegal substance or other drug before driving. He said no.I asked him to stay in his vehicle while I checked his driver's license information.I walked back to my patrol car and made contact with the Muskingum County Sheriff's Department Dispatcher. I was advised by the dispatcher that the Ford Escort is registered to ▓▓▓▓▓ and Craig Kirk's license was under permanent revocation since June, 27, 1994 through Franklin County Municipal Court.I observed Kirk's actions from my vehicle. I observed him strike the dashboard with his fist, root around inside the vehicle, shake his fists over his head and throw a small unknown object into the rear storage compartment of his vehicle. I requested assistance through the MCSO dispatcher. Dresden Police Department (Unit 2 / Asst. Chief) advised he was en-route. MCSO Deputy Caldwell also advised he was en-route.I exited my vehicle and approached the driver side window of the suspect vehicle. I advised Kirk that his license are under suspension permanently. He said, "Yeah, and what else is new. I already knew that." I asked him to submit to a standard field sobriety test. He refused. I explained the consequences for not submitting to the field test. He still refused. I asked him to step out of the vehicle. He did without incident. I walked him to the rear of his vehicle and advised he was under arrest for suspicion of OVI and Driving Under Suspension. I could smell a strong odor of an unknown alcoholic beverage upon his breath and person. His eyes were glassy, and he stumbled as he walked. I advised him of his Miranda rights and placed him under arrest. Kirk said he has a bad back and neck and cannot wear one set of handcuffs behind his back. I placed both available pairs of handcuffs on his wrists for maximum comfort. He asked if I would place the handcuffs in front of him. I explained that I would, when my back-up arrives. I walked him to the rear passenger side of my cruiser. I again asked if he would submit to a field sobriety test and of the consequences if he does not. He again said no. Kirk stated he was being falsely arrested and I was violating the "Commandments of Moses." I asked him to recite the commandments I was violating. He mumbled and said, "I can only tell you one, the rest are a secret." Kirk said, "I am Jewish, so does that mean you are going to shoot me along the roadside?" I assured him that would not happen. He said, "That is what Hitler did." Dresden (Unit 2) arrived and parked behind my cruiser. The Dresden officer assisted me with patting down Kirk and placing a third set of handcuffs in a chain along Kirk's stomach. Kirk advised he was more comfortable.MCSO Deputy Sheriff Caldwell also arrived as we placed the third set of handcuffs on Kirk. Kirk was placed in the rear passenger side of my patrol car.Dresden (Unit 2) contacted the MCSO dispatcher and requested a tow truck. I completed an inventory of the vehicle prior to impound. I noted the mileage and VIN number of the vehicle. I also completed an inventory of the entire interior of the vehicle. I observed a large amount of trash inside the vehicle. The driver seat was wet and smelled like urine. The interior of the vehicle also smelled like an unknown alcoholic beverage. I noted a fixed blade knife secured inside a leather sheath lying on the passenger side dashboard. The blade appeared to be five inches or less in length and was not removed from the vehicle.I completed an inventory of the rear storage compartment of the vehicle. The compartment is not separate and is accessible from the front and rear passenger seats. I noted on the inventory sheet a

| ORI NUMBER: OH0800400 | IR NUMBER: 07-00319-09 | | |
|---|---|---|---|
| | | IR DATE: 09/01/2007 03:30:00 | PAGE NO. 9 |



