(3)

PLAINTIFF'S EXHIBIT 4

Date 1-8-2008 A.C

State of Ohio
IN the court of Common Please
401 Main Street 2 Floor Zanesville
Ohio 43701

State of Ohio
State of Ohio (FR2)
    Plaintiff

Case number TRC670516

Craig Kirk
28 North Fourth street
Zanesville, Ohio

Request For Law Books From Home or County Law Library under Federal Law!

Now comes Craig M. Kirk Request the court To grant Craig Kirk to Bring in his own Law Books or open the way to the Law Library under federal Law. Craig M Kirk is Pro Se and has kept His right to further his own case herein.

up to jail policy

Respectfully Submitted
Craig M Kirk
28 North Fourth street
Block 3   cell 39
Zanesville, Ohio

Certificate of Service
The undersigned hereby certifies that a copy of the foregoing copy of Request For Law Books From Home or County Law Library under Federal Law
Craig M Kirk



PLAINTIFF'S EXHIBIT 4-1

Copy

To: Captin Miller - Craig Kirk
20080019  Cell 39  Floor 3

To or Motions have Been filed to ether get Law Books in or a Law Libray well Sunday my wifes Bringing in 3 or 4 Law Books that I got from west Law. MARK PAINTER DUI Book West Law Book on search and Seizure West Law Book on Police misconduct Paul Rice 101 Practios and Pitfalls of evindance, also my wife shall Bring my offspring down to see me sunday. We @ the Kirks don't Believe in Certificates or SS cards were Hebrews we practice the Law of Moses. So we ask you to PART the way to me Craig Kirk Practing Hebrew Pro Se

also a Black Law Dictnory 7th I need this as well

Respectly yours
Craig M Kirk

1-17-2008 A.D.



PLAINTIFF'S EXHIBIT 4-2

STAFF MEMBER. COMPLETE THE CARD AND RETURN IT TO THE STAFF MEMBER WHO WILL IN TURN FORWARD IT TO THE NURSE. YOU DO NOT HAVE TO WRITE ON THE CARD THAT YOU WANT TO BE TESTED FOR AIDS, JUST THAT YOU WOULD LIKE TO SEE THE NURSE FOR TESTING.

"HIGH RISK GROUPS"

1. I V DRUG USERS – PEOPLE WHO "SHOOT UP"
2. HOMOSEXUALS
3. PERSONS WHO ENGAGE IN FREQUENT UNPROTECTED SEX

XX. LEGAL SERVICES

THE MUSKINGUM COUNTY JAIL DOES NOT MAINTAIN A LAW LIBRARY. IF YOU ARE INDIGENT, AN ATTORNEY WILL BE APPOINTED TO REPRESENT YOU BY THE COURT FOR ANY CRIMINAL CHARGES PENDING AGAINST YOU WHICH COULD RESULT IN A JAIL SENTENCE. IF YOU ARE INDIGENT OR UNABLE TO OBTAIN LEGAL ASSISTANCE AND NEED THE ASSISTANCE OF AN ATTORNEY FOR ANY OTHER REASON, PREPARE A REQUEST IN WRITING FOR LEGAL ASSISTANCE. YOUR REQUEST WILL BE GIVEN TO A JUDGE OF THE COURT OF COMMON PLEAS FOR REVIEW AND THE JUDGE WILL DETERMINE WHAT LEGAL SERVICES WILL BE PROVIDED.

XXI. OPERATING HOURS

INMATES ARE PERMITTED TO USE THE PHONES IN THE HOUSING UNITS DAILY BETWEEN THE HOURS OF 8:00 AM AND 10:30 PM. YOU WILL BE PERMITTED TO WATCH TV AND ASSOCIATE WITH OTHER INMATES ON SUNDAY THROUGH THURSDAY BETWEEN THE HOURS OF 8:00 AM AND 11:00 PM. FRIDAY AND SATURDAY THOSE HOURS ARE BETWEEN 8:00 AM AND 2:00AM. SLEEPING HOURS ARE 11:00 PM TO 5:30 AM ON SUNDAY THROUGH THURSDAY AND 2:30 AM TO 5:30 AM ON FRIDAY NIGHT AND SATURDAY NIGHT. YOU ARE TO BE IN YOUR BED DURING SLEEPING HOURS UNLESS USING THE RESTROOM. THERE ARE NO EXCEPTIONS TO THIS UNLESS APPROVED BY THE SHIFT SUPERVISOR. ALL TV AND PHONE TIMES ARE SUBJECT TO THE HOUSING UNIT PASSING THE CLEANING INSPECTION EACH MORNING.

### IV. PERSONAL PROPERTY

INMATES ARE NOT PERMITTED TO HAVE VALUABLE ARTICLES IN THEIR POSSESSION. INMATES ARE NOT PERMITTED TO TRANSFER PROPERTY TO OTHER INMATES. PROPERTY FOUND IN VIOLATION WILL BE CONFISCATED AND HELD UNTIL YOU ARE RELEASED. AT THE TIME YOU ARE BOOKED IN, ALL PROPERTY TURNED OVER TO THE STAFF WILL BE INVENTORIED. YOUR SIGNATURE IS REQUIRED AT THIS TIME. UPON RELEASE, YOUR PROPERTY WILL BE RETURNED TO YOU AND YOUR SIGNATURE IS ONCE AGAIN REQUIRED. YOUR SIGNATURE AT THE TIME OF RELEASE ACKNOWLEDGES THAT YOU HAVE RECEIVED YOUR PROPERTY.

