**PLAINTIFF'S EXHIBIT 5**



## Muskingum County Sheriff's Office
### Prisoner Reimbursement
### (740) 455-7134 ext.124

January 9, 2007

IN RE: Prisoner Reimbursement

Dear Craig Kirk:

As an inmate in Muskingum County Jail, you will be financially responsible for the following:

\*\* Reception fee of $8.00 (if applicable)

\*\* A per diem rate not to exceed $30.00

\*\* Previous / Past Due Prisoner Reimbursement fees (if applicable)

\*\* Actual Medical / Dental fees

\*\* Medical / Dental co pay

\*\* Property Damaged by you while incarcerated

\*\* Inmate account recovery

Upon your scheduled release, you will receive your Prisoner Reimbursement invoice. * <u>A payment is due within 30 days and the account must be paid in full within 90 days.</u> **FAILURE TO PAY AS DIRECTED WILL RESULT IN FURTHER COURT PROCEEDINGS.**

Please direct any questions to the telephone number listed above.

Sincerely,

*Jodi Moody*
Jodi Moody
Reimbursement Coordinator
Muskingum County Sheriff's Office

*In the event work release privileges are obtained, fees shall be paid in full prior to release from the work release center.

**Muskingum County Sheriff's Office**
**Prisoner Reimbursement**
**28 N. 4th St.**
**Zanesville, OH 43701**
**(740) 455-7134 ext. 124**


PLAINTIFF'S EXHIBIT S-1

| Billing Address |
|---|
| Kirk,Craig M<br>1239 Chestnut St.<br>Coshocton, OH 43812 |

| Date Issued | Invoice # | Due Date |
|---|---|---|
| 3/4/2008 | 17428 | 4/4/2008 |

| Description | Qty. of Days | Daily Rate | Amount |
|---|---|---|---|
| Book In Fee 1/3/08 | | 4.00 | 4.00 |
| Book Out Fee 3/3/08 | | 4.00 | 4.00 |
| Per Diem Rate | 60 | 4.00 | 240.00 |
| | | Total | $248.00 |

Please remit payment to the address listed above. Correct change is required when making cash payments. Personal checks are not accepted.

| | Balance Due | $248.00 |
|---|---|---|



**PLAINTIFF'S EXHIBIT 5-2**

CRB 118-3

**MUSKINGUM COUNTY SHERIFF DEPT.**
28 North Fourth Street
ZANESVILLE, OHIO 43701

**CASH RECEIPT**  018966

Received From: Craig Kirk
Address: 
Date: 8/11/03
For: 17428

ACCOUNT
AMT OF ACCOUNT: 248.00
AMT. PAID: 248.00
BALANCE DUE: —

HOW PAID: CASH ✓  CHECK ☐  MONEY ORDER/CREDIT CARD ☐

Dollars $ 248.00

By: [signature]

PLAINTIFF'S EXHIBIT S-3

**UNITED STATES POSTAL SERVICE®**

**CUSTOMER'S RECEIPT**

Keep This Receipt For Your Records

PAY TO:
ADDRESS: MUSKINGUM COUNTY COURT
C.O.D. OR USED FOR:

SERIAL NUMBER: 11559312742

YEAR, MONTH, DAY: 2008-08-08

POST OFFICE: 432021

AMOUNT: $726.95

CLERK: 0013

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Total money due on all cases for Kirk, Craig M
as of 02/12/08

## Traffic cases

| | | | |
|---|---|---|---|
| TRC 0705102 A | OVI/REFUSAL | 565.00 |
| TRC 0705102 B | DRIV UNDER SUSP | 250.00 |
| TRC 0705102 C | HEAD LIGHTS | 50.00 |

**PLAINTIFF'S EXHIBIT** S-4

Total: 865.00

## Criminal cases

Total: .00

Grand Total: 865.00

*fines #700*
*Court cost #115*

Failure to pay fines and costs in a timely manner or according to the terms of your sentencing entry may subject you to arrest, cancellation of your driver's license, a registration block, and/or referral to a collection agency. All actions will result in additional costs above what is currently due.

_____
Defendant