

PLAINTIFF'S EXHIBIT 6



Craig N Kleb 2:30
2/21/2011