

Crais Kirk
PO Box 996
Coshocton Ohio 43812

United States Postal Service
**DELIVERY CONFIRMATION™**

0306 0730 0000 2334 4999

PRIORITY MAIL
UNITED STATES POSTAL SERVICE
WWW.USPS.COM

PLAINTIFF'S EXHIBIT
7
tabbies

Security Jay Shilling
Otterbien College
Westerville Ohio 43081

No Such Person
At this Address —

RETURN To Sender

U.S. POSTAGE PAID
COSHOCTON, OH
JUL 20 '09
AMOUNT
$5.65
00084830-09