

PLAINTIFF'S EXHIBIT 7-1

FILED
JAMES BONINI
CLERK

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

09 JUL -8 PM 3: 37

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

Craig Michael, Kirk

    Plaintiff

Vs.

Case Number #2:09 cv 583

**JUDGE GRAHAM**

**MAGISTRATE JUDGE KEMP**

Muskingum County Ohio
The Village of Frazeysburg, Ohio
Frazeysburg Police Chief Cliff Bigler
Frazeysburg Police Officer Jay Shilling
Jim Lawler J&R Towing and Recovery DBA
Elected Muskingum County Sheriff Matt Lutz
Elected Muskingum County Sheriff Bob Stevenson
Muskingum County Nurse Shane Love
Muskingum County Probation Officer Shawn Brady
Muskingum Deputy Sheriff CO Brad Shawger
Muskingum Deputy Sheriff Sergeant John Winters
Muskingum Deputy Sheriff Sergeant John Lane

**COMPLAINT**

    Defendants

## Introduction

That the Plaintiff, Craig M. Kirk is a practicing Hebrew Denizen in the United States of America, a Citizen, of the Kingdom of Israel, and Resident of the Kingdom of Israel living in Coshocton County, Ohio.

This court has jurisdiction over this cause under, and by virtue of, U.S.C. §§ title 28 Section 1343 and 1391. Plaintiffs cause of action is brought as a diversity of citizenship pursuant to U.S.C.A. §§ title 28 Section 1332 of the United States Code.

That all defendants worked for, Municipal Corporations, and Governmental Subdivisions, of the State of Ohio. That the Defendants, may have acted as individuals, employees, agencies, under there employment or Offices, but also very important, All Defendants acted under color and pretense of statues, ordinance, regulations, customs,

1

AO 440 (Rev. 02/09) Summons in a Civil Action

FILED
~~JAMES BONINI~~
CLERK

# UNITED STATES DISTRICT COURT
for the Eastern Division

'09 JUL 30 PM 1:23

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

Craig M. Kirk
_____
Plaintiff
v.
The Village of Frazeysburg Ohio
_____
Defendant

Civil Action No. 2:09 cv 583

**PLAINTIFF'S EXHIBIT 7-2**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Village of Frazeysburg
68 North State St
Frazeysburg Ohio [43822]

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Craig M. Kirk
PO Box 996
Coshocton Ohio [43812]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 7/8/09

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

**PLAINTIFF'S EXHIBIT 7-3**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __The Village of Frazeysburg__
was received by me on *(date)* __7/13/2009__.

☑ I personally served the summons on the individual at *(place)* __68 North State St Frazeysburg Ohio [43822]__ on *(date)* __7/13/2009__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __7/13/2009__

*Server's signature*

__Shawna Carnes__
*Printed name and title*

__48121 US 36 Coshocton OH 43812__
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action

FILED
JAMES BONINI
CLERK

# UNITED STATES DISTRICT COURT

for the Eastern Division

09 JUL 30 PM 1:23

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

Craig M. Kirk
_____
Plaintiff

v.

Frazeysburg Police officer Jay Shilling
_____
Defendant

Civil Action No. 2:09 cv 583

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Frazeysburg Police officer Jay Shilling
68 North State St
Frazeysburg Ohio [43822]

**PLAINTIFF'S EXHIBIT 7-4**

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Craig M. Kirk
PO Box 996
Coshocton Ohio [43812]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 7/8/09

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

**PLAINTIFF'S EXHIBIT** 7-5

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Frazeysburg Police officer Jay Shilling
was received by me on *(date)* 7/21/2009 — US mail

☑ I personally served the summons on the individual at *(place)* 68 North State St Frazeysburg Ohio [43822] on *(date)* 7/13/2009 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/21/2009

US mail

*Shauna Carnes*
Server's signature

Shawna Carnes
Printed name and title

48121 US 36 Coshocton OH 43812
Server's address

Additional information regarding attempted service, etc: