# Asseveration



PLAINTIFF'S
EXHIBIT
tabbies
4

### *KNOW ALL MEN THESE PRESENTS;*

I, Jeanette Evelyn Kirk A white Christian woman living in Coshocton, Ohio, having a sound mind and sound body where I'm over the legal age of 18 presents this Asseveration in support of Plaintiff Craig M. Kirk for the common good of America.

Jeanette Evelyn Kirk forthwith, under pain and penalties binds her conscience and Asseverates these facts brought to this court in good faith and to the best of her knowledge understanding and beliefs asserts the accuracy and true-fullness to *ALL* my facts in support of Plaintiff Craig M. Kirk complaint.

Jeanette Evelyn Kirk Asseverates in good faith that ALL facts are true, asserts, correct to my knowledge understanding and beliefs under the Mosaic and Christian Law and under the law of America.

Jeanette Evelyn Kirk Craig Kirk and Paul Hughett arrived at James E. Smith dba J&R Towing across the street from the dairy queen and on the corner at the traffic light down from the old drive thru, in Frazeysburg, Ohio to get Craig Kirk's car out of James Smiths building. I and Craig walked in the building where we talked to James E. Smith, dba J&R Towing he charged Craig Kirk $ 86.00 for the car. Craig demanded the car be released without cost. James Smith dba J&R Towing demanded Identification with payment of $ 86.00 J&R Towing refused the release of Craig's car. Craig instructed and noticed James Smith dba J&R towing it was an illegal unconstitutional traffic stop. James Smith dba J&R towing states to get your car, you have to pay. Craig objected to the seizure of his car. Craig then paid James Smith the cost for the car. James Smith dba J&R Towing went from the office to the garage opened the shop door. James

*(handwritten top margin)* Tammy Gray took me green car without a court date Big NO NO

**OHIO BUREAU OF MOTOR VEHICLES**

# REPORT OF PEACE OFFICER
## ADMINISTRATIVE LICENSE SUSPENSION/NOTICE OF POSSIBLE CDL
## DISQUALIFICATION IMMOBILIZATION/FORFEITURE

| NAME | DRIVER LICENSE NUMBER | CLASS | STATE |
|---|---|---|---|

CURRENT STREET ADDRESS (AS VERIFIED BY OFFICER)

| CITY | COUNTY OF RESIDENCE | STATE | ZIP CODE |
|---|---|---|---|

DATE OF BIRTH MONTH ___ DAY ___ YEAR ___   SOCIAL SECURITY NUMBER

DATE AND TIME OF VIOLATION ☐ AM ☑ PM   DATE AND TIME OF REFUSAL OR TEST ☐ AM ☐ PM   COURT CODE   COUNTY OF VIOLATION

| VIN: | YEAR | MAKE | LICENSE PLATE NO. | TYPE PLATE | STATE |
|---|---|---|---|---|---|

| VEHICLE OWNER'S NAME | | DATE OF BIRTH | STREET ADDRESS |
|---|---|---|---|

| CITY | STATE | ZIP CODE | SOCIAL SECURITY NUMBER |
|---|---|---|---|

VEHICLE STORED AT: (STREET ADDRESS) _____ CITY _____

## The arresting officer to answer the following:

**COMPLETE FOR ALL ARREST:**

Reasonable grounds of OMVI before test were:

☐ License was seized
☐ Was provided a copy of this form at the time of arrest.

I requested the driver, by reading advice on the back, to submit to a blood, breath or urine test for alcohol concentration and/or for the presence of any controlled substance. The driver: Check:

☐ Refused to submit to test (s).

**VEHICLE SANCTIONS:**
☐ License plates were seized
☐ Vehicle was seized under 4511.195 (OMVI)
☐ Vehicle was seized under 4507.38 only (DUS or wrongful entrustment) If so, Do Not mail to BMV!
☐ Vehicle is subject to immobilization
☐ Vehicle is subject to forfeiture

___ % alcohol test result
(Circle One) Blood, Breath, or Urine.

☐ Was placed under an administrative license suspension (4511.191)

The advise (4511.191) on the back of this form was read to me And I have received a copy of this form.
X _____
Signature of Driver (OMVI arrest only)

In case of a commercial vehicle, the advise (4506.17) on the back of this form was also read and shown to me.
X _____
Signature of Driver (Commercial Vehicle arrest only)

## COMPLETE ONLY IF OFFENDER WAS OPERATING A COMMERCIAL VEHICLE:

Arresting Officer to check the items that apply:
☐ READ AND SHOWED ADVISE (4506.17) TO OFFENDER
☐ REFUSAL
ALCOHOL TEST RESULTS _____ %
☐ Commercial vehicle (4506.01(E))
☐ BAC content of .04 or above without OMVI charge

