**PLAINTIFF'S EXHIBIT**
tbbbb
_13_

**September 2007**



JK TOWING
740-829-3160
FRAZEYSBURG, OHIO

NO. _____  
NCIC _____

# VEHICLE IMPOUNDMENT RECORD

NO. _____

| MAKE FORD | MODEL ESCORT | COLOR SILVER | NO. OF CYLINDERS 4 |
|---|---|---|---|
| YEAR 1992 | MILEAGE 17412 | LICENSE NO. (Yr. - State) BN199N OHIO | HORSEPOWER OR CUBIC INCH DISPLACEMENT |
| SERIAL NO. | FUEL 1/2 ☒ Gas ☐ Diesel | VIN NO. 1FAPP15J0NW139438 | NO. OF AXLES 2 |

TYPE OF VEHICLE: ☒ Passenger Vehicle ☐ Ambulance ☐ Truck ☐ Tractor ☐ Trailer ☐ Semi-Trailer ☐ Bus ☐ Motorcycle ☐ RV  NO. OF WHEELS 4

BODY STYLE: ☐ Coupe ☐ Sedan ☐ 2-Door Hardtop ☒ Station Wagon ☐ Sedan ☐ 4-Door Hardtop ☐ Pickup ☐ Convertible ☐ Panel ☐ Van ☐ Rack ☐ Stake ☐ Carryall ☐ Flatbed ☐ Camper
BUS (Passenger capacity) _____  
TRUCK (Mfg. Rated capacity) _____

VEHICLE OPERATOR (Address, Number, Street, City, State)  
CRAIG KIRK.  COL. OHIO.  
PHONE NO. _____

REGISTERED OWNER (Address, Number, Street, City, State)  
JEANETTE KIRK. - RELEASED (owner only) (NO HOLD)  
PHONE NO. _____

NAME & ADDRESS OF LIENHOLDER (if Applicable)  
1239 CHESTNUT ST.  
COSHOCTON, OHIO  
PHONE NO. _____

PLAINTIFF'S EXHIBIT
tabbies
B-1

## REASON FOR IMPOUNDMENT

ACCIDENT ☐ DUI ☒ STOLEN ☐ ABANDONED ☐ FELONIOUS USE ☐ NO OPR. LIC. ☒ BURNED ☐ OTHER THAN ABOVE

NAME OF ARRESTED PERSON ☐ INJURED ☐ OTHER ☐ CRAIG M. KIRK  REPORT NO. _____  
EXACT LOCATION WHERE VEHICLE PICKED UP 3RD ST. @ Williamsburg Sec.  
TOW-IN SERVICE REQUESTED BY 8  NAME OF TOW-IN SERVICE J/R Towing.

| DATE OF IMPOUNDMENT 9/1/07 | TIME 6114 | TOWED OR DRIVEN BY J. Towin. Frazy. OH | NAME & TITLE OF IMPOUNDING OFFICER J. Shilling 8 |
|---|---|---|---|

## INVENTORY AND CONDITION OF VEHICLE WHEN IMPOUNDED

DOORS AND TRUNK: LOCKED ☐ UNLOCKED ☒ KEYS IN CAR ☐ KEYS IN PROPERTY ROOM ☐ OTHER _____

(USE CONDITION SYMBOL 1-FOR EXCELLENT - 2-GOOD - 3-FAIR - 4-POOR - 5-CONSTRUCTIVE TOTAL)

| ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | FRONT END | | | | ENGINE | | 4 | | SPARE TIRE | | 4 |
| | LF ¼ | | 4 | | RADIATOR | | 4 | | LR TIRE | | 4 |
| | LF DOOR | | 4 | | ALTERNATOR | | 4 | | RR TIRE | | 4 |
| | LR DOOR | | 4 | | BATTERY | | 4 | | RF TIRE | | 4 |
| | LR ¼ | | 4 | | A/C | | 4 | | LF TIRE | | 4 |
| | REAR END | | | | RADIO | | 4 | | GLASS | | 4 |
| | RF ¼ | | 4 | | TAPE DECK | | 4 | | C.B. RADIO | | |
| | RF DOOR | | 4 | | HUB CAP | | 4 | | C.B. ANTENNA | | |
| | RR DOOR | | 4 | | WHEEL COVER | | | | | | |
| | RR ¼ | | 4 | | DRIVE TRAIN | | 4 | | | | |
| | HOOD | | 4/4 | | JACK | | 4 | | | | |
| | TOP | | 4 | | TOOLS | | 4 | | | | |
| | REAR LID | | 4 | | GASOLINE | | 4 | | | | |

REMARKS MISC. TRASH. BABY SEAT, Tool Kit (left in vehicle.

