**D. Scott Rankin**
Attorney at Law
45 N. 4th Street
Zanesville, OH 43701

Mr. Craig M. Kirk
1239 Chestnut Street Lot B.
Coshocton, Ohio 43812


PLAINTIFF'S EXHIBIT 14