# D. SCOTT RANKIN

## Attorney at Law

Telephone: (740) 452-5403
Fax:        (740) 452-8473

45 N. Fourth Street
Zanesville, Ohio 43701

October 1, 2007



Craig M. Kirk
1239 Chestnut Street Lot B
Coshocton, Ohio   43812

### RE:  VILLAGE OF FRAZEYSBURG v. CRAIG M. KIRK
### Case Number:  TRC 0705102

Dear Mr. Kirk:

Attached you will find a witness list setting forth all critical witnesses which Village of Frazeysburg is aware of and which the Village intends to use at trial.

Furthermore, you are hereby granted privilege to inspect and copy any and all evidence being held by the Village at this time by making arrangements through the office of D. Scott Rankin.

By accepting this early discovery, you are hereby triggering the Village's reciprocal right to have all discoverable evidence, which you intend to use at trial.  Also, please find enclosed our reciprocal Request For Discovery, which we have filed with the court.

Respectfully,

D. Scott Rankin

DSR/nls
Attachments - as stated

October 1, 2007
Craig M. Kirk
Page Two


PLAINTIFF'S
EXHIBIT
tabbies
14 -2

**Re:    VILLAGE OF FRAZEYSBURG v. CRAIG M. KIRK**
**Case Number:  TRC 0705102**

## WITNESSES

1. Officer Jason Schilling          Frazeysburg Police
2. Trooper Roe                      Ohio State Highway Patrol
3. Scott Caldwell                   Dresden Police - Unit 2
4. Chief Clifford Bigler            Frazeysburg Police

## ATTACHMENTS

1. Summons
2. Village of Frazeysburg Transfer To Muskingum County Court Form
3. BMV 2255
4. Copy of Citation
5. Copy of Police Report

*original*
*Bigler*

**Village of Frazeysburg
Muskingum County, Ohio
Mayor's Court
Magistrate Shawn Crawmer**



PLAINTIFF'S
EXHIBIT
14-3

## *Transfer to Muskingum County Court*

This matter having came before the Village of Frazeysburg Mayor's Court this

___4th___ day of __September, 20 07__; and upon motion of the defendant

___Craig M. Kirk___ request that this case before transferred to

the Muskingum County Court for further proceedings.

For good cause shown, the above captioned matter is hereby transferred to the Muskingum County Court for all further proceedings.

Case No: __#07-0319-09__ Summons No:_____

Defendant's Name: ___Craig M. Kirk___

Address: ___1239 Chestnut Street, Lot B.___

City,State,Zip ___Coshocton, Ohio 43812___

Social Security No: __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__ DOB: __01-15-67__

X _____
~~Defendant~~'s Signature

X _____          _____
Magistrate    -    Shawn Crawmer          Clerk of Courts  -  ~~Marsha Miller~~

### TO DEFENDANT

You are hereby ordered to appear at the Muskingum County Court  27 N. Fifth St. Zanesville, Ohio 43701 on the __6th__ day of __September__, 20 07.
At __8:30__ o'clock __A__ M.
**If you fail to appear at this time and place ordered, you may be arrested.**

Summons served to defendant on this __4th__ day of __September, 20 07__.

X _____
~~Defendant's Signature~~

X _____          _____
Issuing Law Enforcement Officer          Clerk of Courts

CC:    Defendant
       Defense Counsel
       Muskingum County Court Clerk
       Defendant's File
       Frazeysburg Police Department

WHITE-To be returned after Service Complete    Sheriff or Process Server with Proof of Service; YELLOW—To be served on Witness;  PINK–Clerk's Copy;
GOLDENROD–Attorney's Copy;

_____ **Muskingum County** _____ **COURT** _____ **Zanesville** _____ **OHIO**

**Village of Frazeysburg** _____ , Plaintiff

VS.

