White: to Court Goldenrod: to Officer Pink: to Defendant

Frazeysburg Mayors Court
7 2nd St
(street and number)
Frazeysburg Muskingum County, Ohio
(city) (name of county)

State of Ohio
Village of Frazeysburg
v.
Craig M. Kirk
(name of defendant)

(address)

(age)

SUMMONS IN LIEU OF ARREST WITHOUT WARRANT, AND COMPLAINT UPON SUCH SUMMONS

Rule 4(A)(3) Form XII

04759
SUMMONS NO.

07-0319-07
CASE NO.

PLAINTIFF'S EXHIBIT 15

*********************************************

TO DEFENDANT:

SUMMONS

In lieu of immediate arrest upon a misdemeanor you are summoned and ordered to appear at ** the above captioned Court at 8:30 am o'clock 6 Sept (day, date) 2007 ** the Juvenile Court of N/A County at the time and place ordered by that Court. If you fail to appear at this time and place you may be arrested.

This summons served personally on the defendant on Tue Sept 4, 2007.

COMPLAINT

On 6 Sept, 2007, at 830 Am County Court 27 N. 5th St Zanesville, Ohio (place) you hereby ordered to Appear for (describe the offense charged and state the numerical Arraignment designation of the applicable statute or ordinance)

Chief Carr RR
Signature of Issuing-Charging Law Enforcement Officer

Being duly sworn the issuing-charging law enforcement officer states that he has read the above complaint and that it is true.

Chief Carr RR
Issuing-Charging Law Enforcement Officer

Sworn to and subscribed before me by ______________ on ______________, ______

Judge / Clerk / Deputy Clerk

______________ Court

OR

Notary Public

My Commission Expires ______________, ______

______________ County/State of Ohio/

NOTICE TO DEFENDANT: Officer not required to swear to summons — (complaint on your copy.)

** Delete the lines not applicable

Lawrence Southeastern, Inc., 1-800-837-1904, Re-Order 61565Y Form No. MX66-13

Heston King
3029

COPY
Rankin

Village of Frazeysburg
Muskingum County, Ohio
Mayor's Court
Magistrate Shawn Crawmer

PLAINTIFF'S
EXHIBIT
15-1

***Transfer to Muskingum County Court***

This matter having came before the Village of Frazeysburg Mayor's Court this 4th day of September 20 07; and upon motion of the defendant Craig M. Kirk request that this case before transferred to the Muskingum County Court for further proceedings.

For good cause shown, the above captioned matter is hereby transferred to the Muskingum County Court for all further proceedings.

Case No: #07-0319-09 Summons No: 04 759

Defendant's Name: Craig M. Kirk

Address: 1239 Chestnut Street, Lot 6.

City,State,Zip Coshocton, Ohio 43812

Social Security No: 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 DOB: 01-15-67

X [signature]
~~Defendant~~'s Signature

X [signature]
Magistrate - Shawn Crawmer

Clerk of Courts - ~~Marshal~~

**TO DEFENDANT**

You are hereby ordered to appear at the Muskingum County Court 27 N. Fifth St. Zanesville, Ohio 43701 on the 6th day of September, 20 07. At 8:30 o'clock A.M.

**If you fail to appear at this time and place ordered, you may be arrested.**

**Summons served to defendant on this** 4th **day of** September 20 07.

X [signature]
~~Defendant~~'s Signature

X [signature]
Issuing Law Enforcement Officer

Clerk of Courts

CC: Defendant
Defense Counsel
Muskingum County Court Clerk
Defendant's File
Frazeysburg Police Department

OHIO BUREAU OF MOTOR VEHICLES

# REPORT OF LAW ENFORCEMENT OFFICER ADMINISTRATIVE LICENSE SUSPENSION / NOTICE OF POSSIBLE CDL DISQUALIFICATION / IMMOBILIZATION / FORFEITURE

A. NAME | DRIVER LICENSE NUMBER | CLASS D | STATE OHIO

CURRENT STREET ADDRESS (AS VERIFIED BY OFFICER)

CITY | OHIO COUNTY OF RESIDENCE | STATE | ZIP CODE

DATE OF BIRTH | SOCIAL SECURITY NUMBER | 4 DIGIT COURT CODE | COUNTY OF VIOLATION

DATE OF VIOLATION 2007 | TIME OF VIOLATION ☐ AM ☐ PM | VIN

DATE OF REFUSAL OR TEST 2007 | TIME OF REFUSAL OR TEST ☐ AM ☐ PM | YEAR | MAKE Ford | LICENSE PLATE NO. | TYPE PLATE | STATE

VEHICLE OWNER'S NAME | DATE OF BIRTH | STREET ADDRESS

CITY Coshocton | STATE Ohio | ZIP CODE

VEHICLE STORED AT (STREET ADDRESS) | CITY Frazeysburg

B. **Officer to Complete for All OVI / Physical Control Arrests:**

Circle arrest type: (OVI) Physical Control

The driver:

- ☒ Refused to submit to test (s).
- ☐ Submitted to test (s). 0.______ % alcohol test result
- ☒ Circle test type for which results were reported: Whole Blood Breath, Urine, Blood Serum, or Blood Plasma
- ☐ Was placed under an Administrative License Suspension (4511.191)
- ☐ License was seized
- ☒ Offender was provided a copy of this form at the time of arrest.

I requested the driver by reading advice on the back, to submit to a chemical test (s) for alcohol and/or for the presence of any controlled substance or metabolite. My reasonable grounds for OVI/Physical Control arrest before test were: ______

- ☐ Subject tested for controlled substance or metabolite. Circle test type for which controlled substance or metabolite results were reported: Urine, Whole Blood, Blood Serum, or Blood Plasma.
- ☐ Specify controlled substance and/or metabolite results: ______
- ☐ Subject tested positive for prohibited level of marihuana metabolite ______ (specify amount) and was under the influence of alcohol and/or a drug of abuse.
- ☐ Controlled substance or metabolite test result received on ______. Subject served with notice of Administrative License Suspension on ______

C. **Officer to Complete Applicable Vehicle Sanctions:**

- ☐ License plate(s) seized
- ☐ Vehicle seized under 4511.195 (OVI)
- ☐ Vehicle seized under 4511.203 only (DUS or wrongful entrustment of a motor vehicle) If so, **Do Not Mail this form to the BMV**
- ☐ Vehicle subject to immobilization
- ☐ Vehicle subject to forfeiture

PLAINTIFF'S EXHIBIT 15-2

D. **Officer to Complete if Offender was Operating a Commercial Vehicle:**

- ☐ Read and showed advice to offender (4506.17)
- ☐ Refused to submit to test(s)
- ☐ Submitted to test(s) 0.______ % alcohol test result (Circle One) Whole Blood Breath, Urine, Blood Serum, or Blood Plasma
- ☐ Prohibited Alcohol Content without OVI charge
- ☐ Prohibited Alcohol Content with OVI charge
- ☐ Commercial vehicle per definition (4506.01(E))
- ☐ 24-hour out-of-service order
- ☐ CDL to be disqualified
- ☐ CDL seized
- ☐ Hazardous material
- ☐ Operated a commercial vehicle under the influence of a controlled substance

E. **The advice on the back of this form was read to me and I have received a copy of this form:**

X ______ SIGNATURE OF DRIVER ☒ REFUSED TO SIGN

F. **Complete Below Only for an OVI / Physical Control ARREST.**

We, the undersigned, certify that the advice prescribed by the General Assembly (under 4511.192), was shown to the person under arrest and read to him or her in the presence of the arresting officer and one other person.

X ______ SIGNATURE OF ARRESTING OFFICER

Frazeysburg Police Dept. ENFORCEMENT AGENCY | OHIO N.C.I.C. NUMBER

PO Box 120 ______ OFFICER'S BUSINESS STREET ADDRESS

X ______ SIGNATURE OF WITNESS

Frazeysburg CITY | Ohio STATE | ZIP CODE

**COMPLETE BELOW ONLY ON OVI ARREST, PHYSICAL CONTROL ARREST, OR ARREST INVOLVING COMMERCIAL VEHICLE. AFFIDAVIT OF ARRESTING OFFICER:**

**STATE OF OHIO, COUNTY OF** ______

I certify I arrested the person, having had reasonable grounds to believe the person was operating a vehicle upon a highway, or upon public or private property used by the public for vehicular travel or parking in the State of Ohio, under the influence of alcohol and/or drugs of abuse in physical control of a vehicle while under the influence of alcohol and/or drugs of abuse, or with a prohibited concentration of alcohol in the whole blood, blood serum, blood plasma, breath, or urine. I advised the person in the prescribed manner of the consequences of a refusal or a test. The person either refused the test, or was under arrest for OVI and took the test and had a prohibited concentration of alcohol in the whole blood, blood serum, blood plasma, breath, or urine (all as described above). In the case of a commercial vehicle (if applicable) I had reasonable grounds to believe the person was driving a commercial motor vehicle in the State of Ohio in violation of section 4506.15 of the Ohio Revised Code. The information contained on this form is true to the best of my knowledge and belief.