## FRAZEYSBURG POLICE DEPARTMENT
## OHIO UNIFORM INCIDENT REPORT

red plastic tool kit with miscellaneous tools and trash. I discovered a compacted 12 oz. Budweiser beer can near the toolkit. The can contained a small amount of an unknown yellow liquid that smelled and appeared to be an alcoholic beverage. The can was very cold and moist. The weather conditions during the traffic stop were clear and warm. The contents of the can smelled fresh and the can appeared to have been recently opened and emptied or consumed. I walked back to my patrol vehicle and spoke with Kirk about the beer can I found in the storage area. I asked if he consumed the contents prior to or while driving. He laughed and said, "Oh, we collect cans to recycle." 1:20 a.m. J/R Towing arrived (Business Address: 10 East 3rd Street Frazeysburg, Ohio 43822). I advised the tow truck driver, James Smith, that the vehicle is not on-hold, but can only be released to the owner, ▓▓▓▓▓▓▓▓. The keys were left in the ignition. 1:45 a.m. I transported Kirk to Ohio State Highway Patrol Post 60 in Zanesville, Ohio. I read Kirk his Miranda, he said he understood. Trooper Roe (382) witnessed the Miranda form. Kirk refused to sign the form. Trooper Roe setup the Breathalyzer Machine for the breath test. He placed a fresh plastic mouth piece on the blow tube of the machine. The mouth piece was inside a sealed clear plastic baggie prior to being removed. I read the BMV 2255 consequences section on the reverse side of the form to Kirk. Kirk refused to read along with the form. After the form was read to him, he said, "Whatever." Trooper Roe signed the form as a witness. 2:07 a.m. Trooper Roe requested that Kirk blow into the mouthpiece on the Breathalyzer Machine. Kirk refused and did not place his mouth on or near the tube. He remained seated in front of the machine. Roe recorded the results as a refusal. 2:36 a.m. I transported Kirk to the Frazeysburg Police Department for processing. I completed an Influence Report. Kirk was cooperative during the interview. I presented him with a copy of the BMV 2255 form and Breathalyzer Machine Report. I advised Kirk that he is being charged with OVI, Driving Under Suspension and Failure to Display Two Operable Headlights. He said he understood and signed citation #4813. I advised him he is scheduled to appear in Frazeysburg Mayor's Court on Tuesday, September 4, 2007 at 6:00 p.m. He said, "There is going to be a problem with that. That is a Jewish Holiday. I don't conduct business on holidays." I asked what the name of the holiday is. He said, "It is a Jewish thing, it is a new moon." I advised I am not familiar with that being a holiday. I explained that he would need to contact the court to reschedule, and if he does not appear, a warrant would be issued for his arrest. He said, "I guess I can work something out." 3:45 a.m. Kirk was released to his wife.

| REPORTING OFFICER: Schilling, Jason | BADGE NO. FB#3 | DATE: 09/04/2007 14:18 |
|---|---|---|

| FOLLOW-UP? ☐ Y ☒ N | If yes, follow-up Assignment: | | 09/04/2007 |
|---|---|---|---|

STATE OF OHIO
HP-70G
10-0277-00
OHP 0277
Rev. 11/02/01

DEPARTMENT OF PUBLIC SAFETY

Report No. 07-0319-09

## Ohio State Highway Patrol
## Constitutional Rights Waiver

# YOUR CONSTITUTIONAL RIGHTS

Place  OSHP-ZANESVILLE
Date  07-01-07
Time  2:01 AM

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.

Anything you say can and will be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions, and to have the lawyer present with you during questioning.

If you are unable to pay a lawyer, one will be appointed for you prior to any questioning, if you so desire.

If you wish to answer questions now without a lawyer present, you have the right to stop answering questions at any time. You also have the right to stop answering at any time until you talk to a lawyer.

## WAIVER

I have read the statement of my rights shown above. I understand what my rights are. I am willing to answer questions and make a statement. I do not want a lawyer at this time. I understand and know what I am doing. No promise or threats have been made to me and no pressure or coercion of any kind has been used against me.