PERSONAL ITEMS THAT YOU MAY POSSESS IN THE HOUSING UNIT INCLUDE:

5 PICTURES (NO NUDE OR SUGGESTIVE PICTURES)
5 LETTERS
COURT PAPERS PERTAINING TO YOUR CASE
ITEMS ISSUED BY THE JAIL
ITEMS PURCHASED THROUGH THE COMMISSARY

ALL OF THESE ITEMS MUST FIT INSIDE THE PLASTIC STORAGE CASE ISSUED TO YOU AT THE TIME OF BOOK IN AND THESE ITEMS SHALL BE STORED IN THAT BOX. THESE PERSONAL ITEMS ARE NOT FOR ANY REASON TO BE HUNG BY ANY MEANS ON THE WALLS, SPEAKER BOXES, WINDOWS, CEILINGS, OR MIRRORS IN THE JAIL. ANY ITEMS THAT WILL NOT FIT IN YOUR STORAGE BOX OR ARE IN EXCESS OF THE ALLOWED NUMBERS, WILL BE STORED IN YOUR LOCKER IN THE INMATE PROPERTY STORAGE ROOM UNTIL YOUR RELEASE. IF THE LOCKER BECOMES FULL, YOU WILL BE REQUIRED TO HAVE A FRIEND OR FAMILY MEMBER COME TO THE JAIL AND GET THE EXCESSIVE ITEMS. ALL OF THESE LIMITS ARE TO LESSEN THE AMOUNT OF COMBUSTABLE MATERIALS AT THE JAIL.

**NO PERSONAL ITEMS WILL BE ACCEPTED, EVEN IF YOU ARE GOING TO A STATE PENAL INSTITUTION, BY JAIL STAFF FROM YOUR FAMILY OR FRIENDS. ONLY MEDICINES OR MEDICAL ITEMS THAT HAVE BEEN APPROVED BY THE JAIL PHYSICIAN WILL BE ACCEPTED AT THE JAIL. YOU ARE NOT PERMITTED TO TAKE ANY PERSONAL PROPERTY WITH YOU TO A STATE PENAL INSTITUTION. IT IS YOUR RESPONSIBILITY TO** HAVE A FRIEND OR FAMILY MEMBER COME TO THE JAIL AND GET THESE ITEMS WITHIN 3 BUSINESS DAYS OF YOUR RELEASE FROM THIS JAIL. ANY ITEMS THAT ARE NOT PICKED UP WILL BE DISPOSED OF.

### V. FIRE PREVENTION GUIDELINES

1. THERE WILL BE NO SMOKING IN THE JAIL FACILITY.
2. ANY ITEMS YOU HAVE IN YOUR HOUSING UNIT MUST BE KEPT IN THE PLASTIC STORAGE BOX.
3. IN THE EVENT OF A FIRE, YOU ARE TO CONTACT THE JAIL STAFF WITH THE EMERGENCY INTERCOM. WHEN A STAFF MEMBER ARRIVES, YOU ARE TO DO EXACTLY WHAT THEY TELL YOU.

### VI. JAIL PROPERTY

BEDDING, TOWELS, CLOTHING AND OTHER ARTICLES OR EQUIPMENT THAT IS ASSIGNED TO YOU, BELONG TO THE JAIL AND YOU MUST RETURN THEM IN GOOD CONDITION WHEN LEAVING. BE CAREFUL NOT TO DAMAGE PLUMBING OR OTHER EQUIPMENT. EQUIPMENT ASSIGNED TO YOU CANNOT BE TRANSFERRED TO ANOTHER INMATE. REMEMBER, IF YOU ARE FOUND RESPONSIBLE FOR ANY DESTRUCTION OR LOSS, YOU MAY BE PROSECUTED AND REQUIRED TO PAY FOR THE DAMAGE OR LOSS.

### VII. CARE OF LIVING QUARTERS

WHETHER YOU ARE SERVING A SENTENCE OR BEING HELD FOR TRIAL, YOU ARE REQUIRED TO KEEP THE AREA WHERE YOU ARE HOUSED CLEAN. CLEANING WILL BEGIN EACH DAY ABOUT 6:30 AM AND YOUR HOUSING QUARTERS SHALL BE READY FOR DAILY INSPECTION BY 7:30 AM.

### VIII. FOOD

YOU WILL BE SERVED THREE MEALS A DAY AT REGULAR INTERVALS. THE FOOD WILL BE WHOLESOME AND OF THE TYPE AVAILABLE IN THE COMMUNITY. SINCE FOOD IS EXPENSIVE, YOU MUST NOT WASTE IT. THE MENU HAS BEEN REVIEWED BY THE LOCAL BOARD OF HEALTH FOR NUTRITIONAL BALANCE.