☐ BAC content of .04 or above with OMVI charge
☐ 24-hour out-of-state service order
☐ CDL to be disqualified
☐ CDL seized
☐ Violation of previous 24-hour out-of-service order
☐ Hazardous material
☐ Operated a motor vehicle under the influence of a controlled substance

## COMPLETE BELOW ONLY ON OMVI ARREST:

We, the undersigned, certify that the advise prescribed by the Legislative (under 4511.191), was shown to the person under arrest and read to him or her in the presence of the arresting officer and one other police officer or civilian civilian employee or employee of the first aid station, clinic, or hospital, at a police station, or at a hospital, first-aid station, or clinic to which the person was taken for first-aid or medical treatment.

X _____
SIGNATURE OF ARRESTING OFFICER

X _____
SIGNATURE OF WITNESS

ENFORCEMENT AGENCY _____

OFFICER'S BUSINESS STREET ADDRESS

| TITLE/POSITION | CITY | STATE | ZIP CODE |
|---|---|---|---|

OH _____
N.C.I.C. NUMBER

## COMPLETE BELOW ONLY ON OMVI ARREST OR ARREST INVOLVING COMMERCIAL VEHICLE: AFFIDAVIT OF ARRESTING OFFICER:
STATE OF OHIO, COUNTY OF

I certify the following: I arrested the person, having had reasonable grounds to believe the person was operating a vehicle upon a highway or upon public or private property used by the public for vehicular travel or parking in the State of Ohio under the influence of alcohol and/or drugs of abuse, or with a prohibited concentration of alcohol in the blood, breath or urine. I advised the person in the prescribed manner of the consequences of a refusal or a test. The person either refused the test, or took the test and had a prohibited concentration of alcohol in the blood, breath or urine (all as described above). In the case of a commercial vehicle (if applicable) I had reasonable ground to believe, after investigation, that the person was driving a commercial motor vehicle in the State of Ohio in violation of section 4506.15 of the Ohio Revised Code. The information contained on this form is true to the best of my knowledge and belief.

X _____
ARRESTING OFFICER SIGNATURE

Sworn to before me this _____ day of _____ 20 ___

X _____
NOTARY PUBLIC'S SIGNATURE

X _____
DEPUTY CLERK OF COURT'S SIGNATURE

City of _____

BMV 2255 6/02

White/Original – BMV      Canary – Law Enforcement      Pink – Court      Goldenrod - Driver

Mail to BMV on refusal, .10% test and commercial vehicle arrest only.



PLAINTIFF'S EXHIBIT
10

# Asseveration



**PLAINTIFF'S EXHIBIT**
tabbies
*10 - 1*

***KNOW ALL MEN THESE PRESENTS;***

    I, Josh Paul Green an Ohio Valley Law Club member, and pro se litigant living in Muskingum Ohio owning property in Frazeysburg, Ohio having a sound mind and sound body where I'm over the legal age of 18 presents this Asseveration in support of Plaintiff Craig M. Kirk for the common good of America.

    Josh Paul Green forthwith, under pain and penalties binds his conscience and Asseverates these facts brought to this court in good faith and to the best of my knowledge understanding and beliefs asserts the accuracy and true-fullness to ***ALL*** my facts in support of Plaintiff Craig M. Kirk complaint.

    Josh Paul Green Asseverates in good faith that ALL facts are true, asserts, correct to my knowledge understanding and beliefs under the law of America. On several different times while Craig was in jail I brought to the Muskingum County jail law books under next friend for Craig Kirk but refused for his common good. While my self and Craig's wife Jeanette both brought law books together where ''we'' were refused together as well. I also assert that my vehicle was unlawfully immobilized with out a court date By Frazeysburg Ohio Police Department in the Tammy Gray case. Case number TRD 165-03

Josh Paul Green
Address 9345 Black run Road
Phone 740 6179633

''...at the mouth of two witnesses or at the mouth of three witnesses shall the matter be established.'' Deuteronomy 19:15

)
)
)
)    Witnesses
)
)



**J & R TOWING & RECOVERY**
**24 HOUR SERVICE**
5135 Raiders Road
FRAZEYSBURG, OHIO 43822
(740) 403-6055   (740) 828-3160

# Road Service



PLAINTIFF'S
EXHIBIT
11

| DATE 9/1/07 | TIME 120 | A.M. P.M. | REQUESTED BY Sheriff | | P.O. NO. |
|---|---|---|---|---|---|

NAME  Jeanett Kirk     PHONE 622-1283

ADDRESS  Raiders Rd

CITY  Frazeysburg     STATE  Ohio    ZIP  43822

LOCATION OF VEHICLES

| YEAR, MAKE, MODEL 1992 Ford Escort | COLOR Silver | DRIVER Chair Kirk |
|---|---|---|