(USE SUPPLEMENTARY REPORT FOR ANY DETAILS NOT LISTED ON THIS PAGE)

DESCRIBE ANY PERSONAL PROPERTY LEFT IN VEHICLE _____  
1. Budweiser 1202. Beer Can - Evidence.

REPORT MADE BY _____ 8  DATE 9/1/08  TIME 0114

---

THE ABOVE VEHICLE HAS BEEN RELEASED TO ME AND I FOUND IT'S CONDITION TO BE AS INDICATED ABOVE.

SIGNED _____  DATE _____  TIME _____ AM

**OHIO BUREAU OF MOTOR VEHICLES**
## REPORT OF LAW ENFORCEMENT OFFICER
## ADMINISTRATIVE LICENSE SUSPENSION /
## NOTICE OF POSSIBLE CDL DISQUALIFICATION / IMMOBILIZATION / FORFEITURE

| A. NAME CRAIG M. | DRIVER LICENSE NUMBER Qc120l0l9 | CLASS | STATE 0410 |
|---|---|---|---|

CURRENT STREET ADDRESS (AS VERIFIED BY OFFICER)
1239 CHESTNUT STRE LOT B

| CITY COSHOCTON | OHIO COUNTY OF RESIDENCE COSHOCTON | STATE 0410 | ZIP CODE 43812 |
|---|---|---|---|

| DATE OF BIRTH 1-15-107 | SOCIAL SECURITY NUMBER 795 170 1 7845 | 4 DIGIT COURT CODE 0053 | COUNTY OF VIOLATION MUSKINGUM |
|---|---|---|---|

| DATE OF VIOLATION 9 1 1 2007 | TIME OF VIOLATION 12 29  ☑ AM ☐ PM | VIN 1FAPP15JON W39450 | | |
|---|---|---|---|---|

| DATE OF REFUSAL OR TEST 9 1 1 2007 | TIME OF REFUSAL OR TEST 3 07  ☑ AM ☐ PM | YEAR 92 | MAKE FORD | LICENSE PLATE NO. BN197N | TYPE PLATE PASS | STATE 0HIO |

VEHICLE OWNER'S NAME JEANETTE KIRK

| DATE OF BIRTH 11 30 1968 | STREET ADDRESS 1239 CHESTNUT ST. LOT B |
|---|---|

| CITY COSHOCTON | STATE OHIO | ZIP CODE 43812 |
|---|---|---|

VEHICLE STORED AT (STREET ADDRESS) JIP TOWING  10 EAST STREET  FRAZEYSBURG OHIO     CITY FRAZEYSBURG

**B. Officer to Complete for All OVI / Physical Control Arrests:**

Circle arrest type: (OVI)   Physical Control

**The driver:**
- ☑ Refused to submit to test (s).
- ☐ Submitted to test (s). 0. % alcohol test result
- ☐ Circle test type for which results were reported:
  Whole Blood, Breath, Urine, Blood Serum, or Blood Plasma
- ☑ Was placed under an Administrative License Suspension (4511.191)
- ☐ License was seized
- ☐ Offender was provided a copy of this form at the time of arrest.

I requested the driver, by reading advice on the back, to submit to a chemical test (s) for alcohol and/or for the presence of any controlled substance or metabolite. My reasonable grounds for OVI/Physical Control arrest before test were: TRAFFIC CRASH.