**Craig M. Kirk** _____ Defendant

The State of Ohio

**Muskingum** _____ County, ss:

Case No. **TRC0705102** _____

## SUBPOENA

☐ Civil   ☒ Criminal

☐ Duces Tecum

To the Sheriff of _____ **Muskingum** _____ County, Ohio, Greetings:

To the Bailiff of _____ **County** _____ Court

YOU ARE HEREBY COMMANDED TO SUBPOENA THE FOLLOWING NAMED PERSON, to-wit:

**TROOPER ROE** _____
(Name)

**Ohio State Highway Patrol**
(Address)
**3760 East Pike, Zanesville, Ohio 43701**

To be and appear before the _____ **Muskingum County** _____ Court, _____ **27 N. 5th Street**
Court Address

_____ **Zanesville** _____ , Ohio on the **9th** day of _____ **October** _____ **2007** ,

at **9:00** o'clock **A.M.** , to testify as a witness in a certain case pending in said court on behalf of the

**Plaintiff** _____ .
Plaintiff/Defendant

YOU ARE FURTHER ORDERED TO BRING WITH YOU:

> **PLAINTIFF'S EXHIBIT**
> tabbies
> **14 -4**

and not depart the Court without leave. And therein to fail not, under penalty of the law, and to have then and there this writ. Present this subpoena to the Clerk of Court upon your arrival and before you leave. You may be held in contempt of Court for failure to appear.

☐ Person being subpoenaed resides outside the county in which court is located. 1 day witness fee and mileage in amount of $ _____ is attached.

*See the back of this form for your rights and duties under subpoena.* _____ D. Scott R _____
Attorney for (Defendant - Plaintiff)

WITNESS my hand and Seal of said

Court this **3RD** _____ day of

**OCTOBER** _____ , **2007**

**JACQUELINE GARBER** Clerk

**Muskingum County** _____ , Court

By _____ Christy Fowler _____
Deputy Clerk

| RETURN OF SERVICE | DATE OF SERVICE |
|---|---|
| Service $ _____ | 10-03-07 1247ᴾᴹ |
| Mileage $ _____ | **Type of Service** ☐ Personal ☒ Residential By leaving copy with |
| Total $ _____ | Dispatcher |

_____
Sheriff - Baliff - Process Server

Fee paid to witness by clerk $ _____

## NOTE: PRESENT THIS SUBPOENA TO THE CLERK OF COURTS FOR PAYMENT

Case 2:09-cv-00583-JLG-EPD Doc #: 100-10 Filed: 02/23/11 Page: 5 of 6 PAGEID #: 878

_____ **Muskingum County** _____ **COURT** _____ **Zanesville** _____ **OHIO**

_Village of Frazeysburg_ _____ , Plaintiff

vs.

_Craig M. Kirk_ _____ Defendant

Case No. ____ **TRCO705102** ____

## SUBPOENA

☐ Civil        ☒ Criminal

☐ Duces Tecum

The State of Ohio

_____ **Muskingum** _____ County, ss:

To the Sheriff of _____ **Muskingum** _____ County, Ohio, Greetings:

To the Bailiff of _____ **County** _____ Court

YOU ARE HEREBY COMMANDED TO SUBPOENA THE FOLLOWING NAMED PERSON, to-wit:

_Scott Caldwell_ _____
        (Name)

**Village of Dresden-Police Dept.**

**Dresden, Ohio** _____ (Address)

To be and appear before the _____ **Muskingum County** _____ Court, _____ **27 N. 5th Street** _____
Court Address

_____ **Zanesville** _____ , Ohio on the _9th_ day of _____ October _____ 2007 _____ ,

at _9:00_ o'clock _A.M._ , to testify as a witness in a certain case pending in said court on behalf of the

_Plaintiff_ _____ .
        Plaintiff/Defendant

YOU ARE FURTHER ORDERED TO BRING WITH YOU:

**PLAINTIFF'S EXHIBIT**
tabbies
_14 5_

and not depart the Court without leave. And therein to fail not, under penalty of the law, and to have then and there this writ. Present this subpoena to the Clerk of Court upon your arrival and before you leave. You may be held in contempt of Court for failure to appear.