X ______ ARRESTING OFFICER SIGNATURE

Sworn to before me this ______ day of ______, 20 07 ______ NOTARY PUBLIC'S SIGNATURE

X ______ DEPUTY CLERK OF COURT'S SIGNATURE ______ City of ______

BMV 2255 7/06

White/Original - BMV Canary - Law Enforcement Pink - Court Goldenrod - Offender

OHIO BUREAU OF MOTOR VEHICLES
REPORT OF LAW ENFORCEMENT OFFICER
ADMINISTRATIVE LICENSE SUSPENSION /
NOTICE OF POSSIBLE CDL DISQUALIFICATION / IMMOBILIZATION / FORFEITURE

A. NAME: Craig M. Kirk | DRIVER LICENSE NUMBER: QE120619 | CLASS: D | STATE: Ohio

CURRENT STREET ADDRESS (AS VERIFIED BY OFFICER): 1229 Chestnut Street Lot 8

CITY: Coshocton | OHIO COUNTY OF RESIDENCE: Coshocton | STATE: Ohio | ZIP CODE: 43812

DATE OF BIRTH: 1-5-1967 | SOCIAL SECURITY NUMBER: 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 | 4 DIGIT COURT CODE: 0658 | COUNTY OF VIOLATION: Muskingum

DATE OF VIOLATION: 9/1/2007 | TIME OF VIOLATION: 12:27 ☒ AM ☐ PM | VIN: [illegible]

DATE OF REFUSAL OR TEST: 9/1/2007 | TIME OF REFUSAL OR TEST: 2:07 ☒ AM ☐ PM | YEAR: 92 | MAKE: Ford | LICENSE PLATE NO.: BN197N | TYPE PLATE: PASS | STATE: Ohio

VEHICLE OWNER'S NAME: Tracie Kirk | DATE OF BIRTH: 11/30/1968 | STREET ADDRESS: 1229 Chestnut St Lot 8

CITY: Coshocton | STATE: Ohio | ZIP CODE: 43812

VEHICLE STORED AT (STREET ADDRESS): [illegible] Towing 10 East Street Frazeysburg Ohio | CITY: Frazeysburg

B. Officer to Complete for All OVI / Physical Control Arrests:
Circle arrest type: OVI Physical Control
The driver:
☒ Refused to submit to test (s).
☐ Submitted to test (s). 0.______% alcohol test result
☒ Circle test type for which results were reported: Whole Blood, Breath, Urine, Blood Serum, or Blood Plasma
☒ Was placed under an Administrative License Suspension (4511.191)
☐ License was seized
☒ Offender was provided a copy of this form at the time of arrest.

I requested the driver, by reading advice on the back, to submit to a chemical test (s) for alcohol and/or for the presence of any controlled substance or metabolite. My reasonable grounds for OVI/Physical Control arrest before test were: [illegible]

☐ Subject tested for controlled substance or metabolite. Circle test type for which controlled substance or metabolite results were reported: Urine, Whole Blood, Blood Serum, or Blood Plasma.
☐ Specify controlled substance and/or metabolite results:
☐ Subject tested positive for prohibited level of marihuana metabolite______(specify amount) and was under the influence of alcohol and/or a drug of abuse.
☐ Controlled substance or metabolite test result received on______. Subject served with notice of Administrative License Suspension on______

C. Officer to Complete Applicable Vehicle Sanctions:
☐ License plate(s) seized
☐ Vehicle seized under 4511.195 (OVI)
☐ Vehicle seized under 4511.203 only (DUS or wrongful entrustment of a motor vehicle) If so, Do Not Mail this form to the BMV
☐ Vehicle subject to immobilization
☐ Vehicle subject to forfeiture

D. Officer to Complete if Offender was Operating a Commercial Vehicle:
☐ Read and showed advice to offender (4506.17)
☐ Refused to submit to test(s)
☐ Submitted to test(s) 0.______% alcohol test result
(Circle One) Whole Blood, Breath, Urine, Blood Serum, or Blood Plasma
☐ Prohibited Alcohol Content without OVI charge
☐ Prohibited Alcohol Content with OVI charge
☐ Commercial vehicle per definition (4506.01(E))
☐ 24-hour out-of-service order
☐ CDL to be disqualified
☐ CDL seized
☐ Hazardous material
☐ Operated a commercial vehicle under the influence of a controlled substance

PLAINTIFF'S EXHIBIT 15-3

E. The advice on the back of this form was read to me and I have received a copy of this form:
X Refused
SIGNATURE OF DRIVER ☒ REFUSED TO SIGN

F. Complete Below Only for an OVI / Physical Control ARREST:
We, the undersigned, certify that the advice prescribed by the General Assembly (under 4511.192), was shown to the person under arrest and read to him or her in the presence of the arresting officer and one other person.

X [signature] | Frazeysburg Police Dept. | OHO 0 6 0 4
SIGNATURE OF ARRESTING OFFICER | ENFORCEMENT AGENCY | N.C.I.C. NUMBER

PO Box 160 7 2nd St.
OFFICER'S BUSINESS STREET ADDRESS

X [signature] U. 362 | Frazeysburg | Ohio | 43822
SIGNATURE OF WITNESS | CITY | STATE | ZIP CODE

COMPLETE BELOW ONLY ON OVI ARREST, PHYSICAL CONTROL ARREST, OR ARREST INVOLVING COMMERCIAL VEHICLE: AFFIDAVIT OF ARRESTING OFFICER:
STATE OF OHIO, COUNTY OF Muskingum

I certify I arrested the person, having had reasonable grounds to believe the person was operating a vehicle upon a highway, or upon public or private property used by the public for vehicular travel or parking in the State of Ohio, under the influence of alcohol and/or drugs of abuse, in physical control of a vehicle while under the influence of alcohol and/or drugs of abuse, or with a prohibited concentration of alcohol in the whole blood, blood serum, blood plasma, breath, or urine. I advised the person in the prescribed manner of the consequences of a refusal or a test. The person either refused the test, or was under arrest for OVI and took the test and had a prohibited concentration of alcohol in the whole blood, blood serum, blood plasma, breath, or urine (all as described above). In the case of a commercial vehicle (if applicable) I had reasonable grounds to believe the person was driving a commercial motor vehicle in the State of Ohio in violation of section 4506.15 of the Ohio Revised Code. The information contained on this form is true to the best of my knowledge and belief.

X [signature]
ARRESTING OFFICER SIGNATURE

Sworn to before me this 4th day of September, 2007 X [signature]
NOTARY PUBLIC'S SIGNATURE

X
DEPUTY CLERK OF COURT'S SIGNATURE City of

BMV 2255 7/06

White/Original – BMV Canary – Law Enforcement Pink – Court Goldenrod – Offender



MAYOR'S MUSKINGUM

FRAZEYSBURG

Nº 004813

07-0319-09

PLAINTIFF'S EXHIBIT 15-4

CRAIG M. KIRK.
1239 CHESTNUT ST. LOT 8.
COSHOCTON OHIO 43812
9 91 1995 OHIO
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 1 15 67
W M 5'09 250 BRO BRO
QC120619
D

9/1 07 12:29 AM
1992 FORD SW
SILVER BN197N OHIO
EAST 3RD STREET
NORTH STATE ST.
VILLAGE FRAZEYSBURG MUSKINGUM
60

73.01/4511.19
4510.11A

FRB

ONE HEADLIGHT INOPERATION.

74.03
4513.04A

CASE #07-0319-09

MAYOR'S

P.O. BOX 160 7 2ND ST.
FRAZEYSBURG, OH 43822

6p

TUE 9/4 07

SAT 9/1 07

6053 & FPD

740-622-1783

3

COSHOCTON

same.

PLAINTIFF'S EXHIBIT
15-5

MAYOR'S MUSKINGUM

FRAZEYSBURG № 004813

CASE NO 07-0319-09

CRAIG M. KIRK.
1239 CHESTNUT ST. LOT 8
COSHOCTON, OHIO 43812
9 91 1995 OHIO
SSN 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 15-67
W M 5'09 250 BRO BRO
QC120619
D

TO DEFENDANT: COMPLAINT
9/1 07 12:29 AM
1992 FORD SW
SIVER BNI9 TN OHIO
EAST 3RD STREET
NORTH STATE ST.
VILLAGE FRAZEYSBURG MUSKINGUM
60

SPEED
OVI — Under the influence of alcohol/drug of abuse — ORC ORD T.P. 73.01/4511.19
☐ Prohibited blood alcohol concentration ☐ Blood ☐ Breath ☐ Urine ☒ Refused
DRIVER LICENSE: ☐ None ☐ Revoked ☒ Suspended ☒ Not on person Expired: ☐ 6 mos. or less ☒ Over 6 mos. Suspension Type FRA — ORC ORD T.P. 4510.11A / 73.98
SAFETY BELT - Failure to wear ☐ Driver ☐ Passenger ☐ Child Restraint
OTHER OFFENSE ONE HEADLIGHT IN OPERATION. — ORC ORD T.P. 74.03 / 4513.04A
OTHER OFFENSE ☐ ORC ☐ ORD ☐ T.P.

☐ DRIVER LICENSE HELD ☒ VEHICLE SEIZED ARREST CODE
PAVEMENT: ☒ Dry ☐ Wet ☐ Snow ☐ Icy # of Lanes 2 ☐ Const. Zone
VISIBILITY: ☒ Clear ☐ Cloudy ☐ Dusk ☒ Night
WEATHER: ☐ Rain ☐ Snow ☐ Fog ☒ No Adverse
TRAFFIC: ☐ Heavy ☐ Moderate ☒ Light ☐ None
AREA: ☒ Business ☐ Rural ☐ Residential
CRASH: ☐ Yes ☒ No ☐ Crash Report Number
REMARKS CASE #07-0319-09
ACCOMPANYING CRIMINAL CHARGE ☐ Yes ☒ No TOTAL # OFFENSES 3

MAYOR'S
P.O. BOX 160 7 2ND ST.
FRAZEYSBURG, OH 43822
TUE 9/4 07 6p
SAT 9/1 07
OFF. [signature] #8 6053 8 FPD

SIGNATURE [signature] CO. RES COSHOCTON PHONE (740) 622-1783

COURT RECORD

PRINT PLAINLY—USE HARD PENCIL OR BALL POINT PEN—PRESS HARD



# REPORT OF LAW ENFORCEMENT OFFICER ADMINISTRATIVE LICENSE SUSPENSION / NOTICE OF POSSIBLE CDL DISQUALIFICATION / IMMOBILIZATION / FORFEITURE

A. NAME: CRAIG M. KIRK
DRIVER LICENSE NUMBER: [illegible]
CLASS: D
STATE: OHIO

CURRENT STREET ADDRESS (AS VERIFIED BY OFFICER): 1239 CHESTNUT STREET LOT B
CITY: COSHOCTON
OHIO COUNTY OF RESIDENCE: COSHOCTON
STATE: OHIO
ZIP CODE: 43812
DATE OF BIRTH: 1-15-[illegible]
SOCIAL SECURITY NUMBER: 295 / 70 / 7845
4 D GIT COURT CODE: 6053
COUNTY OF VIOLATION: MUSKINGUM
DATE OF VIOLATION: 9 / 1 / 2007
TIME OF VIOLATION: 12:29 AM ☐ PM
VIN: 1FAPP15J0N[illegible]
DATE OF REFUSAL OR TEST: 9 / 1 / 2007
TIME OF REFUSAL OR TEST: 2:07 AM ☐ PM
YEAR: 92
MAKE: FORD
LICENSE PLATE NO.: [illegible]
TYPE PLATE: PASS
STATE: OHIO
VEHICLE OWNER'S NAME: JEANETTE KIRK
DATE OF BIRTH: 11/30/1969
STREET ADDRESS: 1239 CHESTNUT ST. LOT B
CITY: COSHOCTON
STATE: OHIO
ZIP CODE: 43812
VEHICLE STORED AT (STREET ADDRESS): J/R TOWING 10 EAST STREET FRAZEYSBURG OHIO
CITY: FRAZEYSBURG

B. Officer to Complete for All OVI / Physical Control Arrests:
Circle arrest type: (OVI) Physical Control
The driver:
☒ Refused to submit to test (s)
☐ Submitted to test (s). 0.______% alcohol test result
☒ Circle test type for which results were reported:
Whole Blood, Breath, Urine, Blood Serum, or Blood Plasma
☒ Was placed under an Administrative License Suspension (4511.191)
☐ License was seized
☒ Offender was provided a copy of this form at the time of arrest

I requested the driver, by reading advice on the back, to submit to a chemical test (s) for alcohol and/or for the presence of any controlled substance or metabolite. My reasonable grounds for OVI/Physical Control arrest before test were: TRAFFIC OFF.