Signed X  REFUSED

Witness X ___
Witness X ___
Time  0220 / 9/1/2007
Education ___
Other ___

# FRAZEYSBURG POLICE DEPARTMENT DRUG INFLUENCE EVALUATION 07-___

219

- [x] TRAFFIC  [ ] FATALITY INVEST  [ ] OTHER  [ ] FIELD CERT  [ ] MOCK EVAL  [ ] INST OBSERVED  [ ] RECERT

**EVALUATOR AND DRE #:** OFC. J. Schilling #8
**WITNESS:** [ ] DRE
**DRE'S AGENCY:** Frazeysburg Police
**CASE NO:** 07-316-09
**INSTRUCTOR:**
**NOTIFICATION DATE AND TIME:** 9/1/07 @ 0320 Am

**ARRESTING OFFICER:** OFC. J. Schilling #8
**MIRANDA WARNING GIVEN BY:** Schilling
**LOCATION:** OSHP
**COUNTY OF ARREST:** Muskingum

**BREATH TEST RESULTS:** Refused   **INSTR NO:**   **COLLISION:** [x] NONE [ ] FATALITY [ ] INJURY [ ] PROPERTY

**SUBJECT'S NAME:** Craig M. Kirk
**DOB:** ___  **SEX:** [x] M [ ] F  **RACE:** ___  **OLN:** ___  **STATE:** Ohio  **DATE/TIME OF ARREST:** 9/1/07 12:29 Am  **TIME OF EVAL:** 3:10 Am

**WHAT HAVE YOU EATEN TODAY?** Fries, Turkey Sausage, Egg McMuffin  **WHEN?** 8pm
**WHAT HAVE YOU BEEN DRINKING?** No  **WHEN?**  **WHAT TIME IS IT?** 3:12 / 3:12 Am (actual)

**WHEN DID YOU LAST SLEEP? HOW LONG?** Slept 8-9 hrs. last night
**ARE YOU SICK OR INJURED?** No
[ ] DIABETIC [ ] EPILEPTIC  **TAKE INSULIN?** N/A

**DO YOU HAVE A PHYSICAL IMPAIRMENT?** Left back/shoulder/neck (never treated)
**UNDER THE CARE OF A DR. OR DENTIST?** [ ] YES [x] NO  IF YES NAME:
**WHAT MEDICATIONS OR DRUGS ARE YOU TAKING?** None

**ATTITUDE:** Calm
**COORDINATION:** Moderate
**SPEECH:** Slurred
**BREATH:** Strong-Alcoholic
**FACIAL COLOR:** Flush

**CORRECTIVE LENSES:** [x] NONE [ ] GLASSES  CONTACTS: [ ] SOFT [ ] HARD
**BLINDNESS:** [x] NONE [ ] LEFT [ ] RIGHT
**EYES:** [ ] NEAR NORMAL [x] BLOODSHOT [ ] WATERY
**EYELIDS:** [ ] NORMAL [x] DROOPY
**PUPIL SIZE:** [x] EQUAL [ ] UNEQUAL
**ABLE TO FOLLOW STIMULUS:** [ ] YES [ ] NO
**TRACKING:** [ ] EQUAL [ ] UNEQUAL  Refused

### HGN
| | LEFT | RIGHT |
|---|---|---|
| LACK OF SMOOTH PURSUIT | Y N | Y N |
| MAX. DEVIATION | Y N | Y N |

**ANGLE OF ONSET:** Refused

**VERTICAL NYSTAGMUS:** [ ] Yes [ ] No
**CONVERGENCE:** Right ___ Left ___

**ROMBERG BALANCE:** Approx / Approx  Refused
**EYELID TREMORS:** [ ] YES [ ] NO
**EST ___ 30 SEC.  HOW MANY SEC.?**
**ESTIMATION METHOD:**

### WALK AND TURN:
Refused

**TYPE OF FOOTWEAR:**
**CAN'T KEEP BALANCE:** Refused
**STARTS TOO SOON**
1st / 2nd
**STOPS WALKING**
**MISSES HEEL TO TOE**
**STEPS OFF LINE**
**RAISES ARMS**
**ACTUAL STEPS TAKEN**