PLAINTIFF'S EXHIBIT 4-3

3

## IX. COMMISSARY

COMMISSARY FORM WILL BE PROVIDED TO YOU A MINIMUM OF TWICE A WEEK. FROM EACH, YOU MAY PURCHASE FOOD, SNACKS, AND PERSONAL HYGIENE ITEMS THAT ARE APPROVED BY THE JAIL ADMINISTRATOR. NO COMMISSARY ITEMS, SUCH AS OVER-THE-COUNTER MEDICATIONS UNLESS APPROVED BY THE JAIL PHYSICIAN, WILL BE DISPENSED EXCEPT FOR THE SCHEDULED DAYS OF TUESDAY AND FRIDAY. THIS REQUIRES YOU TO PLAN AHEAD FOR SUCH ITEMS AS ADVIL, ETC.

INDIGENT INMATES (LESS THAN $0.25 IN THEIR ACCOUNT FOR A PERIOD OF SEVEN DAYS) WILL BE ENTITLED TO ORDER INDIGENT ITEMS ON MONDAYS. ITEMS AVAILABLE TO INDIGENT INMATES INCLUDE TOOTHBRUSH, TOOTHPASTE, STAMPED ENVELOPES, PAPER, PENCILS, ERASERS, PEN, SOAP, SHAMPOO, COMB, AND OVER-THE-COUNTER MEDICATIONS (ANY COMBINATION OF THESE UP TO $1.50 LIMIT).

COMMISSARY SHEETS MUST BE FILLED OUT PROPERLY WITH COMPLETE NAME AND ID #, HOUSING UNIT, AND DATE. ITEMS BEING ORDERED MUST BE CLEARLY MARKED. IF THESE SHEETS ARE NOT PROPERLY FILLED OUT, THEY WILL BE DISCARDED.

NO INMATE WILL BE PERMITTED TO RELEASE COMMISSARY ITEMS TO ANOTHER INMATE AT ANY TIME. UPON RELEASE FROM JAIL, AN INMATE MUST TAKE COMMISSARY ITEMS WITH HIM, OR IN THE CASE OF THE PRISONER GOING TO A STATE PENAL INSTITUTION, HAVE A FRIEND OR FAMILY MEMBER PICK THEM UP WITHIN 3 DAYS OF RELEASE FROM THIS JAIL.

NO INMATE MAY PURCHASE COMMISSARY FOR ANOTHER INMATE. DOING THIS MAY SUBJECT BOTH INMATES TO DISCIPLINE.

## X. MONEY AND CLOTHING

ONLY MONEY, AND IN THE EVENT YOU ARE GOING TO TRIAL, APPROPRIATE CLOTHING FOR TRIAL, MAY BE BROUGHT TO THE JAIL FOR YOU. THESE ARTICLES MUST BE PRESENTED TO THE CENTRAL CONTROL OFFICER FOR INSPECTION PRIOR TO YOU RECEIVING THEM. IF YOU ARE SERVING A SENTENCE, WAITING TRIAL, OR OTHERWISE, YOU WILL RECEIVE UPON BEING BOOKED IN, JAIL CLOTHING. THE JAIL CLOTHING ISSUED TO YOU IS NOT TO BE DAMAGED OR HARMED IN ANY WAY, AND INSURES THAT YOUR PERSONAL CLOTHING WILL NOT BE DAMAGED OR HARMED IN ANY WAY. YOU WILL ALSO BE ABLE TO RECEIVE A CHANGE OF CLOTHING TWICE A WEEK. NO ITEM MAY BE TRANSFERRED FROM ONE INMATE TO ANOTHER INMATE. YOU ARE REQUIRED TO WEAR ISSUED CLOTHING IN THE PRESCRIBED MANNER, I.E. COMPLETELY ON, BUTTONED/SNAPPED/ZIPPED UP, AND NOT ROLLED UP. NO ARTICLE IS TO BE WORN ON OR ABOUT THE HEAD.

## XI. VISITS



YOU MAY VISIT WITH YOUR ATTORNEY OR CLERGY AT ANY REASONABLE TIME. ALL OTHER VISITS WILL BE IN ACCORDANCE WITH THE VISITATION SCHEDULE. NO VISITOR UNDER 18 YEARS OF AGE IS PERMITTED TO VISIT YOU HERE UNLESS ACCOMPANIED BY THEIR PARENT, LEGAL GUARDIAN, RESPONSIBLE ADULT FAMILY MEMBER (GRANDPARENT, AUNT, UNCLE), OR IS YOUR SPOUSE. A CERTIFICATE OF MARRIAGE SHALL VERIFY THIS. ANY ATTEMPT TO FALSIFY ANY INFORMATION REGARDING VISITATION SHALL RESULT IN A SUSPENSION OF VISITATION PRIVILEGES. THE VISITATION SCHEDULE IS POSTED IN YOUR HOUSING UNIT. IF YOU ARE UNABLE TO UNDERSTAND THE VISITATION SCHEDULE, ASK A STAFF MEMBER FOR ASSISTANCE. IT IS YOUR RESPONSIBILITY TO LET WHOEVER YOU WANT TO VISIT YOU KNOW THE VISITATION TIME. THE SHIFT SUPERVISOR MUST APPROVE ANY OTHER VISITS. ANYBODY 16 YEARS OF AGE OR OLDER WHO VISITS YOU, EXCEPT CLERGY OR YOUR ATTORNEY, MUST BRING WITH THEM A PICTURE ID SUCH AS A DRIVER'S LICENSE.