STATE    LIC. PLATE NO.    VEHICLE I.D. NO. 1FAPP15Jxxx13918    REGISTERED OWNER

| MILEAGE | SERVICE TIME | EXTRA PERSON |
|---|---|---|
| FINISH _____ | FINISH _____ | FINISH _____ |
| START _____ | START _____ | START _____ |
| TOTAL _____ | TOTAL _____ | TOTAL _____ |

**REASON FOR TOW**
- ☐ ACCIDENT
- ☑ ARREST
- ☐ UNREGISTERED
- ☐ TOW ZONE
- ☐ SNOW REMOVAL
- ☐ ABANDONED
- ☐ STOLEN CAR
- ☐ BREAK DOWN
- ☐ LOCK OUT
- ☐ START
- ☐ FLAT TIRE
- ☐ OUT OF GAS
- ☑ IMPOUNDED
- ☐
- ☐

**SPECIAL EQUIPMENT**
- ☐ SINGLE LINE WINCHING
- ☐ DUAL LINE WINCHING
- ☐ SNATCH BLOCKS
- ☐ SCOTCH BLOCKS
- ☐ DOLLY

**TYPE OF TOW**
- ☐ SLING/ HOIST TOW
- ☑ FLAT BED/ RAMP
- ☐ WHEEL LIFT
- ☐

**TOWED PER ORDER OF**
- ☐ STATE POLICE
- ☐ LOCAL POLICE
- ☐ OWNER
- ☐ DEALER

**VEHICLE TOWED TO**
FIRST TOW

SECOND TOW

| STORAGE FROM | | TOWING CHARGE | 50 00 |
|---|---|---|---|
| TO _____ DAYS @ $ | | MILEAGE CHARGE | |
| **PAID BY** | | EXTRA PERSON | |
| ☐ CASH   ☐ CHECK   DRIVERS LIC. NO. RL916069 | | SPECIAL EQUIPMENT | |
| ☐ CREDIT CARD  ☐ MC  ☐ VISA  ☐ AMEX   EXP. DATE 11/30/07 | | LABOR CHARGE | |
| CC NO. | | STORAGE | 15 00 |
| OPERATORS SIGNATURE  Jeanya Scott   DATE 9/1/07 | | | |
| TRUCK NO. 5/ | | SUB-TOTAL | |
| AUTHORIZED SIGNATURE Charlotte R. Kirk   DATE | | TAX | |
| VEHICLE RELEASED TO    DATE | | **TOTAL** | 65 00 |

Not responsible for loss or damage to vehicle
in case of fire, theft or any other cause beyond our control.

# Thank You
PRODUCT 2525

# MICHELI, BALDWIN, NORTHRUP LLP

ATTORNEYS AT LAW
3808 JAMES COURT, SUITE #2, P.O. BOX 788
ZANESVILLE, OHIO 43702-0788

ANK J. MICHELI
CHAEL J. MICHELI
JAMES C. MICHELI   (1956-1992)
STEVEN R. BALDWIN
MICHAEL A. NORTHRUP
DAVID E. MORTIMER
JEREMY M. MCLENDON
BENJAMIN W. WHITACRE
ERIC D. MARTIN

TELEPHONE        (740) 454-2545
                 (740) 453-8484
FAX NO.          (740) 454-6372



December 15, 2009

Craig Kirk
P.O. Box 996
Coshocton, Ohio 43812

Re:   *Kirk v. Muskingum County, Ohio, et al.*

Dear Mr. Kirk:

In response to your informal discovery request, I am enclosing the following:

1.   Application for Conditional Use for Property located at 10 E. 3rd Street.  (Please note that this is different property then James Smith's.);

2.   Withdrawal of Conditional Use Application; and

3.   Minutes of Public Hearing.

In response to your request No. 6, please be advised that Mr. Lawler had no relationship with James Smith.  There were no rental agreements or insurance statements.

In response to your request No. 7, Mr. Lawler does not believe such information is relevant since he had no relationship with Mr. Smith.

In response to your request No. 8, Mr. Lawler is aware that someone complained about the number of cars parked at the lot used by Terry Lewis.  Again, please note that the property used by Mr. Lewis is not the property used by James Smith.  Mr. Lawler does not, nor has he ever had any interest in the property used by Mr. Smith.