- ☐ Subject tested for controlled substance or metabolite. Circle test type for which controlled substance or metabolite results were reported: Urine, Whole Blood, Blood Serum, or Blood Plasma.
- ☐ Specify controlled substance and/or metabolite results:
- ☐ Subject tested positive for prohibited level of marihuana metabolite_____ (specify amount) and was under the influence of alcohol and/or a drug of abuse.
- ☐ Controlled substance or metabolite test result received on_____. Subject served with notice of Administrative License Suspension on_____

**C. Officer to Complete Applicable Vehicle Sanctions:**
- ☐ License plate(s) seized
- ☐ Vehicle seized under 4511.195 (OVI)

- ☐ Vehicle seized under 4511.203 only (DUS or wrongful entrustment of a motor vehicle) If so, **Do Not Mail this form to the BMV**
- ☐ Vehicle subject to immobilization
- ☐ Vehicle subject to forfeiture

**D. Officer to Complete if Offender was Operating a Commercial Vehicle:**
- ☑ Read and showed advice to offender (4506.17)
- ☐ Refused to submit to test(s)
- ☐ Submitted to test (s) 0. % alcohol test result (Circle One) Whole Blood, Breath, Urine, Blood Serum, or Blood Plasma
- ☐ Prohibited Alcohol Content **without** OVI charge
- ☐ Prohibited Alcohol Content with OVI charge

- ☐ Commercial vehicle per definition (4506.01(E))
- ☐ 24-hour out-of-service order
- ☐ CDL to be disqualified
- ☐ CDL seized
- ☐ Hazardous material
- ☐ Operated a commercial vehicle under the influence of a controlled substance

PLAINTIFF'S EXHIBIT 13-2

**E. The advice on the back of this form was read to me and I have received a copy of this form:**

X REFUSED
SIGNATURE OF DRIVER

☑ REFUSED TO SIGN

**F. Complete Below Only for an OVI / Physical Control ARREST:**
We, the undersigned, certify that the advice prescribed by the General Assembly (under 4511.192), was shown to the person under arrest and read to him or her in the presence of the arresting officer and one other person.

| X _____ #8 | FRAZEYSBURG POLICE DEPT. | OHIO 0 6 0 4 |
|---|---|---|
| SIGNATURE OF ARRESTING OFFICER | ENFORCEMENT AGENCY | N.C.I.C. NUMBER |

PO BOX 160    7 2ND ST.

| X _____ v-362 | OFFICER'S BUSINESS STREET ADDRESS |
|---|---|
| SIGNATURE OF WITNESS | FRAZEYSBURG    OHIO    43822 |
| | CITY    STATE    ZIP CODE |

**COMPLETE BELOW ONLY ON OVI ARREST, PHYSICAL CONTROL ARREST, OR ARREST INVOLVING COMMERCIAL VEHICLE. AFFIDAVIT OF ARRESTING OFFICER:**

STATE OF OHIO, COUNTY OF MUSKINGUM.

I certify I arrested the person, having had reasonable grounds to believe the person was operating a vehicle upon a highway, or upon public or private property used by the public for vehicular travel or parking in the State of Ohio, under the influence of alcohol and/or drugs of abuse, in physical control of a vehicle while under the influence of alcohol and/or drugs of abuse, or with a prohibited concentration of alcohol in the whole blood, blood serum, blood plasma, breath, or urine. I advised the person in the prescribed manner of the consequences of a refusal or a test. The person either refused the test, or was under arrest for OVI and took the test and had a prohibited concentration of alcohol in the whole blood, blood serum, blood plasma, breath, or urine (all as described above). In the case of a commercial vehicle (if applicable) I had reasonable grounds to believe the person was driving a commercial motor vehicle in the State of Ohio in violation of section 4506.15 of the Ohio Revised Code. The information contained on this form is true to the best of my knowledge and belief.

X_____
ARRESTING OFFICER SIGNATURE

Sworn to before me this_____ day of _____ 20____

X_____
NOTARY PUBLIC'S SIGNATURE

X_____          City of _____
DEPUTY CLERK OF COURT'S SIGNATURE

BMV 2255 7/06          White/Original – BMV  Canary – Law Enforcement  Pink – Court  Goldenrod - Offender