☐ Person being subpoenaed resides outside the county in which court is located. 1 day witness fee and mileage in amount of $_____ is attached.

_See the back of this form for your rights and duties under subpoena._

_D. Scott _____
Attorney for (Defendant⸺Plaintiff)

| RETURN OF SERVICE | DATE OF SERVICE |
|---|---|
| Service  $_____ | _10 - 03 - 2007_ |
| Mileage  $_____ | _1400_ |
| Total      $_____ | **Type of Service** |
|  | ☒ Personal |
|  | ☐ Residential |
|  | By leaving copy with |
|  | _____ |
| _Ch R R_ | |
| Sheriff - Bailiff - Process Server | |

WITNESS my hand and Seal of said

Court this _3RD_ _____ day of

_OCTOBER_ _____ , _2007_

_JACQUELINE GARBER_, Clerk

**Muskingum County** _____ , Court

By _Christy Fowler_ _____
_____ Deputy Clerk

Fee paid to witness by clerk $_____

## NOTE: PRESENT THIS SUBPOENA TO THE CLERK OF COURTS FOR PAYMENT

WHITE-To be returned after Service Complete Sheriff or Process Server Mail Proof of Service. YELLOW-To be served on Witness; PINK-Clerk's Copy; GOLDENROD-Attorney's Copy;

Lilienthal/Southeastern Printing 1-800-837-1900 13065G

_____**Muskingum County**_____ **COURT** _____**Zanesville**_____ **OHIO**

**Village of Frazeysburg**_____, Plaintiff

VS.

**Craig M. Kirk**_____ Defendant

Case No. ___**TRC0705102**___

**SUBPOENA**

☐ Civil   ☒ Criminal
☐ Duces Tecum

The State of Ohio

_____**Muskingum**_____ County, ss:

To the Sheriff of_____**Muskingum**_____County, Ohio, Greetings:

To the Bailiff of _____**County**_____Court

YOU ARE HEREBY COMMANDED TO SUBPOENA THE FOLLOWING NAMED PERSON, to-wit:

**JASON SCHILLING**_____
(Name)

**Village of Frazeysburg-Police Dept.**_____
(Address)
**Frazeysburg, Ohio**_____

To be and appear before the _____**Muskingum County**_____Court, ___**27 N. 5th Street**___

_____**Zanesville**_____, Ohio on the **9th** day of ___**October**___ Court Address **2007**,

at **9:00** o'clock **A.M.**, to testify as a witness in a certain case pending in said court on behalf of the

**Plaintiff**_____
Plaintiff/Defendant

YOU ARE FURTHER ORDERED TO BRING WITH YOU:

> PLAINTIFF'S EXHIBIT
> tabbies
> **14-6**

and not depart the Court without leave. And therein to fail not, under penalty of the law, and to have then and there this writ. Present this subpoena to the Clerk of Court upon your arrival and before you leave. You may be held in contempt of Court for failure to appear.

☐ Person being subpoenaed resides outside the county in which court is located. 1 day witness fee and mileage in amount of $_____ is attached.

*See the back of this form for your rights and duties under subpoena.*

_____
Attorney for (Defendant Plaintiff)

WITNESS my hand and Seal of said

Court this **3 RD**_____ day of

_____**OCTOBER**_____, **2007**

_____**JACQUELINE   GARBER**Clerk

**Muskingum County**_____, Court

By_____
Deputy Clerk

Fee paid to witness by clerk $_____

| RETURN OF SERVICE | DATE OF SERVICE |
|---|---|
| Service $_____ | _10-03-2007_ |
| Mileage $_____ | 1452 *Type of Service* ☒ Personal ☐ Residential By leaving copy with |
| Total $_____ | _____ |

_____
Sheriff - Baliff - Process Server

**NOTE: PRESENT THIS SUBPOENA TO THE CLERK OF COURTS FOR PAYMENT**