☐ Subject tested for controlled substance or metabolite. Circle test type for which controlled substance or metabolite results were reported: Urine, Whole Blood, Blood Serum, or Blood Plasma.
☐ Specify controlled substance and/or metabolite results:
☐ Subject tested positive for prohibited level of marihuana metabolite ______ (specify amount) and was under the influence of alcohol and/or a drug of abuse.
☐ Controlled substance or metabolite test result received on ______ Subject served with notice of Administrative License Suspension on ______

C. Officer to Complete Applicable Vehicle Sanctions:
☐ License plate(s) seized
☐ Vehicle seized under 4511.195 (OVI)
☐ Vehicle seized under 4511.203 only (DUS or wrongful entrustment of a motor vehicle) If so, Do Not Mail this form to the BMV
☐ Vehicle subject to immobilization
☐ Vehicle subject to forfeiture

PLAINTIFF'S EXHIBIT 15-6

D. Officer to Complete if Offender was Operating a Commercial Vehicle:
[illegible]d and showed advice to offender (4506.17)
☐ Refused to submit to test(s)
☐ Submitted to test(s) 0.______% alcohol test result
(Circle One) Whole Blood, Breath, Urine, Blood Serum, or Blood Plasma
☐ Prohibited Alcohol Content without OVI charge
☐ Prohibited Alcohol Content with OVI charge
☐ Commercial vehicle per definition (4506.01(E))
☐ 24-hour out-of-service order
☐ CDL to be disqualified
☐ CDL seized
☐ Hazardous material
☐ Operated a commercial vehicle under the influence of a controlled substance

E. The advice on the back of this form was read to me and I have received a copy of this form:
X REFUSED
SIGNATURE OF DRIVER
☒ REFUSED TO SIGN

F. Complete Below Only for an OVI / Physical Control ARREST.
We, the undersigned, certify that the advice prescribed by the General Assembly (under 4511.192), was shown to the person under arrest and read to him or her in the presence of the arresting officer and one other person.

X [signature]
SIGNATURE OF ARRESTING OFFICER
FRAZEYSBURG POLICE DEPT.
ENFORCEMENT AGENCY
OHIO 0 6 0 4
N.C.I.C. NUMBER

X [signature] 362
SIGNATURE OF WITNESS
PO BOX 160 7 2ND ST.
OFFICER'S BUSINESS STREET ADDRESS
FRAZEYSBURG
CITY
OHIO
STATE
43822
ZIP CODE

COMPLETE BELOW ONLY ON OVI ARREST, PHYSICAL CONTROL ARREST, OR ARREST INVOLVING COMMERCIAL VEHICLE. AFFIDAVIT OF ARRESTING OFFICER:
STATE OF OHIO, COUNTY OF MUSKINGUM
I certify I arrested the person, having had reasonable grounds to believe the person was operating a vehicle upon a highway, or upon public or private property used by the public for vehicular travel or parking in the State of Ohio, under the influence of alcohol and/or drugs of abuse, in physical control of a vehicle while under the influence of alcohol and/or drugs of abuse, or with a prohibited concentration of alcohol in the whole blood, blood serum, blood plasma, breath, or urine. I advised the person in the prescribed manner of the consequences of a refusal or a test. The person either refused the test, or was under arrest for OVI and took the test and had a prohibited concentration of alcohol in the whole blood, blood serum, blood plasma, breath, or urine (all as described above). In the case of a commercial vehicle (if applicable) I had reasonable grounds to believe the person was driving a commercial motor vehicle in the State of Ohio in violation of section 4506.15 of the Ohio Revised Code. The information contained on this form is true to the best of my knowledge and belief.

X [signature]
ARRESTING OFFICER SIGNATURE

Sworn to/before me this 4th day of October 20 07
X [signature]
NOTARY PUBLIC'S SIGNATURE

X ______ City of ______
DEPUTY CLERK OF COURT'S SIGNATURE

BMV 2255 7/06

White/Original - BMV Canary - Law Enforcement Pink - Court Goldenrod - Offender

# FRAZEYSBURG POLICE DEPARTMENT DRUG INFLUENCE EVALUATION 07-[illegible]

☒ TRAFFIC ☐ FATALITY INVEST ☐ OTHER ☐ FIELD CERT ☐ MOCK EVAL ☐ INST OBSERVED ☐ RECERT INSTRUCTOR

EVALUATOR AND DRE #: Off. J. Schilling #8
DRE'S AGENCY: Frazeysburg Police
CASE NO: 07-316-08
NOTIFICATION DATE AND TIME: 9/1/07 @0320 AM
WITNESS: ☐ DRE
MIRANDA WARNING GIVEN BY: Schilling
LOCATION: OSHP
COUNTY OF ARREST: Muskingum
ARRESTING OFFICER: Off. J. Schilling #8
BREATH TEST RESULTS: Refused
INSTRUMENT: OSHP 600
COLLISION: ☒ NONE ☐ FATALITY ☐ INJURY ☐ PROPERTY
SUBJECT'S NAME: Craig M. Kirk
DOB: 1/15/67
SEX: ☒ M ☐ F
RACE: W
OLN: QC120619
STATE: Ohio
DATE/TIME OF ARREST: 9/1/07 12:29 AM
TIME OF EVAL: 3:10 AM
WHAT HAVE YOU EATEN TODAY? Turkey, sausage, egg McMuffin
WHEN? 8pm.
WHAT HAVE YOU BEEN DRINKING? No
WHEN?
WHAT TIME IS IT? 3:12 / 3:12 AM (Actual)
WHEN DID YOU LAST SLEEP? HOW LONG? Slept 8-9 hrs. last night
ARE YOU SICK OR INJURED? No
☐ DIABETIC ☐ EPILEPTIC ☒ N/A
TAKE INSULIN?
DO YOU HAVE A PHYSICAL IMPAIRMENT? Left back/shoulder/neck (never treated)
UNDER THE CARE OF A DR. OR DENTIST? ☐ YES ☒ NO IF YES NAME:
WHAT MEDICATIONS OR DRUGS ARE YOU TAKING? None
ATTITUDE: Calm
COORDINATION: Moderate
SPEECH: Slurred
BREATH: Strong-Alcoholic Beverage
FACIAL COLOR: Flush
CORRECTIVE LENSES: ☒ NONE ☐ GLASSES CONTACTS: ☐ SOFT ☐ HARD
BLINDNESS: ☒ NONE ☐ LEFT ☐ RIGHT
EYES: ☐ NEAR NORMAL ☒ BLOODSHOT ☐ WATERY
EYELIDS: ☐ NORMAL ☒ DROOPY
PUPIL SIZE: ☒ EQUAL ☐ UNEQUAL
ABLE TO FOLLOW STIMULUS: ☐ YES ☐ NO
TRACKING: ☐ EQUAL ☐ UNEQUAL
Refused

| HGN | LEFT | RIGHT |
|---|---|---|
| LACK OF SMOOTH PURSUIT | Y N | Y N |
| MAX. DEVIATION | Y N | Y N |
| ANGLE OF ONSET | Refused | |

VERTICAL NYSTAGMUS ☐ Yes ☐ No

CONVERGENCE Right Left — Refused

ROMBERG BALANCE: Approx. Approx. — Refused

EYELID TREMORS ☐ YES ☐ NO
EST. AS 30 SEC.
HOW MANY SEC.?
ESTIMATION METHOD:

WALK AND TURN: Refused

TYPE OF FOOTWEAR
CAN'T KEEP BALANCE — Refused
STARTS TOO SOON
1st 2nd
STOPS WALKING
MISSES HEEL TO TOE
STEPS OFF LINE
RAISES ARMS
ACTUAL STEPS TAKEN
DESCRIBE TURN: Refused
CANNOT DO TEST:

ONE LEG STAND:
LEFT FOOT RIGHT FOOT
30 30
SWAYS
USES ARMS TO
HOPPING
PUTS FOOT D

PLAINTIFF'S EXHIBIT 15-7 tabbies

FINGER TO NOSE: RIGHT LEFT 2 1 4 3 5 6 — Refused

| 3-PULSES | PULSE | TIME |
|---|---|---|
| FIRST | | |
| SECOND | | |
| THIRD | | |
| BLOOD PRESSURE | | |
| TEMP | | |

| PUPIL SIZE | Room Light 2.5MM – 5.0MM | Near Total Darkness 5.0MM – 8.5MM | Direct Light 2.0MM – 4.5MM |
|---|---|---|---|
| LEFT EYE | | | |
| RIGHT EYE | | | |

HIPPUS ☐ Yes ☐ No — REBOUND DILATION ☐ Yes ☐ No — REACTION TO LIGHT
NASAL AREA — ORAL CAVITY
MUSCLE TONE: ☐ NEAR NORMAL ☐ FLACCID ☐ RIGID

INJECTION SITES — RIGHT LEFT

WHAT MEDICATIONS OR DRUGS HAVE YOU BEEN USING?

| TYPE OF DRUG? | HOW MUCH/DOSAGE? | TIME OF USE? |
|---|---|---|
| Refused | | |

WHERE WERE THESE DRUGS USED?