**DESCRIBE TURN:** Refused
**CANNOT DO TEST:**

### ONE LEG STAND:
LEFT FOOT / RIGHT FOOT — 30 / 30
**SWAYS**
**USES ARMS TO BALANCE**
**HOPPING**
**PUTS FOOT DOWN**

### FINGER TO NOSE
RIGHT: 2, 4, 5   LEFT: 1, 3, 6

**3-PULSES:** FIRST / SECOND / THIRD — Refused
**BLOOD PRESSURE:** /
**TEMP:**

**PUPIL SIZE:**
- Room Light 2.5mm – 5.0mm
- Near Total Darkness 5.0mm – 8.5mm
- Direct Light 2.0mm – 4.5mm

LEFT EYE / RIGHT EYE
**HIPPUS:** [ ] Yes [ ] No
**REBOUND DILATION:** [ ] Yes [ ] No
**REACTION TO LIGHT:**
**NASAL AREA**
**ORAL CAVITY**

**MUSCLE TONE:** [ ] NEAR NORMAL [ ] FLACCID [ ] RIGID

**WHAT MEDICATIONS OR DRUGS HAVE YOU BEEN USING?**
| TYPE OF DRUG? | HOW MUCH/DOSAGE? | TIME OF USE? |
|---|---|---|
| Refused | | |

**WHERE WERE THESE DRUGS USED?**

**INJECTION SITES:** RIGHT / LEFT

**INTERROGATION, STATEMENTS AND OTHER OBSERVATIONS (USE BACK IF NECESSARY):**
Glassy eyes, dilated pupils, slurred speech, stumbling
**SEE BACK:** [ ] Y [x] N

**OPINION:**
[ ] DEPRESSANT [ ] NARCOTIC ANALGESIC [ ] INHALANT [ ] CANNABIS [ ] NOT IMPAIRED
[ ] STIMULANT [ ] DISSOCIATIVE ANESTHETIC [ ] HALLUCINOGEN [x] ALCOHOL [ ] M60 RULE OUT

**TOX SAMPLE:** [ ] BLOOD [ ] URINE [ ] REFUSED [ ] UNABLE TO OBTAIN [ ] NOT REQSTD  0320
**TIME COMPLETED:** 0320

**EXAMINING OFFICER:** OFC. Jason Schilling  **BADGE NO:** 8
**REVIEWED BY DRE INSTRUCTOR:**

3000-150-008 (Rev. 5/06)   COPIES TO: [ ] ARRESTING OFFICER [ ] COURT [ ] ORIGINATING AGENCY [ ] TOX LAB [ ] STATE COORDINATOR

07-0319-09

# BAC DATAMASTER

Bureau of Alcohol and Drug Testing

## SUBJECT TEST FORM

| TEST DATE | | | SUBJECT NAME |
|---|---|---|---|
| MONTH | DAY | YEAR | |
| 7 | 1 | 2007 | CRAIG M. KECK |

| DATE OF BIRTH | | | AGE | SEX | SOCIAL SECURITY # |
|---|---|---|---|---|---|
| MONTH | DAY | YEAR | | M | |

| ADDRESS | CITY |
|---|---|
| | |

| STATE | ZIP CODE | DRIVER LICENSE # | STATE | EXPIRES |
|---|---|---|---|---|
| OH | | | OH | |

| ARRESTING OFFICER | DEPARTMENT |
|---|---|
| SCHILLING | FRAZEYSBURG POLICE DEPT. |

| UNIFORM TRAFFIC TICKET # | STATUTE / ORDINANCE |
|---|---|
| 4813 | OVI / DUS (FRA) |

| OLATION | TEST SITE # |
|---|---|
| 73.01 / 71.19 | HP.60 |

## BAC DataMaster Operational Checklist

☒ (1) Observe subject for twenty minutes prior to testing to prevent oral intake of any material.

☒ (2) Press "RUN" button.

☒ (3) Enter data as prompted by instrument display.

☐ (4) Take breath sample when "PLEASE BLOW" appears on display.