ALL VISITORS ARE SUBJECT TO SECURITY CONTROLS INCLUDING BUT NOT LIMITED TO FRISK SEARCH, SEARCHES OF BRIEF CASES AND PURSES, AND UTILIZATION OF METAL DETECTORS.

VISITORS SHALL WEAR APPROPRIATE ATTIRE. ANY STAFF MEMBER HAS THE RIGHT TO DENY VISITATION FOR INAPPROPRIATE ATTIRE.

1. NO SEE-THROUGH OR TIGHT FITTING CLOTHING
2. NO CLOTHING WITH GANG/CLUB INSIGNIA OR OBSCENE GESTURES AND/OR LANGUAGE

3. NO TANK TOPS, TUBE TOPS OR MUSCLE SHIRTS AND NO BARE MIDRIFFS
4. SHOES AND SHIRT MUST BE WORN
5. APPROPRIATE UNDERGARMENTS MUST BE WORN (BRA, UNDERWARE)
6. SHORTS AND SKIRTS MUST BE FINGERTIP LENGTH

## XII. PHONE CALLS AND MAIL

1. IF YOU WISH TO SEND OR RECEIVE MAIL, YOU MAY DO SO. YOUR INCOMING MAIL WILL BE INSPECTED BY A STAFF MEMBER FOR CONTRABAND IN YOUR PRESENCE. THE MAIL SENT TO YOU BY THE COURT OR YOUR ATTORNEY WILL BE INSPECTED FOR CONTRABAND BY A STAFF MEMBER IN YOUR PRESENCE. WITHHOLDING OF ANY CORRESPONDENCE WILL NOT BE USED AS A FORM OF DISCIPLINE. ALL INCOMING MAIL WILL BE PASSED ON TO YOU IMMEDIATELY.
2. AS AN INMATE, YOU WILL BE PERMITTED TO MAKE A COLLECT PHONE CALL UPON YOUR ORIGINAL CONFINEMENT TO YOUR ATTORNEY AND TO ANOTHER PERSON OF YOUR CHOICE. YOU WILL BE PERMITTED MORE THAN TWO PHONE CALLS IF CONTACT IS NOT MADE ON THE FIRST TRY. AS AN INMATE, YOU MAY USE THE PHONES IN THE HOUSING UNITS BETWEEN 8:00 AM AND 11:00 PM SEVEN DAYS A WEEK.

## XIII. MEDICAL SERVICES

REASONABLE AND CUSTOMARY MEDICAL AND DENTAL SERVICE IS AVAILABLE TO YOU AS AN INMATE OF THE MUSKINGUM COUNTY JAIL.

### REQUESTS FOR MEDICAL ATTENTION

YOU MAY REPORT ANY MEDICAL NEEDS BY COMPLETING A MEDICAL REQUEST FORM. YOU CAN OBTAIN A MEDICAL REQUEST FORM FROM THE OFFICER ON YOUR FLOOR. AFTER COMPLETING THE FORM, YOU MUST HAND IT OUT TO THE NURSE DURING ANY SCHEDULED MEDICATION PASS OR HAND IT TO THE OFFICER ON YOUR FLOOR. IF THE STATED PROBLEM IS NOT AN EMERGENCY, THE NURSE WILL SEE YOU WITHIN TWO WORKING DAYS. ALL REQUESTS, CONCERNS, AND QUESTIONS MUST BE WRITTEN ON THE MEDICAL REQUEST FORM. YOU WILL NOT RECEIVE SERVICES WITHOUT COMPLETING THE APPROPRIATE FORM. THE NURSES WILL NOT ACCEPT ANY NOTES.

### DOCTOR VISITS

AFTER YOU SEE THE NURSE AND SHE HAS DETERMINED THE COURSE OF ACTION TO BE TAKEN, IT MAY BE NECESSARY FOR YOU TO SEE THE JAIL PHYSICIAN. THE JAIL PHYSICIAN MAKES WEEKLY VISITS. THERE WILL BE A COST OF $5.00 FOR EACH TIME YOU SEE THE JAIL PHYSICIAN. THIS AMOUNT WILL BE DEDUCTED FROM YOUR INMATE ACCOUNT.

### MEDICATION FEE

YOU WILL BE CHARGED FOR ALL MEDICATION PRESCRIBED TO YOU. FAILURE OR REFUSAL TO SIGN A MEDICATION WAIVER WILL BE VIEWED AS A MEDICATION REFUSAL. YOUR MEDICATION WILL BE SENT BACK TO THE PHARMACY FOR CREDIT AND THAT PRESCRIPTION WILL BE VOID.