Michael A. Northrup (0011235)
Attorney for James Lawler



**R F G**
**ASSOCIATES, INC.**

PO Box 2112 • Zanesville, Ohio 43702-2112
(740) 454-3724 • Fax (740) 455-3107



PLAINTIFF'S
EXHIBIT
12-1

# VILLAGE OF FRAZEYSBURG
# BOARD OF ZONING APPEALS

### Public Hearing

Call to Order: 5:46 P.M.
11/19/07

Attending: Mayor Scott James, Jeff Crabtree, Tom Starner, Kenny Jenkins, Red Howard, Spencer Nethers

Absent: Jackie Middlemus

A quorum was present to conduct business.

Rob Guentter, Zoning Administrator presented the staff report for the request of Jim Lawler for a Conditional Use Permit for a parking impound lot with fencing for 10 E. Third St.

Testimony for: Terry Smith – representing owner Jim Lawler
<u>Privacy fence</u> minimum 6 ft. for impound lot with gravel down on the ground.

Requested 60 ft. reduced to 40 ft. along Third St., to improve safety.

No comments against.

Storm water and sewer lines run through this section, with recorded utility easements over about 25 ft. section, according to Eric.

Mr. Smith withdrew the application because of utilities through the site running north to south.

Rob gave out draft yard sale language for code upgrade. BZA indicated council has already passed an ordinance based on this information.

The need to require fences around pools, and enforcement was raised by the BZA.

With no further discussion, the meeting was adjourned at 6:00 P.M.

Respectfully submitted,

Robert Guentter Jr. AICP
Zoning Administrator

*Grant Writing • Project Administration • Planning and Research*



**R F G**
**ASSOCIATES, INC.**

PO Box 2112 • Zanesville, Ohio 43702-2112
(740) 454-3724 • Fax (740) 455-3107

11/20/07

Jim Lawler
Village Auto Pride
10 E. 3rd. St.
Frazeysburg, OH 43822

**PLAINTIFF'S
EXHIBIT**
tabbies
12 - 2

Dear Mr. Lawler,

At the 11/19/07 Board of Zoning Appeals (BZA) meeting, the Board accepted the withdraw of your request for a Conditional Use Permit for an auto impound lot at 10 E. 3rd. St., Frazyesburg, OH.

Mr. Smith withdrew the application after he was informed that water, sewer and storm water utilities run north to south through this site.

Please call me if you have any questions.

Sincerely,

Robert Guentter Jr. AICP
Frazeysburg Zoning Administrator

Cc: Village

*Grant Writing • Project Administration • Planning and Research*



**R F G**
**ASSOCIATES, INC.**

PO Box 2112 • Zanesville, Ohio 43702-2112
(740) 454-3724 • Fax (740) 455-3107



**PLAINTIFF'S EXHIBIT**
12-3

8/21/07

Jim Lawler
Village Auto Pride
10 E. 3rd St.
Frazeysburg, OH 43822

Dear Mr. Lawler,

Thank you for your zoning application for creating an impound car lot, with a security fence, at 10 E. 3rd St., Frazeysburg, OH.

Section 9.06 Table 13 Permitted and Conditional Uses in Business Districts, of the Frazeysburg Zoning Ordinance, describes in (b)2) commercial parking lots as a conditional use.

Resulting, to allow this use on the property, a Conditional Use Permit must be secured from the Board of Zoning Appeals (BZA).

The Village Clerk can assist you with the application for a BZA public hearing.

Please feel free to call me at (740) 454-3724 if you have any questions.

Sincerely,

Robert Guentter, Jr. AICP
Frazeysburg Zoning Administrator

Cc: Village of Frazeysburg

*Grant Writing • Project Administration • Planning and Research*



**Village of Frazeysburg**
**Board of Zoning Appeals**
**Staff Report**
**Public Hearing**

PLAINTIFF'S
EXHIBIT
12 - 4

# Public Hearing: November 19, 2007
## 5:30 P.M. Frazeysburg Town Hall

**Applicant:**   Jim Lawler
10 E. ~~Broad~~ *Third* St.
Frazeysburg, OH 43822

**Request:**  Conditional Use under Section 6 Conditional Uses, for a parking impound lot with fencing for a towing service. The request would cover an area of 35 ft x 60 ft, which would allow for up to 10 cars in impound storage. The applicant has indicated they do not expect to have that many very often. Conditional uses may be granted by the Board of Zoning Appeals if the following criteria are satisfactorily addressed.

**6.01**   **Table 6: Approval Criteria for Conditional Uses**
If granting approval or conditional approval of a variance, the Board of Zoning Appeals shall prepare a notice of decision letter that the proposed use is compatible with the existing uses in the area and that all conditions listed below apply to the application:

(a)   <u>Traffic</u> – Any adverse impact of traffic flow, including types and volume not typical to the particular zoning district has been minimized.