INTERROGATION, STATEMENTS AND OTHER OBSERVATIONS (USE BACK IF NECESSARY): Glassy eyes, dialated pupils, slurred speech, stumbling
SEE BACK: ☐ Y ☒ N

OPINION: ☐ DEPRESSANT ☐ STIMULANT ☐ NARCOTIC ANALGESIC ☐ DISSOCIATIVE ANESTHETIC ☐ INHALANT ☐ HALLUCINOGEN ☐ CANNABIS ☒ ALCOHOL ☐ NOT IMPAIRED ☐ MED RULE OUT
TOX SAMPLE: ☐ BLOOD ☐ URINE ☐ REFUSED ☐ UNABLE TO OBTAIN ☐ NOT REQSTD
TIME COMPLETED: 0320
EXAMINING OFFICER: Off. Jason Schilling
BADGE NO. 8
REVIEWED BY DRE INSTRUCTOR:

3000-150-008 (Rev. 8/05) COPIES TO: ☐ ARRESTING OFFICER ☐ COURT ☐ ORIGINATING AGENCY ☐ TOX LAB ☐ STATE COORDINATOR

07-0319-09

# BAC DATAMASTER

Bureau of Alcohol and Drug Testing

SUBJECT TEST FORM

| TEST DATE (MONTH / DAY / YEAR) | SUBJECT NAME |
|---|---|
| 9 / 1 / 2007 | CRAIG M. KECK |

| DATE OF BIRTH (MONTH / DAY / YEAR) | AGE | SEX | SOCIAL SECURITY # |
|---|---|---|---|
| 01 / 15 / 1967 | 40 | M | 295 / 70 / 7545 |

| ADDRESS | CITY |
|---|---|
| 1669 CHESTNUT ST. LOT A | CULLERTON |

| STATE | ZIP CODE | DRIVER LICENSE # | STATE | EXPIRES |
|---|---|---|---|---|
| OH | 43812 | QC120619 | OH | 1995 |

| ARRESTING OFFICER | DEPARTMENT |
|---|---|
| SCHELLING | FRAZEYSBURG POLICE DEPT. |

| UNIFORM TRAFFIC TICKET # | STATUTE / ORDINANCE |
|---|---|
| 4813 | OVI / DUS (FRA) |

| VIOLATION | TEST SITE # |
|---|---|
| 73.01 / 71.19 | [illegible] P. 66 |

## BAC DataMaster Operational Checklist

- [x] (1) Observe subject for twenty minutes prior to testing to prevent oral intake of any material.
- [x] (2) Press "RUN" button.
- [x] (3) Enter data as prompted by instrument display.
- [x] (4) Take breath sample when "PLEASE BLOW" appears on display.

PLAINTIFF'S EXHIBIT 15-8

- [x] CHECK IF SUBJECT REFUSED TEST

TEST RESULT: 0. REFUSED g/210L

| PERMIT # | EXPIRATION DATE (MONTH / DAY / YEAR) | INSTRUMENT SERIAL # | TEST I.D. # |
|---|---|---|---|
| 8836-3-6 | 11 / 18 / 2008 | 130615 | 07-186 |

| OPERATORS SIGNATURE | DEPARTMENT |
|---|---|
| [signature] | OSHP |

Original: Court Copy Copy: Filed At Instrument Site RULE 3701-53-02 HEA 2650 REV 8/2002

CRI NUMBER: OH0600400 IR NUMBER 07-00319-09 IR DATE: 09/01/2007 03:30:00 PAGE NO 1

PLAINTIFF'S EXHIBIT 15-9

# FRAZEYSBURG POLICE DEPARTMENT

## OHIO UNIFORM INCIDENT REPORT

**ADMINISTRATIVE**

AGENCY NAME: FRAZEYSBURG POLICE DEPARTMENT

*GEOCODE: Zone 2

*INCIDENT NUMBER: 07-00319-09

*CLEARANCES: F - Arrest - Adult

TOD: 09/01/2007 00:29:00
TOA: 09/01/2007 00:29:00
TOC: 09/01/2007 00:29:00

☐ INCIDENT (NON-CRIMINAL)
☒ OFFENSE

*CLEARANCE DATE: 09/01/2007
CLEARED BY: 8 - Schilling, Jason

| *REPORT DATE/TIME | | | | *INCIDENT OCCURRED FROM | | | | *INCIDENT OCCURRED TO | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MONTH | DAY | YEAR | TIME | MONTH | DAY | YEAR | TIME | MONTH | DAY | YEAR | TIME |
| 09 | 01 | 2007 | 03:30:00 | 09 | 01 | 2007 | 00:29:00 | 09 | 01 | 2007 | 0029 |

*INCIDENT LOCATION (Street, Apt., City, State, Zip): East 3rd Street, Frazeysburg, OH, 43822

**OFFENSE**

| *OFFENSE CODE | *OFFENSE | *A/C | FM & DEGREE | *HATE/BIAS | *LARCENY |
|---|---|---|---|---|---|
| 4510.14 | 1) Driving Under OVI Suspension | C | M-1 - Misdemeanor - 1 | N - No Bias/Not Applicable | |

*LOCATION OF OFFENSE: 77 - Other Location

*SUSPECTED OF USING:
A ☐ ALCOHOL
D ☐ DRUGS
C ☐ COMPUTER EQUIPMENT
N ☐ NOT APPLICABLE

*TYPE OF WEAPON/FORCE USED: 99-None

*TYPE OF CRIMINAL ACTIVITY:

*METHOD OF ENTRY
☐ FORCE
☐ NO FORCE

*NO PREMISES ENTERED: 0

*METHOD OF ENTRY - MOTOR VEHICLE THEFT:

*METHOD OF ENTRY - BURGLARY/B&E

| ENTRY | EXIT | ENTRY | EXIT | ENTRY | EXIT |
|---|---|---|---|---|---|
| | | | | | |

METHODS OF OPERATION:

ORI NUMBER: OH0600400 IR NUMBER: 07-00319-09 IR DATE 09/01/2007 03:30:00 PAGE NO: 2

PLAINTIFF'S EXHIBIT 15-10

# FRAZEYSBURG POLICE DEPARTMENT

## OHIO UNIFORM INCIDENT REPORT

OFFENSE

| *OFFENSE CODE | *OFFENSE | *A/C | FM & DEGREE | *HATE/BIAS | LARCENY |
|---|---|---|---|---|---|
| 73.01 | 2). Driving While Under the Influence of Alcohol/Drugs | C | M-1 - Misdemeanor - 1 | N - No Bias/Not Applicable | |

*LOCATION OF OFFENSE: 77 - Other Location

*SUSPECTED OF USING:
- A ☒ ALCOHOL
- D ☐ DRUGS
- C ☐ COMPUTER EQUIPMENT
- N ☐ NOT APPLICABLE

*TYPE OF WEAPON/FORCE USED: 99-None

*TYPE OF CRIMINAL ACTIVITY:

*METHOD OF ENTRY:
- ☐ FORCE
- ☐ NO FORCE

*METHOD OF ENTRY - MOTOR VEHICLE THEFT:

*METHOD OF ENTRY - BURGLARY/B&E: ENTRY EXIT ENTRY EXIT ENTRY EXIT

*NO PREMISES ENTERED: 0

METHODS OF OPERATION:

OFFENSE

| *OFFENSE CODE | *OFFENSE | *A/C | FM & DEGREE | *HATE/BIAS | *LARCENY |
|---|---|---|---|---|---|
| 74.04 | 3). Headlights | C | M - Misdemeanor | N - No Bias/Not Applicable | |

*LOCATION OF OFFENSE: 77 - Other Location

*SUSPECTED OF USING:
- A ☐ ALCOHOL
- D ☐ DRUGS
- C ☐ COMPUTER EQUIPMENT
- N ☐ NOT APPLICABLE

*TYPE OF WEAPON/FORCE USED: 99-None

*TYPE OF CRIMINAL ACTIVITY:

*METHOD OF ENTRY:
- ☐ FORCE
- ☐ NO FORCE

*METHOD OF ENTRY - MOTOR VEHICLE THEFT:

*METHOD OF ENTRY - BURGLARY/B&E: ENTRY EXIT ENTRY EXIT ENTRY EXIT

*NO PREMISES ENTERED: 0

METHODS OF OPERATION:

ORI NUMBER: OH0600400 IR NUMBER: 07-00319-09 R DATE: 09/01/2007 00:00:00 PAGE NO. 3

FRAZEYSBURG POLICE DEPARTMENT

OHIO UNIFORM INCIDENT REPORT

PLAINTIFF'S EXHIBIT 15-11

VICTIM

| | | |
|---|---|---|
| *NO. 1 | *TOTAL VICTIMS 1 | *VICTIM TYPE: S - Society / Public |
| NAME (Last, First, Middle) | Frazeysburg, Village of | |
| ADDRESS (Street, Apt., City, State, Zip): | ? 2nd Street, Frazeysburg, OH, 43822 | HOME PHONE (740)828-2901 |
| EMPLOYER NAME AND ADDRESS (Street, Apt., City, State, Zip): | | PHONE |

| | | | |
|---|---|---|---|
| *AGE: D.O.B: | *SEX: | *RACE: | *ETHNICITY: |
| HGT: | WGT: | HAIR: | EYES: |
| OCCUPATION: | SSN: | *RESIDENT STATUS: | |

| | |
|---|---|
| VICTIM INJURED? ☐ Y ☒ N | IF INJURED, DESCRIBE INJURIES: |

| | | |
|---|---|---|
| *AGG. ASSAULT / HOMICIDE CIRC. | *VICTIM/SUSPECT RELATIONSHIP: U - Unknown | *VICTIM/OFFENSE LINK: |

JUSTIFIABLE HOMICIDE CIRC:

| | |
|---|---|
| OFFICER CIRCUMSTANCE: | 10 - Traffic Pursuits and Stops |
| OFFICER ASSIGNMENT TYPE: | G - One-Officer Vehicle (Alone) |
| OFFICER ORI: | Unit 6 |

PHYSICAL CONDITION:

MEDICAL CONDITION:

ORI NUMBER: OH060040C IR NUMBER: 07-00319-06 IR DATE: [illegible]/2007 03:30:00 PAGE NO: 4