☒ CHECK IF SUBJECT REFUSED TEST

TEST RESULT: 0._____ g/210L

| PERMIT # | EXPIRATION DATE | | | INSTRUMENT SERIAL # | TEST I.D. # |
|---|---|---|---|---|---|
| | MONTH | DAY | YEAR | | |
| 51046-1-6 | 11 | 18 | 2008 | 136615 | 07-180 |

| OPERATORS SIGNATURE | DEPARTMENT |
|---|---|
| | CHP |

Original: *Court Copy*   Copy: *Filed At Instrument Site*   RULE 3701-53-02   HEA 2650   REV 8/2002

NO. 07-0319-09
NCIC _____

## VEHICLE IMPOUNDMENT RECORD

NO. _____

| MAKE: FORD | MODEL: ESCORT | COLOR: SILVER | NO. OF CYLINDERS: 4 |
| YEAR: 1992 | MILEAGE: 17412 | LICENSE NO.: OHIO | HORSEPOWER OR CUBIC INCH DISPLACEMENT: — |
| SERIAL NO. | FUEL: ☒ Gas ☐ Diesel | VIN NO. | NO. OF AXLES: 2 |

TYPE OF VEHICLE:
☒ Passenger Vehicle ☐ Ambulance ☐ Truck ☐ Tractor ☐ Trailer ☐ Semi-Trailer ☐ Bus ☐ Motorcycle ☐ RV
NO. OF WHEELS: 4

BODY STYLE:
☐ Coupe ☐ Sedan ☐ 2-Door Hardtop ☒ Station Wagon ☐ 4-Door Sedan/Hardtop ☐ Pickup ☐ Convertible ☐ Panel ☐ Van ☐ Rack ☐ Stake ☐ Carryall ☐ Flatbed ☐ Camper
BUS (Passenger capacity): ____
TRUCK (Mfg. Rated capacity): ____

VEHICLE OPERATOR (Address, Number, Street, City, State): CRAIG KIRK
PHONE NO.

REGISTERED OWNER (Address, Number, Street, City, State):
PHONE NO. owner only — NO HOLD

NAME & ADDRESS OF LIEN HOLDER (if applicable):
PHONE NO.

### REASON FOR IMPOUNDMENT
ACCIDENT ☐  DUI ☒  STOLEN ☐  ABANDONED ☐  FELONIOUS USE ☐  NO OPR. LIC. ☒  BURNED ☐
OTHER THAN ABOVE _____

NAME OF ARRESTED PERSON ☐  INJURED ☐  OTHER ☐  CRAIG M. KIRK   REPORT NO. 07-0319-09
EXACT LOCATION WHERE VEHICLE PICKED UP: 3RD ST @ Williamsburg Sqr.
TOW-IN SERVICE REQUESTED BY: 8   NAME OF TOW-IN SERVICE: JR Towing
DATE OF IMPOUNDMENT: 9/1/07   TIME: 0114   TOWED OR DRIVEN BY: JR Towing Frazey   NAME & TITLE OF IMPOUNDING OFFICER: OFC. J. Schilling 8

### INVENTORY AND CONDITION OF VEHICLE WHEN IMPOUNDED
DOORS AND TRUNK: LOCKED ☐  UNLOCKED ☒  KEYS IN CAR ☒  KEYS IN PROPERTY ROOM ☐  OTHER _____
(USE CONDITION SYMBOL 1-FOR EXCELLENT - 2-GOOD - 3-FAIR - 4-POOR - 5-CONSTRUCTIVE TOTAL)

| ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | FRONT END | | 2 | | ENGINE | | 2 | | SPARE TIRE | | 2 |
| | LF ¼ | | 2 | | RADIATOR | | 2 | | LR TIRE | | 2 |
| | LF DOOR | | 2 | | ALTERNATOR | | 2 | | RR TIRE | | 2 |
| | LR DOOR | | 2 | | BATTERY | | 2 | | RF TIRE | | 2 |
| | LR ¼ | | 2 | | A/C | | 2 | | LF TIRE | | 2 |
| | REAR END | | 2 | | RADIO | | 2 | | GLASS | | 2 |
| | RF ¼ | | 2 | | TAPE DECK | | 2 | | C.B. RADIO | | 2 |
| | RF DOOR | | 2 | | HUB CAP | | 2 | | C.B. ANTENNA | | |
| | RR DOOR | | 2 | | WHEEL COVER | | 2 | | | | |
| | RR ¼ | | 2 | | DRIVE TRAIN | | 2 | | | | |
| | HOOD | | 2 | | JACK | | 2 | | | | |
| | TOP | | 2 | | TOOLS | | 2 | | | | |
| | REAR LID | | 2 | | GASOLINE | | 2 | | | | |

REMARKS: MISC. TRASH, BABY SEAT, TOOL KIT, LEFT IN VEHICLE.
(USE SUPPLEMENTARY REPORT FOR ANY DETAILS NOT LISTED ON THIS PAGE)
DESCRIBE ANY PERSONAL PROPERTY LEFT IN VEHICLE: 1- Budweiser, 12oz. beer can — evidence

REPORT MADE BY: OFC ___ 8   DATE: 9/1/07   TIME: 0114

THE ABOVE VEHICLE HAS BEEN RELEASED TO ME AND I FOUND ITS CONDITION TO BE AS INDICATED ABOVE.
SIGNED: James _____   DATE _____   TIME: 1:20 AM

# OHIO BUREAU OF MOTOR VEHICLES
## REPORT OF LAW ENFORCEMENT OFFICER
## ADMINISTRATIVE LICENSE SUSPENSION /
## NOTICE OF POSSIBLE CDL DISQUALIFICATION / IMMOBILIZATION / FORFEITURE

**A. NAME:** CRAIG M. KIRK

**CLASS:** D  **STATE:** OHIO

**4 DIGIT COURT CODE:** 6053  **COUNTY OF VIOLATION:** MUSKINGUM

**DATE OF VIOLATION:** 9/1/2007  **TIME OF VIOLATION:** 12:29 AM

**DATE OF REFUSAL OR TEST:** 9/1/2007  **TIME OF REFUSAL OR TEST:** 2:07 AM

**YEAR:** 92  **MAKE:** FORD  **TYPE PLATE:** PASS  **STATE:** OHIO

**VEHICLE STORED AT:** J/R TOWING 10 EAST 3RD STREET FRAZEYSBURG OHIO  **CITY:** FRAZEYSBURG

**B. Officer to Complete for All OVI / Physical Control Arrests:**
Circle arrest type: (OVI) Physical Control
The driver:
- [X] Refused to submit to test(s).
- [ ] Submitted to test(s). 0.___ % alcohol test result
- [X] Circle test type for which results were reported: Whole Blood, Breath, Urine, Blood Serum, or Blood Plasma
- [X] Was placed under an Administrative License Suspension (4511.191)
- [ ] License was seized
- [X] Offender was provided a copy of this form at the time of arrest.

I requested the driver, by reading advice on the back, to submit to a chemical test(s) for alcohol and/or for the presence of any controlled substance or metabolite. My reasonable grounds for OVI/Physical Control arrest before test were: TRAFFIC CRASH

**E.** Signature of driver: REFUSED  [X] REFUSED TO SIGN

**SIGNATURE OF ARRESTING OFFICER:** (signed) #8
**ENFORCEMENT AGENCY:** FRAZEYSBURG POLICE DEPT.  **OHIO**
**SIGNATURE OF WITNESS:** (signed) #362
**OFFICER'S BUSINESS STREET ADDRESS:** PO BOX 160  7 2ND ST.
**CITY:** FRAZEYSBURG  **STATE:** OHIO  **ZIP CODE:** 43822