### INDIGENT INMATES

IF YOU ARE INDIGENT, YOU WILL RECEIVE APPROPRIATE MEDICAL SERVICES AND TREATMENT AS NEEDED. THE CHARGES FOR THE CARE WILL BE PLACED ON AN INDIGENT ACCOUNT. ANY INMATE ALLOWING ANOTHER INMATE TO HAVE MONEY PUT ON THEIR ACCOUNT TO AVOID PAYMENT FOR INCURRED FEES WILL LOSE COMMISSARY PRIVILEGES IMMEDIATELY.

### MEDICATION ADMINISTRATION

**PLEASE NOTE: NO INMATE IS PERMITTED TO SPEAK TO THE NURSE OR OFFICER DURING HIS/HER MEDICATION PASS.**

YOU WILL TAKE YOUR MEDICATION IN THE APPROPRIATE MANNER, AS WRITTEN BELOW. FAILURE TO DO SO WILL RESULT IN DISCIPLINARY ACTION.

1. SHOW THE OFFICER OR NURSE THE MEDICATION ON YOUR TONGUE.
2. YOU WILL SWALLOW YOUR MEDICATION WITH A FULL CUP OF WATER.

THERE WILL BE A COST OF $3.00 FOR EACH NEW FORM. THIS AMOUNT WILL BE DEDUCTED FROM YOUR INMATE ACCOUNT.

PLAINTIFF'S EXHIBIT 4-5

6

3. SHOW THE INSIDE OF YOUR CUP AS WELL AS YOUR MOUTH BY LIFTING YOUR TONGUE AND RUNNING YOUR FINGER OVER YOUR UPPER AND LOWER GUMS.

IF YOU ARE CAUGHT HOLDING/HOARDING YOUR MEDICATION, YOU WILL BE CHARGED WITH A SERIOUS VIOLATION AND DISCIPLINED ACCORDINGLY. YOU ALSO RISK HAVING THE JAIL PHYSICIAN DISCONTINUING YOUR MEDICATION.

### REFUSAL OF MEDICATION

IF YOU REFUSE OR DO NOT GET UP TO TAKE YOUR MEDICATION MORE THAN THREE TIMES, THAT MEDICATION WILL BE DISCONTINUED. IF YOU WANT THAT MEDICATION AT A LATER DATE, YOU WILL HAVE TO COMPLETE A MEDICAL REQUEST FORM AND BE SEEN BY THE JAIL PHYSICIAN.

### NARCOTICS AND OTHER CONTROLLED SUBSTANCES

NO NARCOTICS OR CONTROLLED SUBSTANCES WILL BE ADMINISTERED AT THE MUSKINGUM COUNTY JAIL.

### MEDICATIONS FROM OUTSIDE PHARMACIES

OUTSIDE PRESCRIPTIONS WILL BE ACCEPTED, CONTINGENT UPON THE FOLLOWING:

1. THE BOTTLES HAVE APPROPRIATE PHARMACY LABELS AND CONTAIN THE CORRECT MEDICATION.
2. SAMPLES ARE ACCOMPANIED BY A CURRENT PRESCRIPTION FROM THE ORDERING PHYSICIAN.
3. THE MEDICATION IS NOT IN LIQUID OR CAPSULE FORM, AS THEY MAY CONTAIN CONTRABAND.
4. THE PRESCRIPTIONS ARE CURRENT.
5. THE MEDICATION IS NOT OVER THE COUNTER.



8

### MEDICATION DROP OFF

IF YOUR PRESCRIPTION IS BEING FILLED BY AN OUTSIDE PHARMACY, YOU WILL BE GIVEN FIVE DAYS NOTICE WHEN YOUR MEDICATION NEEDS REFILLED. IT IS YOUR RESPONSIBILITY TO HAVE YOUR REPRESENTATIVE REFILL, RETRIEVE, AND DELIVER YOUR MEDICATION.

MEDICATION MAY BE DROPPED OFF BY AN INMATE REPRESENTATIVE ON THE FOLLOWING SCHEDULE:

MONDAY – FRIDAY 10:00 AM – 1200 PM
MONDAY – FRIDAY 6:00 PM - 8:00 PM

### UPON RELEASE

TWO DAYS WORTH OF MEDICATION WILL BE GIVEN TO YOU UPON RELEASE IF YOU ARE INDIGENT.

ALL MEDICATION WILL BE RELEASED TO YOU IF IT IS PAID FOR.

ALL MEDICATIONS THAT ARE PAID FOR AND NOT PICKED UP WITHIN SEVEN DAYS OF YOUR RELEASE WILL BE SENT TO OUR PHARMACY TO BE DESTROYED. IT IS YOUR RESPONSIBILITY TO REQUEST YOUR MEDICATION UPON BEING RELEASED.

### XIV. RELIGIOUS SERVICES

YOU MAY ATTEND A RELIGIOUS SERVICE CONDUCTED IN THE JAIL. WHETHER YOU ATTEND OR NOT, YOU MUST BE QUIET AND RESPECTFUL WHILE THE SERVICES ARE BEING CONDUCTED.