(b)   <u>Environmental Nuisance</u> – Any adverse effects of noise, glare, odor, dust, waste disposal, blockage of light or air or other adverse environmental effects, not generally associated with permitted uses within the particular zoning district, have been minimized.

(c)   <u>Neighborhood Character</u> – The proposed use shall fit harmoniously with the existing and man-made character of its surrounding and with permitted uses in the zoning district. The use shall not cause undue harmful effects on the environmental quality, property values or neighborhood character present in the area.

(d)   <u>Public Services and Facilities</u> – The proposed use shall not require public services and facilities greater than normally associated with permitted or existing uses present in the area.

(e)   <u>Public Safety and Health</u> – The proposed use shall not be detrimental to the health or safety of the employees, patrons or visitors associated with the use nor of the general public in the area.

(f)   <u>Other Factors</u> – The proposed use is compatible with any other elements of compatibility relating to the particular conditional use or its particular location.

# VILLAGE OF FRAZEYSBURG
## APPLICATION FOR ZONING APPROVAL

**THE APPLICANT**: Complete sections 1 – 5 and return to the Zoning Administrator Office, PO Box 160, 7 Second St., Frazeysburg, OH 43822. Phone: 740-828-2901

## SECTION 1: LOCATION OF PROPERTY

Street Name and Number: _10 E 3rd ST_

On the {north, ~~south,~~ east, west} (circle one) side of the street,

between the intersections of _Scout Rd_ and _3rd ST_

PLAINTIFF'S
EXHIBIT
12-5

## SECTION 2: OWNERSHIP OF PROPERTY

_____ Owner    Name: _Jim Lawler_

Address: _____ PO Box_____

Phone: (____) _____

_____ Agent    Company: _. Village Auto Pride_

Address: _10 E 3rd ST_ PO Box_____

Phone: (_740_) _404-7800_

## SECTION 3: ZONING INFORMATION

A Site Plan showing lot boundaries, existing buildings and proposed structures along with dimensions must be submitted with the application as per Sect 3.11, Table 2, in the Zoning Ordinance. Complete Page 3, or attach your detailed Site Plan.

Proposed Use of the Property:

_____ New Construction        _____ Renovation or addition to existing building

__X__ Parking Lot              _____ Swimming Pool

_____ Sign                    __X__ Fence

_____ Other: _____

Description of Project: _Privacy Fence for Impound Lot for Towing Service At Auto Repair Shop._

1 of 3
Revised 8/05

## SECTION 4: EXISTING USE OF PROPERTY

_____ Vacant Lot                    _____ Single-Family Residential

_____ Two-Family Residential        _____ Multi-Family Residential

__X___ Commercial                     _____ Industrial

_____ Other: _____

PLAINTIFF'S
EXHIBIT
12 -6

## SECTION 5: VALIDATION

The OWNER of the property referenced above and then UNDERSIGNED agree to conform to all applicable zoning laws of the Village of Frazeysburg and does attest to the correctness of the data furnished with this application and that no part of the land involved in this application has been previously used to provide required yard space or lot area for another structure.

Signature of Applicant: _____ Date _8_/_20_/_07_

Mailing Address (with P.O. Box) _148 4th St Frazeysburg, OH 43822_

---

### DO NOT WRITE IN AREA BELOW

Zoning District: _____     Property located in NFIP Flood Zone: _____ Yes _____ No
                                   If yes, Flood Plain Application Approved _____
                                                                                    Date

Existing Use: _____ Permitting      _____ Conditional      _____ Non-Conforming

Required Setbacks:      _____ Front _____ Rear _____ Side _____ Corner Side

Zoning Approval:       _____ Approved    Approval Number: _____

                       _____ Denied      Appeal Number: _____

_____        _____/_____/_____
Zoning Administrator                          Date

Remarks: Check with the Village (740) 828 – 2901 for any other permits needed.

_____

_____

_____

**PLAINTIFF'S EXHIBIT**
12-7
tabbies

# VILLAGE OF FRAZEYSBURG
## Site Plan Submission

*8, 20, 07*
Date

Property Owner: _____Jim Lawler_____

Property Address: _____10 E 3rd St_____

Description of Project: _Privacy Fence for Impound Lot For Towing Service at Auto Repair Shop_

---

### Sample Site Plan:

Show and label all existing and proposed buildings, streets, dimensions (in feet) and please provide any other significant information.



*NOT TO SCALE- for example only.*

### Proposed Site Plan:

Please show your proposed site plan here – or on an attached page.



3 of 3
Revised 8/05