# FRAZEYSBURG POLICE DEPARTMENT

## OHIO UNIFORM INCIDENT REPORT

ADDITIONAL INFORMATION

*Additional migrated data. Please check current record(s) for validity.*

PLAINTIFF'S EXHIBIT 15-12

My signature verifies that the information on this report is accurate

DATE:

ORI NUMBER: OH0600400 IR NUMBER 07-00319-09 IR DATE 07/01/2007 00:30:00 PAGE NO 5

PLAINTIFF'S EXHIBIT 15-13

# FRAZEYSBURG POLICE DEPARTMENT

## OHIO UNIFORM INCIDENT REPORT

NAME / DESCRIPTIVES

*NO 1 | ADULT ☒ | JUVENILE ☐ | UNKNOWN ☐ | CATEGORY 1 - Suspect | CHARGES FILED? ☒ Y N

NAME (Last, First, Middle) Kirk, Craig M

SSN 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

ALIAS

GANG AFFILIATION

ADDRESS (Street, Apt., City, State, Zip)

HOME PHONE

EMPLOYER NAME AND ADDRESS (Street, Apt., City, State, Zip) Blacks Shock Repair Zanesville, OH

PHONE

PLACE OF BIRTH

DL#/STATE: QC120619/Ohio

OCCUPATION/SCHOOL

| *AGE/D.O.B | *SEX | *RACE | *ETHNICITY | *HEIGHT | *WEIGHT | *HAIR | *EYES |
|---|---|---|---|---|---|---|---|
| 40 01/15/1967 | M - Male | W - White | | 5 ' 8" | 250 | BRO - Brown | BRO - Brown |

SUSPECTED OF USING ☒ ALCOHOL ☐ DRUGS

MARITAL STATUS: M - Married

*RESIDENT STATUS: 2 - Tourist

SCARS, MARKS, TATOOS

ADDITIONAL DESCRIPTION

POTENTIAL INJURIES?

*ARRESTEE WAS ARMED WITH

ORI NUMBER: OH0600400 IR NUMBER: 07-00319-09 IR DATE: 09/01/2007 03:30:00 PAGE NO. 6

# FRAZEYSBURG POLICE DEPARTMENT

## OHIO UNIFORM INCIDENT REPORT

PLAINTIFF'S EXHIBIT 15-14

**REPORTEE**

| NO. | NAME (Last, First, Middle) | AGE/ D.O.B | SSN. |
|---|---|---|---|
| | Scalling, Jason E | | |

ADDRESS (Street, Apt., City, State, Zip): 7 2nd Street, Frazeysburg, OH, 43822
HOME PHONE: (740)828-2911 CELL:
OFFICE PHONE: EXT:
PAGER:

EMPLOYER NAME AND ADDRESS (Street, Apt, City, State, Zip): Village of Frazeysburg Police, 7 2nd Street, Frazeysburg, OH, 43822
PHONE: (740)828-2911

STATEMENTS OBTAINED: ☒ Y ☐ N TYPE: ☒ WRITTEN ☐ ORAL ☐ TAPED ☐ OTHERS

**VEHICLE**

CHECK CATEGORIES: ☐ STOLEN ☐ RECOVERED ☒ IMPOUNDED ☐ RECEIVED ☒ SUSPECT'S VEHICLE ☐ VICTIM'S VEHICLE ☐ UNAUTHORIZED USE ☐ ABANDONED

| NO | | LIC: | LIS: | LIY: | LIT: | VIN/OAN: | *VALUE |
|---|---|---|---|---|---|---|---|
| 1 | ☐ DAMAGE TO VEHICLE ☐ THEFT FROM VEHICLE | BN19TN | OH - Ohio | 2007 | PC - Passenger Car | 1FAPP15J0NW139458 | |

| VYR: | VMA: | VMO: | VST: | TOP COLOR / BOTTOM COLOR | VEHICLE LOCKED | KEYS IN VEHICLE | HOLD VEHICLE | RELEASE COMMENTS |
|---|---|---|---|---|---|---|---|---|
| 1992 | Ford (also see English | Escort | Station Wagon | TOP COLOR: SIL - Silver; BOTTOM COLOR: SIL - Silver | ☐ Y ☒ N | ☒ Y ☐ N | ☐ Y ☒ N | ☒ Y ☐ N |

VEHICLE ASSOC. W/ SUSPECT NO.: VEHICLE ASSOC. W/ VICTIM NO.: 1 VEHICLE TOWED? ☒ Y ☐ N TOWED BY: J/R Towing 10 East 3rd Street OWNERSHIP VERIFIED BY: 7 - LEADS

STOLEN MOTOR VEHICLE ONLY: NO. STOLEN: AREA STOLEN:

AUTO INSURER NAME (Company) ADDRESS (Street, Apt., City, State, Zip): NONE PROVIDED, OH PHONE:

MOTOR VEHICLE RECOVERY ONLY: NO. RECOVERED: DATE REC.: STOLEN IN YOUR JURISDICTION ☐ Y ☒ N WHERE RECOVERED?

ADDITIONAL DESCRIPTION:

**PROPERTY**

| *LOSS CODE | QUANTITY | DESCRIPTION | *PROP CODE | *VALUE |
|---|---|---|---|---|
| E - Evidence | 1 | 1 open Budweiser beer can (Empty) Found cold with small amount of liquid | 30 - Alcohol | 0 |

| VICT. NO. | VEH NO | MAKE/BRAND | MODEL | DATE RECOVERED |
|---|---|---|---|---|
| 1 | 1 | Budweiser | | 09/01/2007 |

SERIAL NUMBER: NCIC NUMBER: OTHER NUMBER:



ORI NUMBER OH0600400 IR NUMBER 07-00319-09 IR DATE 09/01/2007 03:30:00 PAGE NO 7

FRAZEYSBURG POLICE DEPARTMENT

OHIO UNIFORM INCIDENT REPORT

PLAINTIFF'S
EXHIBIT
tabbies
15-15

NARRATIVE

NARRATIVE:
Saturday, September 1, 2007 at 12:29 a.m.

I, Officer Jason Schilling Unit #6, was conducting stationary patrol in the Huntington Bank Parking Lot located at the intersection of 3rd Street and State Street. I observed a silver Ford Escort Station Wagon traveling northbound on South State Street. The vehicle completed a right turn and drove eastbound on 3rd Street. I observed that the driver did not signal when turning and the vehicle only had one operational headlight on the driver side.

I drove out of the Huntington Bank Parking Lot and traveled eastbound on 3rd Street. The suspect vehicle sped up as I approached and failed to stop when I activated my overhead beacons and turned on my audible siren on my marked patrol vehicle.

The vehicle suddenly slowed and quickly drove off the roadway, onto the south side of the roadway, still facing eastbound.

I contacted the Muskingum County Sheriff's Department Dispatcher and advised of the traffic stop, vehicle information (Ohio Plate: BN19TX) and advised of my location, East 3rd Street and west of Williamsburg Square Sales.

I exited my patrol vehicle (#102) and approached the driver side window of the vehicle. I observed a male driver as the sole occupant. As I approached the vehicle, I also smelled a strong odor of an unknown alcoholic beverage emitting from the open driver side window.

I made contact with the driver, who identified himself a Craig M. Kirk from Coshocton, Ohio. I asked for his driver's license, insurance information and vehicle registration. Kirk said, "Well that is going to be hard for me to do." He looked at me and then looked away. I smelled a strong odor of an unknown alcoholic beverage on his breath. His eyes were glassy and his pupils were fully dilated. He could not maintain eye contact with me and his head kept falling to his right shoulder. I asked why he did not have his license on him. He said, "Well that is a long story, you see I am an ex-patriot, and I do not believe in government or any type of identification." I asked for his name, Social Security Number and date of birth. He provided his name and date of birth, but refused to provide his Social Security Number.

I advised Kirk that I stopped his vehicle because he did not signal when turning onto east 3rd Street and his passenger side headlight is not working. He said, "I don't believe that. I bet this is because of me being a Green's house." I asked where Green's house is, he said, "You know, Josh Green, he only lives a few doors down from the Police Department, he is a trouble maker and doesn't believe in government either." I assured him I did not stop him for that reason. Kirk said, "Well it is probably because I am Jewish." I once again assured him it was not for that reason.

I asked Kirk if he consumed any alcohol, illegal substance or other drug before driving. He said no.

I asked him to stay in his vehicle while I checked his driver's license information.

I walked back to my patrol car and made contact with the Muskingum County Sheriff's Department Dispatcher. I was advised by the dispatcher that the Ford Escort is registered to Jeanette Kirk, and Craig Kirk's license was under permanent revocation since June, 27, 1994 through Franklin County Municipal Court.

I observed Kirk's actions from my vehicle. I observed him strike the dashboard with his fist, root around inside the vehicle, shake his fists over his head and throw a small unknown object into the rear storage compartment of his vehicle.

I requested assistance through the MCSO dispatcher. Dresden Police Department (Unit 2 / Asst. Chief) advised he was en-route. MCSO Deputy Caldwell also advised he was en-route.

I exited my vehicle and approached the driver side window of the suspect vehicle. I advised Kirk that his license are under suspension permanently. He said, "Yeah, and what else is new, I already knew that." I asked him to submit to a standard field sobriety test. He refused. I explained the consequences for not submitting to the field test. He still refused.

ORI NUMBER: OH0600400 IR NUMBER 07-00319-09 IR DATE: 09/01/2007 03:30:00 PAGE NO 5

FRAZEYSBURG POLICE DEPARTMENT

OHIO UNIFORM INCIDENT REPORT

PLAINTIFF'S EXHIBIT 15-16

I asked him to step out of the vehicle. He did without incident. I walked him to the rear of his vehicle and advised he was under arrest for suspicion of OVI and Driving Under Suspension. I could smell a strong odor of an unknown alcoholic beverage upon his breath and person. His eyes were glassy, and he stumbled as he walked. I advised him of his Miranda rights and placed him under arrest. Kirk said he has a bad back and neck and cannot wear one set of handcuffs behind his back. I placed both available pairs of handcuffs on his wrists for maximum comfort. He asked if I would place the handcuffs in front of him. I explained that I would, when my back-up arrives. I walked him to the rear passenger side of my cruiser. I again asked if he would submit to a field sobriety test and of the consequences if he does not. He again said no. Kirk stated he was being falsely arrested and I was violating the "Commandments of Moses." I asked him to recite the commandments I was violating. He mumbled and said, "I can only tell you one, the rest are a secret." Kirk said, "I am Jewish, so does that mean you are going to shoot me along the roadside?" I assured him that would not happen. He said, "That is what Hitler did."