**STATE OF OHIO, COUNTY OF:** MUSKINGUM

Sworn to before me this 4th day of September, 20 07

BMV 2255 7/06  White/Original – BMV  Canary – Law Enforcement  Pink – Court  Goldenrod – Offender



# Ohio Government Risk Management Plan
## Member Certificate Declarations

**Member Participant**
Village of Frazeysburg-Muskingum
P.O. Box 160
7 Second St.
Frazeysburg, OH 43822

**Regional Risk Manager**
Rinehart, Walters, Danner Insurance
446 Park Avenue, West
P.O. Box 487
Mansfield, OH 44901

**Policy Period**
Certificate Number  OH1030406-P07
Effective Date  06/29/2007
Expiration Date  06/29/2008

**Annual Premium**  
  Payment Plan
  Annual
  X Semi-Annual
  Quarterly

Coverage provided below along with the Supplemental Declarations, Auto Declarations, Coverage Forms and Endorsements make up the complete policy.

## PROPERTY COVERAGES

**Blanket Building and Personal Property**
  Limit
  Valuation Method
  Level of Protection
  Agreed Value
  Business Income with Extra Expense
  Legal Liability – Real Property
  Location:
  Deductible:

**Coverage Limit**
$5,125,552
Replacement Cost
Causes of Loss - Special
Yes
$100,000
$1,000,000
Per Schedule On File With The Ohio Plan
$1,000

**Boiler & Machinery**
  Limit
  Deductible – All Other Property
  Deductible – Deep Well Pumps

$5,125,552
$1,000
$10,000

## INLAND MARINE COVERAGES

**Special Property Coverage**
  Miscellaneous Property and Equipment Limit
  Fire and Rescue Property and Equipment Limit
  Scheduled Equipment Limit
  Description
  Deductible

**Coverage Limit**
$10,900
Not Covered
$281,676  ✓
Per Schedule On File With The Ohio Plan
$500

**Electronic Equipment/Media Coverage Form**
  Electronic Equipment Limit
  Electronic Media Limit
  Extra Expense Limit
  Business Income Limit
  Description
  Deductible

**Coverage Limit**
$5,000
$10,000
$10,000
Not Covered
Per Schedule On File With The Ohio Plan
$500

OH1000(11/06)
Page 1 of 2

Village of Frazeysburg-Muskingum

## LIABILITY COVERAGES

**Governmental General Liability**     **Coverage Limit**
- Each Occurrence — $1,000,000
- Personal & Advertising Injury — $1,000,000
- Each Electronic Data Incident — $50,000
- General Aggregate — $3,000,000
- Medical Expense Limit – Per Person — $10,000
- Medical Expense Limit Annual Aggregate — $50,000

**Employer's Liability (Ohio Stop Gap)**     **Coverage Limit**
- Bodily Injury by Accident – Each Accident — $1,000,000
- Bodily Injury by Disease – Each Employee — $1,000,000
- Bodily Injury Aggregate Limit — $1,000,000

**Employee Benefits Liability**     **Coverage Limit**
- Each Incident — $1,000,000
- Annual Aggregate — $3,000,000

**Public Officials Liability**     **Coverage Limit**
- Each Wrongful Act — $1,000,000
- Annual Aggregate — $3,000,000
- Declaratory, Equitable and Injunctive Relief Defense – Annual Aggregate — $10,000
- Back Wages — $10,000
- Public Officials Liability Deductible — $1,000
- Declaratory, Equitable and Injunctive Relief Deductible — $1,000

**Law Enforcement Liability**     **Coverage Limit**
- Each Wrongful Act — $1,000,000
- Annual Aggregate — $3,000,000
- Medical Expense Limit – Per Person — $10,000
- Medical Expense Annual Aggregate — $50,000
- Deductible — $1,000