### XV. CONDUCT

YOU MUST OBEY ALL JAIL RULES AND FOLLOW THE STAFF'S INSTRUCTIONS. YOU MUST CONDUCT YOURSELF IN AN ORDERLY MANNER, WITH RESPECT FOR THE RIGHTS OF OTHER INMATES. IF YOU FAIL TO CONDUCT YOURSELF PROPERLY, YOU WILL LOSE PRIVILEGES, WHICH ARE PERMITTED FOR THOSE INMATES IN GOOD STANDING. YOU SHALL NOT ATTEMPT TO CONTROL THE ACTION OR BEHAVIOR OF ANY OTHER INMATE BY THREAT, PROMISE, FEAR, FORCE, OR ANY OTHER

YOU BRING MEDICATION INTO THE JAIL AFTER NORMAL NURSING HOURS, THAT MEDICATION WILL BE SET UP THE FOLLOWING MORNING, UNLESS IT IS CARDIAC OR DIABETIC MEDICATION.



PLAINTIFF'S EXHIBIT
4-6

9

TO THE INMATE, OTHER INMATE, OR STAFF. GRIEVANCES MAY INCLUDE UNJUST TREATMENT SUCH AS USE OF FORCE OR DENIAL OF PRIVILEGES. ADDITIONALLY, CONDITIONS SUCH AS PHYSICAL PLANT, HEALTH ISSUES, SANITATION, AND SAFETY ISSUES MAY BE GRIEVED. THE GRIEVANCED WILL BE ADDRESSED BY THE SUPERVISOR ON DUTY AT THE TIME THE GRIEVANCE FORM IS HANDED OUT. AN INMATE MAY REQUEST AN APPEAL OF THE SUPERVISOR'S DECISION TO THE JAIL ADMINISTRATOR.

XVIII. **VIOLATIONS-PENALTIES AND DISCIPLINARY PROCEDURES**

ENGAGING IN ANY OF THE FOLLOWING ACTS WILL BE CONSIDERED E VIOLATIONS BY AN INMATE AND TREATED AS MINOR VIOLATIONS

1. HORSE PLAYING, TEASING OR HARASSING ANOTHER INMATE
2. EXCESSIVE LOUD NOISE
3. OBSCENE GESTURES OR REMARKS
4. FAILURE TO KEEP YOURSELF, CLOTHING, OR LIVING AREA CLEAN
5. GAMBLING
6. COVERING THE LIGHTS IN ANY WAY
7. POSSESSION OF MORE BED OR CLOTHING ITEMS THAN ISSUED
8. FAILURE TO HAND OUT ALL ITEMS USED TO SERVE FOOD
9. POSSESSION OR USE OF A WATER STICK
10. KEEPING ANY UNEATEN FOOD FROM MEALS
11. FAILURE TO WEAR JAIL ISSUED CLOTHING OR WEAR IT PROPERLY

ENGAGING IN ANY OF THE FOLLOWING ACTS WILL BE CONSIDERED RULE VIOLATIONS BY AN INMATE AND TREATED AS MAJOR VIOLATIONS

1. REPEAT MINOR VIOLATIONS
2. DISOBEYING AN OFFICER
3. LYING TO AN OFFICER
4. FIGHTING OR MOLESTING
5. DAMAGING JAIL PROPERTY
6. POSSESSION OF ANY PIECE OF CLOTH TORN FROM A JAIL ISSUED ITEM

PLAINTIFF'S EXHIBIT 4-7

MEANS. YOU SHALL NOT RIDICULE, TEASE, HARASS, OR MOLEST ANOTHER INMATE. WHILE YOU ARE IN JAIL, IF ANY OF YOUR ACTIONS ARE IN VIOLATION OF THE LAW, YOU WILL BE CHARGED WITH THAT CRIME. AT NO TIME ARE YOU PERMITTED IN ANOTHER INMATE'S CELL.

**GENERAL RULES**

1. THERE ARE TO BE NO PICTURES, PAPERS, OR DRAWINGS ATTACHED BY ANY MEANS TO THE WALLS, WINDOWS, CEILINGS SPEAKERS, OR MIRRORS IN THE AREA WHERE YOU ARE HOUSED.
2. THERE IS NO SPITTING ANYWHERE EXCEPT IN THE SINK OR TOILET.
3. ALL MATTRESSES AND PILLOWS ARE TO REMAIN ON THEIR ASSIGNED BED.
4. APPROPRIATE CLOTHING IS TO BE WORN AT ALL TIMES. UNDERGARMENTS AND A TOWEL AROUND THE WAIST ARE PERMITTED WHEN GOING TO OR FROM THE SHOWER.
5. THE INTERCOM BOXES ARE NOT CALL BOXES FOR THE JAILERS. THEY ARE TO BE USED IN EMERGENCIES ONLY. IF YOU HAVE A REQUEST AND/OR QUESTION, AND IT IS NOT AN EMERGENCY, YOU MUST WAIT TO TALK TO THE FLOOR OFFICER ON HIS NEXT HOUSING UNIT SECURITY CHECK.
6. YOU ARE NOT PERMITTED TO BE IN ANOTHER INMATE'S CELL.
7. YOU ARE REQUIRED TO FOLLOW ANY ORDER OR REQUEST GIVEN TO YOU BY A STAFF MEMBER.
8. DO NOT PLACE TRASH OR UNWANTED FOOD ITEMS IN TOILET.