Dresden (Unit 2) arrived and parked behind my cruiser. The Dresden officer assisted me with patting down Kirk and placing a third set of handcuffs in a chain along Kirk's stomach. Kirk advised he was more comfortable.

MCSO Deputy Sheriff Caldwell also arrived as we placed the third set of handcuffs on Kirk.

Kirk was placed in the rear passenger side of my patrol car.

Dresden (Unit 2) contacted the MCSO dispatcher and requested a tow truck. I completed an inventory of the vehicle prior to impound. I noted the mileage and VIN number of the vehicle. I also completed an inventory of the entire interior of the vehicle. I observed a large amount of trash inside the vehicle. The driver seat was wet and smelled like urine. The interior of the vehicle also smelled like an unknown alcoholic beverage. I noted a fixed blade knife secured inside a leather sheath lying on the passenger side dashboard. The blade appeared to be five inches or less in length and was not removed from the vehicle.

I completed an inventory of the rear storage compartment of the vehicle. The compartment is not separate and is accessible from the front and rear passenger seats. I noted on the inventory sheet a red plastic tool kit with miscellaneous tools and trash. I discovered a compacted 12 oz. Budweiser beer can near the toolkit.

The can contained a small amount of an unknown yellow liquid that smelled and appeared to be an alcoholic beverage. The can was very cold and moist. The weather conditions during the traffic stop were clear and warm. The contents of the can smelled fresh and the can appeared to have been recently opened and emptied or consumed.

I walked back to my patrol vehicle and spoke with Kirk about the beer can I found in the storage area. I asked if he consumed the contents prior to or while driving. He laughed and said, "Oh, we collect cans to recycle."

1:20 a.m.

J/R Towing arrived (Business Address: 10 East 3rd Street Frazeysburg, Ohio 43822). I advised the tow truck driver, James Smith, that the vehicle is not on-hold, but can only be released to the owner, Jeanette Kirk. The keys were left in the ignition.

1:45 a.m.

I transported Kirk to Ohio State Highway Patrol Post 60 in Zanesville, Ohio. I read Kirk his Miranda, he said he understood. Trooper Roe (362) witnessed the Miranda form. Kirk refused to sign the form.

Trooper Roe setup the Breathalyzer Machine for the breath test. He placed a fresh plastic mouth piece on the blow tube of the machine. The mouth piece was inside a sealed clear plastic baggie prior to being removed.

ORI NUMBER: OH0600400 IR NUMBER: 07-00319-05 IR DATE: 09/01/2007 03:30:00 PAGE NO 9

FRAZEYSBURG POLICE DEPARTMENT

OHIO UNIFORM INCIDENT REPORT

PLAINTIFF'S EXHIBIT 15-17

I read the BMV 2255 consequences section on the reverse side of the form to Kirk. Kirk refused to read along with the form. After the form was read to him, he said, "Whatever." Trooper Roe signed the form as a witness.

2:07 a.m.

Trooper Roe requested that Kirk blow into the mouthpiece on the Breathalyzer Machine. Kirk refused and did not place his mouth on or near the tube. He remained seated in front of the machine.

Roe recorded the results as a refusal.

2:36 a.m.

I transported Kirk to the Frazeysburg Police Department for processing. I completed an Influence Report. Kirk was cooperative during the interview. I presented him with a copy of the BMV 2255 form and Breathalyzer Machine Report.

I advised Kirk that he is being charged with OVI, Driving Under Suspension and Failure to Display Two Operable Headlights. He said he understood and signed citation #4813.

I advised him he is scheduled to appear in Frazeysburg Mayor's Court on Tuesday, September 4, 2007 at 6:00 p.m. He said, "There is going to be a problem with that. That is a Jewish Holiday. I don't conduct business on holidays." I asked what the name of the holiday is. He said, "It is a Jewish thing, it is a new moon." I advised I am not familiar with that being a holiday. I explained that he would need to contact the court to reschedule, and if he does not appear, a warrant would be issued for his arrest. He said, "I guess I can work something out."

3:45 a.m.

Kirk was released to his wife.

| REPORTING OFFICER: Schilling, Jason | BADGE NO. 8 | DATE: 09/04/2007 14:19 |
|---|---|---|

| FOLLOW-UP? ☐ Y ☒ N | If yes, follow-up Assignment: | 09/04/2007 |
|---|---|---|

PLAINTIFF'S EXHIBIT 15 - 18

MARC DANN
ATTORNEY GENERAL
STATE OF OHIO

OHLEG SE | Person Search | Vehicle Search | Location Search | Contact Us | About OHL

## Record Information

Data Source: [illegible]
Owning Agency: [illegible]
Record Type: Drivers License (Active)
Record Key: C1159[illegible]

## Demographics

Alias(s):
Height: 5 09
Weight: 250
Hair: BROWN
Eyes: BROWN
Race:
Gender: M
Date of Birth: [illegible]
Age: 40
Scar/Mark/Tattoos:

## Identifiers

SSN(s):
FBI Number(s):
BCI Number(s):

## Driver's License

Drivers License Authority: OH
Drivers License:
Expires On: 01/15/1995
Issue Date: 09/10/1991
License Type: SUSPENDED
License Type Two Prt:
License Class: [illegible]
LicenseRestriction: NONE
License Endorsement(s):
Restriction(s):
Comments: CHECK VEHICLE REGISTRATION
Temporary Identification: [illegible]
Class: [illegible]
Issued Date: 06/29/2001
Expiration Date: 01/15/200[illegible]
Status: EXPIRED
CDLIS:

## Addresses

| | | | | |
|---|---|---|---|---|
| Residence | COLUMBUS | OH | 25 - FRANKLIN | 43224 |

## Convictions

| | | | | |
|---|---|---|---|---|
| 01 C1 IN-STATE | NUR NO POINTS | [illegible]/31/2002 | 2/26/2003 | NO DRIVER LICENSE |

| | | | | | |
|---|---|---|---|---|---|
| CONVICTION | | | | | |
| 02 C1 IN-STATE CONVICTION | MUN | CONVICTION | 5/31/1992 | 10/16/1992 | OVI-ALCOHOL &/OR DRUG |
| 03 C1 IN-STATE CONVICTION | MUN | CONVICTION | 7/19/1992 | 8/17/1992 | OVI-ALCOHOL &/OR DRUG |
| 04 C1 IN-STATE CONVICTION | MUN | CONVICTION | 1/10/1992 | 4/8/1992 | OVI-ALCOHOL &/OR DRUG |
| 05 C1 IN-STATE CONVICTION | MUN | CONVICTION | 2/28/1992 | 3/10/1992 | OVI-ALCOHOL &/OR DRUG |

## Suspensions

| | | | | |
|---|---|---|---|---|
| 01 NC NON COMPLIANCE SUSPENSION | CONVICTION | SUSPENDED | | 7/31/2002 |
| 02 PR PERMANENT REVOCATION | | SUSPENDED | | |
| 03 NC NON COMPLIANCE SUSPENSION | COURT NONCOMPLIANCE | FAILURE TO REINSTATE | | |
| 04 SI ADMINISTRATIVE LICENSE SUSPENSION/REFUSAL | | FAILURE TO REINSTATE | | 5/28/1994 |
| 05 HB HABITUAL ALCOHOLIC | | SUSPENDED | | |
| 06 S1 TWELVE POINT SUSPENSION | | FAILURE TO REINSTATE | | |
| 07 SI ADMINISTRATIVE LICENSE SUSPENSION/REFUSAL | | FAILURE TO REINSTATE | | |
| 08 D1 COURT SUSPENSION/OVI | | FAILURE TO REINSTATE | OVI-ALCOHOL &/OR DRUG | 7/19/1992 |
| 09 NC NON COMPLIANCE SUSPENSION | COURT NONCOMPLIANCE | FAILURE TO REINSTATE | | 8/17/1992 |
| 10 S1 TWELVE POINT SUSPENSION | | FAILURE TO REINSTATE | | |
| 11 D1 COURT SUSPENSION/OVI | | FAILURE TO REINSTATE | OVI-ALCOHOL &/OR DRUG | 5/31/1992 |
| 12 SR FAILURE TO FILE ACCIDENT REPORT SUSPENSION | | SUSPENDED | | |
| 13 D1 COURT SUSPENSION/OVI | | FAILURE TO REINSTATE | OVI-ALCOHOL &/OR DRUG | 1/10/1992 |
| 14 NC NON COMPLIANCE SUSPENSION | COURT NONCOMPLIANCE | FAILURE TO REINSTATE | | 1/10/1992 |
| 15 NC NON COMPLIANCE SUSPENSION | COURT NONCOMPLIANCE | FAILURE TO REINSTATE | | 2/28/1992 |
| 16 D1 COURT SUSPENSION/OVI | | FAILURE TO REINSTATE | OVI-ALCOHOL &/OR DRUG | 2/28/1992 |

PLAINTIFF'S EXHIBIT 15-19

## Other License Information

| | |
|---|---|
| 01 N6 SIX POINT WARNING | 11/16/1992 |
| 02 N6 SIX POINT WARNING | 8/31/1992 |
| 03 N6 SIX POINT WARNING | 4/27/1992 |
| 04 N6 SIX POINT WARNING | 3/23/1992 |

## Other Photos

| Title:1999 Photo<br>Date: | Title:1997 Photo<br>Date: |
|---|---|

PLAINTIFF'S EXHIBIT 15-20

## Access History

| | | | |
|---|---|---|---|
| Schilling, Jason | Frazeysburg Police Department | 9/4/2007 3:07:36 PM | 1 |

## Disclaimer

*This data is provided by the OBMV and originates from their Vehicle Registration files with the exception of the photos which are cross referenced from the Driver's License files using the SSN of the owner. Information provided is for investigative purposes and may contain inaccuracies. Verify accuracy with the OBMV. The office of Attorney General of Ohio disclaims liability for any errors or omissions*