## AUTOMOBILE COVERAGE

For Details See OH1500(11/06) GOVERNMENTAL AUTOMOBILE DECLARATIONS

## CRIME COVERAGE

**Coverage Limit**
- Theft, Disappearance and Destruction — $2,500
- Deductible: $0
- Public Employee Dishonesty (Coverage Form O – Per Loss) — $25,000
- Deductible: $0
- Forgery or Alteration (Coverage Form B) — $5,000
- Deductible: $0
- Computer Fraud — $2,500
- Deductible: $100
- Funds Transfer Fraud — $5,000
- Deductible: $0

Signature of Authorized Agent     Date



# Ohio Government Risk Management Plan
## Coverage Forms and Endorsements
### Village of Frazeysburg-Muskingum
### OH1030406-P07

| | | | |
|---|---|---|---|
| OH1000(11/08) | Member Certificate Declarations | | **Automobile** |
| OH1001(11/05) | Member Certificate Supplemental Declarations | OH1500(11/08) | Governmental Automobile Declarations Page |
| OH1002(11/05) | Coverage Forms and Endorsements | OH1501(11/06) | Governmental Auto Coverage Form |
| OH1003(07/00) | Common Policy Conditions | OH1502(11/05) | Auto Medical Payments Coverage |
| OH1005(07/00) | Nuclear Energy Liability Exclusion | OH1504(11/05) | Emergency Vehicles - Volunteer Firefighters and Workers Injuries Excluded |
| OH1006(07/00) | Multiple Deductible Endorsement | | |
| OH1007(11/05) | Exclusion of Certain Computer-Related Losses | | |
| OH1014(11/05) | Terrorism Exclusion Endorsement | | **Crime** |
| OH1015(11/05) | Terrorism Exclusion Endorsement | OH1600(11/05) | Crime General Provisions |
| OH1016(11/05) | Mold Exclusion Endorsement | OH1601(11/05) | Public Employee Dishonesty Coverage Form (O) |
| OH1017(11/05) | Mold Exclusion Endorsement | OH1602(11/05) | Add Faithful Performance of Duty |
| OH1018(11/05) | Electronic Functionality Exclusion Endorsement | OH1603(11/05) | Forgery or Alteration Coverage Form |
| | | OH1604(11/05) | Theft, Disappearance and Destruction Coverage Form |
| | **Property** | OH1605(07/00) | Computer Fraud Coverage Form |
| OH1100(07/00) | Governmental Property Conditions | OH1606(11/05) | Funds Transfer Fraud Coverage |
| OH1101(11/06) | Governmental Building and Personal Property Coverage Form | | |
| OH1102(11/05) | Causes of Loss - Special Form | | **Endorsements** |
| OH1103(11/05) | Business Income (and Extra Expense) Coverage Form | OH1423(11/05) | Pollution Exception - Designated Operations |
| | | OH1425(11/05) | Pollution Exception - Sewer Backup |
| OH1104(11/05) | Legal Liability Coverage Form | | |
| OH1105(11/05) | Ordinance or Law Coverage | | |
| OH1106(11/06) | Boiler & Machinery Coverage - Comprehensive | | |
| OH1114(11/05) | Coverage Limit Endorsement | | |
| | **Inland Marine** | | |
| OH1200(11/05) | Governmental Inland Marine Conditions | | |
| OH1201(11/05) | Special Property Coverage Form | | |
| OH1202(01/03) | Electronic Equipment/Media Coverage Form | | |
| | **Liability** | | |
| OH1400(11/05) | Governmental General Liability Coverage Form | | |
| OH1402(11/05) | Employers Liability (Stop Gap) Coverage Form | | |
| OH1403(11/05) | Employee Benefits Liability Coverage Form | | |
| OH1404(11/06) | Public Officials Liability Coverage Form | | |
| OH1405(11/05) | Law Enforcement Liability Coverage Form | | |
| OH1406(11/05) | Exclusion - Year 2000 Computer Related and other Electronic Problems | | |
| OH1407(11/06) | Declaratory, Equitable and Injunctive Relief Defense Endorsement | | |

OH1002(11/05)
Page 1 of 1