XVI. **ESCAPE AND CONTRABAND**

ANY INMATE WHO ESCAPES OR ATTEMPTS TO ESCAPE, OR ASSISTS ANOTHER INMATE TO ESCAPE, OR IS RESPONSIBLE FOR BRINGING INTO THE JAIL ANY WEAPONS, SAWS, TOOLS, NARCOTICS, DRUGS, ALCOHOL, HALLUCINOGENIC SUBSTANCE OR ANY ITEM(S) NOT ISSUED OR APPROVED BY JAIL STAFF WILL BE PROSECUTED AS PROVIDED BY LAW. THERE WILL BE NO EXCEPTION TO THIS RULE.

XVII. **GRIEVANCE**

AN INMATE MAY REQUESTTO FILE A GRIEVANCE CONCERNING ANY ACTION HE FEELS IS UNJUST OR CONDITION THAT MAY BE INJURIOUS

7. ABUSING OR DISRUPTING ANY JAIL ACTIVITY, SERVICE, OR PROGRAM SUCH AS COMMISSARY, VISITING, TELEPHONE, RECREATION, AA, G.E.D., CHURCH, FOOD, OR MEDICAL
8. ATTEMPTING TO CONTROL THE BEHAVIOR OF OTHER INMATES

ENGAGING IN ANY OF THE FOLLOWING ACTS WILL BE CONSIDERED RULE VIOLATIONS BY AN INMATE AND TREATED AS SERIOUS VIOLATIONS

1. REPEAT MAJOR VIOLATIONS
2. ASSAULTS ON ANOTHER INMATE OR STAFF MEMBER
3. ESCAPE, ATTEMPTED ESCAPE OR AIDING ANOTHER TO ESCAPE
4. POSSESSION OF CONTRABAND
5. THEFT
6. INTERFERING WITH ANY SECURITY OPERATION, PROCESS, OR PROCEDURE IN THE JAIL
7. ARSON
8. HOARDING/HOLDING MEDICATION

PENALTIES FOR VIOLATIONS

FOR ANY MINOR VIOLATION, THE INMATE MAY BE DISCIPLINED AND DENIED PRIVILEGES OR QUALIFIED RIGHTS FOR A PERIOD OF TIME NOT TO EXCEED 120 HOURS FOR EACH VIOLATION. (5 DAYS)

FOR ANY MAJOR VIOLATION, THE INMATE MAY BE DISCIPLINED AND DENIED PRIVILEGES OR QUALIFIED RIGHTS FOR A PERIOD OF TIME NOT TO EXCEED 360 HOURS FOR EACH VIOLATION. (15 DAYS)

FOR ANY SERIOUS VIOLATION THE INMATE MAY BE DISCIPLINED AND DENIED PRIVILEGED OR QUALIFIED RIGHTS FOR A PERIOD OF TIME NOT TO EXCEED 720 HOURS FOR EACH VIOLATION (30 DAYS). NO DISCIPLINE WILL EXCEED 60 DAYS FOR VIOLATIONS ARISING OUT OF ONE INCIDENT.

THE FOLLOWING ARE EXAMPLES OF PRIVILEGES THAT CAN BE DENIED.

1. ENTERTAINMENT (TV, GAMES, ETC.)
2. COMMISSARY (EXCEPT PERSONAL HYGIENE ITEMS)
3. PHONE CALLS TO FRIENDS AND FAMILY
4. RECREATION PRIVILEGES

THE FOLLOWING ARE QUALIFIED RIGHTS WHICH MAY BE SUSPENDED.

1. MINIMUM OF ONE VISIT PER WEEK BY FAMILY OR FRIENDS (REVIEWED WEEKLY FOR REINSTATEMENT)
2. CLOTHING, BED, BEDDING, USE OF TOILET, LAVATORY, AND SHOWER (REVIEWED DAILY FOR REINSTATEMENT)

THE FOLLOWING ARE FUNDAMENTAL RIGHTS, WHICH CAN'T BE DENIED.

1. VISITS BY ATTORNEY OR CLERGY
2. PHONE CALLS TO ATTORNEY OR CLERGY
3. ADEQUATE FOOD (NUTRITIONAL DIET)
4. ADEQUATE LIGHT, VENTILATION, TEMPETURE CONTROL, AND SANITATION
5. MEDICAL CARE

DISCIPLINARY PROCEDURES

WHEN A STAFF MEMBER FINDS IT NECESSARY TO CHARGE AN INMATE WITH A VIOLATION OF THESE RULES OF CONDUCT, HE SHALL COMPLY WITH THE FOLLOWING.