Access to OHLEG-SE is a privilege subject to termination. Data accessed through OHLEG is continuously subject to the limitations on dissemination required by each component database or other service, and is not to be sold, transmitted or disseminated to any unau person. Failure to abide by these conditions of use may result in the termination of OHLEG access, and/or criminal prosecution if app

PLAINTIFF'S EXHIBIT 15-21

DS.OHOHP6000.295707845
CRAIG M KIRK
2191 MELROSE AVE E
COLUMBUS, OH 43224
COUNTY: 25-FRANKLIN

DOB: 01/15/1967 AGE: 40
SSN: 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
KEY: 011596732

** PHYSICAL DESCRIPTION ** ** ANATOMICAL DONOR: NOT LISTED **
SEX: M HGT: 5' 09" WGT: 250 HAIR: BROWN EYES: BROWN

** DRIVER LICENSE INFORMATION **
DLN: QC120619 CLASS: D ISS: 09/10/1991 EXP: 01/15/1995
STATUS: SUSPENDED
RESTRICTIONS: NONE

Frаz PD 6029

** TEMPORARY ID CARD INFORMATION **
IDN: RR598605 CLASS: T ISS: 06/29/2001 EXP: 01/15/2005
STATUS: EXPIRED

**********************************************************************
CHECK VEHICLE REGISTRATION
**********************************************************************

--------------------------------- SUSPENSIONS: 16 ---------------------------

01 NC NON COMPLIANCE SUSPENSION
RECORD ADDED ON: 04/11/2003 SEQ NUMBER: 045
BMV CASE: 0047383J STATUS: SUSPENDED
FROM: 04/11/2003 TO: 07/10/2003 CLASS:
COURT: 2520-FRANKLIN CO MUNI COURT TYPE: MUN CASE: 2176129
OWNER: YES RECEIVED DATE LICENSE: 10/24/2006
REASON: CONVICTION
FRA FROM: 04/11/2003 TO: 04/11/2006 OFF DATE: 07/31/2002
FEE: REQUIRED

02 PR PERMANENT REVOCATION
RECORD ADDED ON: 07/09/1994 SEQ NUMBER: 043
BMV CASE: E0000038 STATUS: SUSPENDED
FROM: 06/27/1994 TO: INDEFINITE CLASS:
COURT: 2520-FRANKLIN CO MUNI COURT TYPE: MUN CASE: 94120753
OFFENSE DATE: / /

03 NC NON COMPLIANCE SUSPENSION
RECORD ADDED ON: 07/09/1994 SEQ NUMBER: 044
BMV CASE: NA506418 STATUS: FAILURE TO REINSTATE

PLAINTIFF'S EXHIBIT 15 - 22

FROM: 06/27/1994 TO: 09/25/1994 CLASS:
COURT: 2520-FRANKLIN CO MUNI COURT TYPE: MUN CASE: 94120753
OWNER: NO RECEIVED DATE LICENSE: 10/24/2006
REASON: COURT NONCOMPLIANCE
FRA FROM: / / TO: / / OFF DATE: 05/28/1994
FEE: REQUIRED

04 SI ADMINISTRATIVE LICENSE SUSPENSION/REFUSAL
RECORD ADDED ON: 06/13/1994 SEQ NUMBER: 042
BMV CASE: I4007976 STATUS: FAILURE TO REINSTATE
FROM: 05/28/1994 TO: 05/27/1996 CLASS:
COUNTY: 25-FRANKLIN OFFENSE DATE: 05/28/1994
FEE: REQUIRED
HAZARDOUS MATERIAL: NO COMMERCIAL VEHICLE: NO
COURT: 2520-FRANKLIN CO MUNI COURT TYPE: MUN
POI: REQUIRED

Fraz ... COURT 6010 5002 4520 ... 6029

05 HB HABITUAL ALCOHOLIC
RECORD ADDED ON: 02/11/1993 SEQ NUMBER: 039
BMV CASE: H18928 STATUS: SUSPENDED
FROM: 02/01/1993 TO: INDEFINITE CLASS:

06 S1 TWELVE POINT SUSPENSION
RECORD ADDED ON: 12/22/1992 SEQ NUMBER: 036
BMV CASE: P9228540 STATUS: FAILURE TO REINSTATE
FROM: 12/22/1992 TO: 12/22/1992 CLASS:
ACTION DATE: 12/02/1992
FRA FROM: 12/22/1992 TO: 12/22/1995
REMEDIAL: REQUIRED EXAM: REQUIRED

07 SI ADMINISTRATIVE LICENSE SUSPENSION/REFUSAL
RECORD ADDED ON: 09/16/1992 SEQ NUMBER: 030
BMV CASE: I1027858 STATUS: FAILURE TO REINSTATE
FROM: 09/15/1992 TO: 09/15/1993 CLASS:
COUNTY: -UNKNOWN OFFENSE DATE: 07/19/1992
FEE: REQUIRED
HAZARDOUS MATERIAL: UNKNOWN COMMERCIAL VEHICLE: UNKNOWN
COURT: 9900-BUREAU MOTOR VEHICLES TYPE: ADM
POI: REQUIRED

08 D1 COURT SUSPENSION/OVI
RECORD ADDED ON: 08/26/1992 SEQ NUMBER: 023
BMV CASE: X0157294 STATUS: FAILURE TO REINSTATE
FROM: 08/17/1992 TO: 08/18/1993 CLASS:
COURT: 2520-FRANKLIN CO MUNI COURT TYPE: MUN CASE: 92132586
OFF: OVI-ALCOHOL &/OR DRUG OFFENSE DATE: 07/19/1992

PLAINTIFF'S EXHIBIT 15-23

FEE: REQUIRED
POI: REQUIRED

09 NC NON COMPLIANCE SUSPENSION
RECORD ADDED ON: 09/08/1992 SEQ NUMBER: 029
BMV CASE: N2022202 STATUS: FAILURE TO REINSTATE
FROM: 08/17/1992 TO: 11/15/1992 CLASS:
COURT: 2520-FRANKLIN CO MUNI COURT TYPE: MUN CASE: 92132586
OWNER: RECEIVED DATE LICENSE: 10/24/2006
REASON: COURT NONCOMPLIANCE
FRA FROM: 08/17/1992 TO: 08/17/1995 OFF DATE: 08/17/1992
FEE: REQUIRED

10 S1 TWELVE POINT SUSPENSION
RECORD ADDED ON: 06/02/1992 SEQ NUMBER: 018
BMV CASE: P9212060 STATUS: FAILURE TO REINSTATE
FROM: 06/02/1992 TO: 06/02/1992 CLASS:
ACTION DATE: 05/13/1992
FRA FROM: 06/02/1992 TO: 06/02/1995
REMEDIAL: REQUIRED EXAM: REQUIRED

11 D1 COURT SUSPENSION/OVI
RECORD ADDED ON: 11/14/1992 SEQ NUMBER: 033
BMV CASE: X0157295 STATUS: FAILURE TO REINSTATE
FROM: 05/31/1992 TO: 06/01/2002 CLASS:
COURT: 2520-FRANKLIN CO MUNI COURT TYPE: MUN CASE: 92124043
OFF: OVI-ALCOHOL &/OR DRUG OFFENSE DATE: 05/31/1992
FEE: REQUIRED
POI: REQUIRED

12 SR FAILURE TO FILE ACCIDENT REPORT SUSPENSION
RECORD ADDED ON: 05/16/1992 SEQ NUMBER: 019
BMV CASE: A2090038 STATUS: SUSPENDED
FROM: 05/15/1992 TO: INDEFINITE CLASS:

13 D1 COURT SUSPENSION/OVI
RECORD ADDED ON: 04/23/1992 SEQ NUMBER: 011
BMV CASE: X0157293 STATUS: FAILURE TO REINSTATE
FROM: 04/08/1992 TO: 04/09/1995 CLASS:
COURT: 2520-FRANKLIN CO MUNI COURT TYPE: MUN CASE: 92100841
OFF: OVI-ALCOHOL &/OR DRUG OFFENSE DATE: 01/10/1992
FEE: REQUIRED
POI: REQUIRED

14 NC NON COMPLIANCE SUSPENSION
RECORD ADDED ON: 04/23/1992 SEQ NUMBER: 015
BMV CASE: N2503221 STATUS: FAILURE TO REINSTATE

COURT, 6010 ... Fraz PD ... 6029

PLAINTIFF'S EXHIBIT
tabbies
15 - 24

FROM: 04/08/1992 TO: 07/07/1992 CLASS:
COURT: 2520-FRANKLIN CO MUNI COURT TYPE: MUN CASE: 92100841
OWNER: RECEIVED DATE LICENSE: 10/24/2006
REASON: COURT NONCOMPLIANCE
FRA FROM: 04/08/1992 TO: 04/08/1995 OFF DATE: 01/10/1992
FEE: REQUIRED

15 NC NON COMPLIANCE SUSPENSION
RECORD ADDED ON: 03/19/1992 SEQ NUMBER: 008
BMV CASE: N2502170 STATUS: FAILURE TO REINSTATE
FROM: 03/10/1992 TO: 06/08/1992 CLASS:
COURT: 2520-FRANKLIN CO MUNI COURT TYPE: MUN CASE: 92108765
OWNER: RECEIVED DATE LICENSE: 10/24/2006
REASON: COURT NONCOMPLIANCE
FRA FROM: 03/10/1992 TO: 03/10/1995 OFF DATE: 02/28/1992
FEE: REQUIRED

RELEASED TO Fraz PD
TO COURT
Date SEP 01 2007
O.S.H.P. ZANESVILLE

16 D1 COURT SUSPENSION/OVI
RECORD ADDED ON: 03/19/1992 SEQ NUMBER: 005
BMV CASE: X0157292 STATUS: FAILURE TO REINSTATE
FROM: / / TO: / / CLASS:
COURT: 2520-FRANKLIN CO MUNI COURT TYPE: MUN CASE: 92108765
OFF: OVI-ALCOHOL &/OR DRUG OFFENSE DATE: 02/28/1992
FEE: REQUIRED
POI: REQUIRED