1. ADVISE THE INMATE OF THE SPECIFIC VIOLATION CHARGED
2. ADVISE THE INMATE OF THE BEHAVIOR WHICH IN THEIR OPINION JUSTIFIED THE CHARGE
3. ADVISE THE INMATE OF THE MAXIMUM PENALTY WHICH CAN BE IMPOSED FOR THE VIOLATION CHARGED
4. ADVISE THE INMATE OF HIS RIGHT TO ASSISTANCE IN PREPARING AN ANSWER OR DEFENSE TO THE CHARGE
5. ADVISE THE INMATE OF HIS RIGHT TO REQUEST AN IMPARTIAL HEARING ON THE CHARGE
6. IF THE INMATE ACKNOWLEDGES THAT HE HAS COMMITTED THE VIOLATION CHARGED, THE STAFF MEMBER MY PROCEED



PLAINTIFF'S EXHIBIT 4-8

ANY OF THE FOLLOWING REASONS BUT IS NOT LIMITED TO THESE REASONS.

1. THE INMATE PRESENTS A CHRONIC INABILITY TO ADJUST IN GENERAL POPULATION
2. THE INMATE POSES A MAJOR THREAT TO HIMSELF, OTHERS, OR THE SECURITY OF THE JAIL
3. THE INMATE PRESENTS A VALID NEED FOR PROTECTION AS DETERMINED BY A SUPERVISOR
4. THE INMATE HAS A COMMUNICABLE DISEASE
5. A SUPERVISOR HAS OTHERWISE DETERMINED THAT SUCH SEGREGATION IS NECESSARY AND IN THE BEST INTERESTS OF THE INMATE, STAFF, OR THE SAFE AND SECURE OPERATION OF THE JAIL

INMATES WHO ARE PLACED IN ADMINISTRATIVE SEGREGATION SHALL HAVE THEIR STATUS REVIEWED EVERY 30 DAYS AND BE INFORMED OF THE FOLLOWING.

1. THE RIGHT TO APPEAL THEIR STATUS TO THE JAIL ADMINISTRATOR
2. THE REASON FOR THEIR STATUS

XIX. **SERVICES AND PROGRAMS AVAILABLE TO INMATES**

1. ALCOHOL COUNSELING
2. DRUG COUNSELING
3. MENTAL HEALTH COUNSELING
4. RELIGIOUS SERVICES
5. RECREATION
6. GED (HIGH SCHOOL DIPLOMA)
7. DENTAL AND MEDICAL CARE

TO RECEIVE ANY OF THESE SERVICES YOU MUST NOTIFY A STAFF MEMBER WHEN HE IS MAKING HIS HOUSING UNIT CHECK THAT YOU WANT THE SERVICE.

IF YOU ARE IN ONE OR MORE OF THE FOLLOWING GROUPS, YOU ARE CONSIDERED TO BE IN A "HIGH RISK GROUP" FOR AIDS AND SHOULD BE TESTED FOR AIDS. TO RECEIVE THIS TEST, YOU MUST FILL OUT A MEDICAL CARD, WHICH MAY BE RECEIVED FROM A



PLAINTIFF'S EXHIBIT 4-9

TO IMPOSE THE APPLICABLE PENALTY AND ADVISE THE INMATE OF HIS RIGHT TO APPEAL
7. IF THE INMATE DENIES THAT HE HAS COMMITTED THE VIOLATION OR IN ANY WAY QUESTIONS THE VALIDITY OF THE CHARGE, AN OFFICER OF SUPERVISORY RANK MAY CONDUCT A FAIR AND IMPARTIAL HEARING. THE INMATE SHALL BE INFORMED OF THE HEARING PROCESS AT THE TIME OF THE HEARING. IF THE INMATE DISAGREES WITH THE FINDINGS OF THE HEARING, HE HAS A RIGHT TO APPEAL THE DECISION IN WRITING TO THE JAIL ADMINISTRATOR

WHEN AN INMATE IS DISCIPLINED HE SHALL ONLY BE PERMITTED THE FOLLOWING ITEMS.

1. ALL MEALS, MEDICATIONS, AND MEDICAL CARE
2. CLEAN CLOTHING AND BED LINENS UNLESS INMATE'S ACTIONS WARRANT OTHERWISE
3. A DAILY SHOWER AND PERSONAL HYGIENE ITEMS UNLESS INMATE'S ACTIONS WARRANT OTHERWISE
4. ALL MATERIALS REQUIRED FOR WRITING LETTERS
5. VISITS WITH ATTORNEY AND CLERGY
6. PHONE CALLS TO ATTORNEY AND CLERGY (NUMBER TO BE VERIFIED AND DIALED BY STAFF)
7. ADEQUATE LIGHT, VENTILATION, TEMPETURE CONTROL, AND SANITATION

DISCIPLINE OF INMATES SHALL ONLY BE DONE BY STAFF WITH THE APPROVAL OF THE JAIL ADMINISTRATOR.

IF A STAFF MEMBER DECIDES TO FILE CRIMINAL CHARGES AGAINST AN INMATE, THE INMATE SHALL BE ADVISED OF HIS MIRANDA RIGHTS AND THE CASE WILL BE REFERRED TO THE COUNTY PROSECUTOR'S OFFICE FOR FUTHER ACTION.

ADMINISTRATIVE SEGREGATION

OCCASIONALLY, IT IS NECESSARY FOR AN INMATE TO BE SEPARATED FROM THE GENERAL POPULATION AND PLACED IN ADMINISTRATIVE SEGREGATION. THE SEPARATION MAY BE FOR