------------------------------ CONVICTIONS: 5 ------------------------------

01 C1 IN-STATE CONVICTION
RECORD ADDED ON: 03/07/2003 SEQ NUMBER: 033
OFF: NO DRIVER LICENSE BATCH NUMBER: 030603
CONVICTION DATE: 02/26/2003 OFFENSE DATE: 07/31/2002
COURT: 2520-FRANKLIN CO MUNI COURT TYPE: MUN CASE: 2176129
PLEA: NOT AVAILABLE SENTENCE: NO POINTS POINTS: 00
HAZARDOUS MATERIAL: NO
PLATE NUMBER: BN19TN

02 C1 IN-STATE CONVICTION
RECORD ADDED ON: 11/14/1992 SEQ NUMBER: 032
OFF: OVI-ALCOHOL &/OR DRUG BATCH NUMBER: 662592
CONVICTION DATE: 10/16/1992 OFFENSE DATE: 05/31/1992
COURT: 2520-FRANKLIN CO MUNI COURT TYPE: MUN CASE: 92124043
PLEA: NOT GUILTY SENTENCE: CONVICTION POINTS: 06
HAZARDOUS MATERIAL: UNKNOWN

03 C1 IN-STATE CONVICTION

PLAINTIFF'S EXHIBIT 15-25

RECORD ADDED ON: 08/26/1992 SEQ NUMBER: 023
OFF: OVI-ALCOHOL &/OR DRUG BATCH NUMBER: 082392
CONVICTION DATE: 08/17/1992 OFFENSE DATE: 07/19/1992
COURT: 2520-FRANKLIN CO MUNI COURT TYPE: MUN CASE: 92132886
PLEA: NOT GUILTY SENTENCE: CONVICTION POINTS: 06
HAZARDOUS MATERIAL: UNKNOWN
PLATE NUMBER: C80895

04 C1 IN-STATE CONVICTION
RECORD ADDED ON: 04/23/1992 SEQ NUMBER: 011
OFF: OVI-ALCOHOL &/OR DRUG BATCH NUMBER: 041992
CONVICTION DATE: 04/06/1992 OFFENSE DATE: 01/10/1992
COURT: 2520-FRANKLIN CO MUNI COURT TYPE: MUN CASE: 92100941
PLEA: NOT GUILTY SENTENCE: CONVICTION POINTS: 06
HAZARDOUS MATERIAL: UNKNOWN
PLATE NUMBER: C21418

05 C1 IN-STATE CONVICTION
RECORD ADDED ON: 03/19/1992 SEQ NUMBER: 005
OFF: OVI-ALCOHOL &/OR DRUG BATCH NUMBER: 031592
CONVICTION DATE: 03/10/1992 OFFENSE DATE: 02/28/1992
COURT: 2520-FRANKLIN CO MUNI COURT TYPE: MUN CASE: 92106785
PLEA: NOT GUILTY SENTENCE: CONVICTION POINTS: 06
HAZARDOUS MATERIAL: UNKNOWN
PLATE NUMBER: EML 04

Fraz PD 6002 P

------------------------------ INFORMATION: 4 ------------------------------

01 N6 SIX POINT WARNING
RECORD ADDED ON: 11/16/1992 SEQ NUMBER: 035
6 POINTS WARNING MAILING DATE: 11/25/1992 MICROFILM NUMBER: A40806

02 N6 SIX POINT WARNING
RECORD ADDED ON: 08/31/1992 SEQ NUMBER: 026
6 POINTS WARNING MAILING DATE: 09/09/1992 MICROFILM NUMBER: A0142C

03 N6 SIX POINT WARNING
RECORD ADDED ON: 04/27/1992 SEQ NUMBER: 017
6 POINTS WARNING MAILING DATE: 05/06/1992 MICROFILM NUMBER: Z36502

04 N6 SIX POINT WARNING
RECORD ADDED ON: 03/23/1992 SEQ NUMBER: 010
6 POINTS WARNING MAILING DATE: 04/01/1992 MICROFILM NUMBER: Z18190

END

UNLESS OTHERWISE NOTED, THIS LEADS THROUGHPUT IS EXEMPT FROM PUBLIC RECORDS REQUESTS PER ORC:149.43 AND OAC:4501:2-10-06.

RELEASED TO COURT ... Date SEP 07 2007 By 6029 O.S.H.P. ZANESVILLE

MRI: 4279100
IN: OHBMV0000 #15053 AT 01SEP2007 02:03:37
OUT: OHOHP5000 #72 AT 01SEP2007 02:03:37

PLAINTIFF'S
EXHIBIT
15-26



STATE OF OHIO
HP-70G
10-0277-00
OHP 0277
Rev. 11/02/01

PLAINTIFF'S
EXHIBIT
15-27

DEPARTMENT OF PUBLIC SAFETY

Report No. 07-0319-09

Ohio State Highway Patrol

# Constitutional Rights Waiver

## YOUR CONSTITUTIONAL RIGHTS

Place OSHP-ZANESVILLE
Date 09-01-07
Time 2:01 AM.

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.

Anything you say can and will be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions, and to have the lawyer present with you during questioning.

If you are unable to pay a lawyer, one will be appointed for you prior to any questioning, if you so desire.

If you wish to answer questions now without a lawyer present, you have the right to stop answering questions at any time. You also have the right to stop answering at any time until you talk to a lawyer.

## WAIVER

I have read the statement of my rights shown above. I understand what my rights are. I am willing to answer questions and make a statement. I do not want a lawyer at this time. I understand and know what I am doing. No promise or threats have been made to me and no pressure or coercion of any kind has been used against me.

Signed X Refused

Witness X [signature] #8

Witness X [signature] 362

Time 0220 / 9/1/2007

Education

Other

OCI
CIC

VEHICLE IMPOUNDMENT RECORD

NO.

MAKE: FORD
MODEL: ESCORT
COLOR: SILVER
NO. OF CYLINDERS: 4
YEAR: 1992
MILEAGE: 17812
LICENSE NO. (Yr. - State): BN19TN OHIO
HORSEPOWER OR CUBIC INCH DISPLACEMENT:
SERIAL NO.
FUEL: 1/4 ☐ Diesel
VIN NO.: 1FAPP15J0NW139458
NO. OF AXLES: 2
NO. OF WHEELS: 4

TYPE OF VEHICLE: ☒ Passenger Vehicle ☐ Ambulance ☐ Truck ☐ Tractor ☐ Trailer ☐ Semi-Trailer ☐ Bus ☐ Motorcycle ☐ RV
BUS (Passenger capacity)

BODY STYLE: ☐ Coupe ☐ 2-Door Hardtop Sedan ☒ Station Wagon Sedan ☐ 4-Door Hardtop ☐ Pickup ☐ Convertible ☐ Panel ☐ Van ☐ Rack ☐ Stake ☐ Carryall ☐ Flatbed ☐ Camper
TRUCK (Mfg. Rated capacity)

VEHICLE OPERATOR (Address, Number, Street, City, State) PHONE NO.
CRAIG KIRK COL OHIO

REGISTERED OWNER (Address, Number, Street, City, State) PHONE NO.
JEANETTE KIRK — REALEASED (owner ONLY) NO HOLD

NAME & ADDRESS OF LIENHOLDER (If Applicable) PHONE NO.
1279 CHESTNUT ST.
COSHOCTON, OHIO

PLAINTIFF'S EXHIBIT 15 - 28

REASON FOR IMPOUNDMENT

ACCIDENT ☐ DUI ☒ STOLEN ☐ ABANDONED ☐ FELONIOUS USE ☐ NO OPR. LIC. ☒ BURNED ☐
OTHER THAN ABOVE

NAME OF ARRESTED PERSON ☐ INJURED ☐ OTHER ☐ CRAIG M. KIRK REPORT NO. 07-0319-09
EXACT LOCATION WHERE VEHICLE PICKED UP 3RD ST @ Williamsburg Sq. NAME OF TOW-IN SERVICE [illegible] Towing
TOW-IN SERVICE REQUESTED BY 8
DATE OF IMPOUNDMENT 9/1/07 TIME 0114 TOWED OR DRIVEN BY Pt. [illegible] NAME & TITLE OF IMPOUNDING OFFICER Off. J. Schilling 8

INVENTORY AND CONDITION OF VEHICLE WHEN IMPOUNDED

DOORS AND TRUNK: LOCKED ☐ UNLOCKED ☒ KEYS IN CAR ☒ KEYS IN PROPERTY ROOM ☐ OTHER
(USE CONDITION SYMBOL 1-FOR EXCELLENT - 2-GOOD - 3-FAIR - 4-POOR - 5-CONSTRUCTIVE TOTAL)

| | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|
| FRONT END | | 4 | | ENGINE | | 4 | | SPARE TIRE | | 4 |
| LF ¼ | | 4 | | RADIATOR | | 4 | | LR TIRE | | 4 |
| LF DOOR | | 4 | | ALTERNATOR | | 4 | | RR TIRE | | 4 |
| LR DOOR | | 4 | | BATTERY | | 4 | | RF TIRE | | 4 |
| LR ¼ | | 4 | | A/C | | 4 | | LF TIRE | | 4 |
| REAR END | | 4 | | RADIO | | 4 | | GLASS | | 4 |
| RF ¼ | | 4 | | TAPE DECK | | 4 | | C.B. RADIO | | 4 |
| RF DOOR | | 4 | | HUB CAP | | 4 | | C.B. ANTENNA | | |
| RR DOOR | | 4 | | WHEEL COVER | | 4 | | | | |
| RR ¼ | | 4 | | DRIVE TRAIN | | 4 | | | | |
| HOOD | | 4 | | JACK | | 4 | | | | |
| TOP | | 4 | | TOOLS | | 4 | | | | |
| REAR LID | | 4 | | GASOLINE | | 4 | | | | |

REMARKS Misc. TRASH, BABY SEAT, TOOL KIT. (LEFT IN VEHICLE.
(USE SUPPLEMENTARY REPORT FOR ANY DETAILS NOT LISTED ON THIS PAGE)

DESCRIBE ANY PERSONAL PROPERTY LEFT IN VEHICLE
1- BUDWEISER 12 oz - BEER ON FLOOR - EVIDENCE

REPORT MADE BY Off. [signature] 8 DATE 9/1/07 TIME 0119

THE ABOVE VEHICLE HAS BEEN RELEASED TO ME AND I FOUND IT'S CONDITION TO BE AS INDICATED ABOVE

SIGNED X [signature] DATE TIME X 1:20 PM