# Muskingum County Court
## Docket entry on traffic case number 0705102

**Click here for case information**

**Case Number:** TRC 0705102A
**Defendant(s):** Kirk, Craig M

**PLAINTIFF'S EXHIBIT 16**

**09/05/2007**
- CASE WAS FILED WITH COURT
- CASE SET FOR A ARRAIGNMENT ON 09-06-2007 AT 9:00 AM

**09/06/2007**
- CONSTITUTIONAL RIGHTS FORM SIGNED BY DEFENDANT
- CASE SET FOR A TRIAL ON 10/02/2007 AT 9:00 AM

**09/18/2007**
- CASE SET FOR A TRIAL ON 10/09/2007 AT 9:00 AM

**09/21/2007**
- REQUEST FOR DISCOVERY FILED BY THE DEFENDANT

**09/27/2007**
- NOTICE OF INTENT TO REQUEST JUDICAL NOTICE
- MOTION REQUEST FOR ENLARGEMENT OF TIME CRIMINAL RULE 45 B

**09/28/2007**
- CASE SET FOR A HEARING ON 10/03/2007 AT 9:00 AM
- CASE SET FOR A HEARING ON 10/05/2007 AT 9:00 AM

**10/03/2007**
- DEFENDANT FAILED TO APPEAR- MOTION FOR ENLARGEMENT OF TIME
- DENIED
- SUBPOENA ISSUED TO JASON SCHILLING, SCOTT CALDWELL, TPR ROE

**10/04/2007**
- SHERIFF RETURN--PROOF OF SERVICE TO TPR ROE, JASON
- SCHILLING, SCOTT CALDWELL

**10/05/2007**
- DEFENDANT FAILED TO APPEAR - MOTION NOTICE OF INTENT TO
- REQUEST JUDICIAL NOTICE DENIED

[handwritten: Never served Craig Kirk? First Time seeing this?]

**10/09/2007**
- CASE SET FOR A SENTENCING ON 01/03/2008 AT 9:00 AM
- MOTION FOR DISCOVERY FILED BY THE DEFENDANT
- ANSWER WITH A MOTION TO DISMISS

**01/03/2008**
- DUI FINE 1ST OFFENSE $ 500.00
- MOVING VIOLATION COSTS $ 60.00
- LOCAL COURT COSTS $1.00
- SHERIFF FEES $4.00
- CASE SET FOR A RE-SENTENCING ON 05/08/2008 AT 8:45 AM
- DEF. PLED NG, FOUND G, FINE 500.00
- COSTS 65.00
- JAIL 50, SUSP, COMMIT 01/03/2008 [handwritten: 60 DAY?]
- OL SUSP FROM 09/01/2007 TO 09/01/2008 SPECIAL CONDITIONS:

- MBH:NO CRIM OR M1 TRAFFIC CONV. 5 YR

**01/07/2008**
- WORK RELEASE GRANTED COUNTY WORK

**01/09/2008**
- WORK RELEASE DENIED DEFENDANT REFUSED TO TAKE T B TEST

**03/25/2008**
- CASE SET FOR A HEARING ON 05/01/2008 AT 9:00 AM
- CASE SET FOR A HEARING ON 04/01/2008 AT 9:00 AM

**04/01/2008**
- PAYMENT - RECEIPT NO. 803108 IN THE AMOUNT OF $ 138.65
- CASE SET FOR A RE-SENTENCING ON 09/04/2008 AT 8:45 AM

**08/08/2008**
- PAYMENT - RECEIPT NO. 808079 IN THE AMOUNT OF $ 426.35

© Copyright 1999-2002 Henschen & Associates, Inc., (All rights reserved)

PLAINTIFF'S EXHIBIT 16-1

## STATE OF OHIO
## CITY OF ZANESVILLE COUNTY MUSKINGUM
## VILLAGE OF FRAZEYSBURG

STATE OF OHIO
STATE OF OHIO
"FRAZEYSBURG"

        Plaintiff

Case Number TRC0705102 A

Honorable Judge Vinsel

VS.

Craig Michael Kirk
PO BOX 996
Coshocton, Ohio



PLAINTIFF'S EXHIBIT
16-2

        Accused

## MOTION REQUEST FOR ENLARGEMENT OF TIME
## CRIMINAL RULE 45 (B)

      Now comes Craig Michael Kirk, Pro Se a voluntary expatriate, Practicing Hebrew non-citizen of the united state, visits this Honorable court specially and not generally herein. The accused believes the court has set a hearing date for 7, October 2007 A.D. Craig Michael Kirk moves the court for more time because this date is so burdensome and a rush to judgment against the accused that it takes a lot of money to move the court.

      I respectfully request an enlargement of time 45 days of time from the date of the hearing set by this court. The bases for the request is, everyone except Craig Michael Kirk in this case is paid by the state, subsequently I have to produce 3 times as much in the national economy in order get equal protection due process under the law.

      I need this time so that I can purchase a paid subscription from either from West Law or Lexis. I also have to pay rent at my repair shop, buy parts, feed my family, pay lot rent, and purchase home school materials for my offspring. This motion for Time Enlargement is also needed because I intend to answer said complaint so the record truly reflects all the real facts and merits of this case. Craig Michael Kirk looks forward to hearing from the people and the court on this matter herein.

*Set for hearing*

1



Respectfully Submitted
Craig Michael Kirk Pro Se
PO BOX 996
Coshocton, Ohio
740 453-3988
craigkirk@sbcglobal.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing copy of MOTION REQUSET FOR ENLARGEMENT OF TIME UNDER CRIMINAL RULE 45 (B) was served upon by hand, and U.S. mail TO: Prosecutor Scott Rankin 45 North 4th Zanesville 43701 Date 9-26-2007 A.D.

Respectfully Submitted
Craig Michael Kirk Pro Se
PO BOX 996
Coshocton, Ohio
740 453-3988
craigkirk@sbcglobal.net

2

**STATE OF OHIO**  
**CITY OF ZANESVILLE COUNTY MUSKINGUM**  
**VILLAGE OF FRAZEYSBURG**

10/9/2007 A.D.

STATE OF OHIO  
STATE OF OHIO  
"FRAZEYSBURG"

        Plaintiff

VS.

Craig Michael Kirk  
PO BOX 996  
Coshocton, Ohio

        Accused


PLAINTIFF'S EXHIBIT 16-4

Case Number TRC0705102 A

Honorable Judge Vinsel

**THE ACCUSED Craig Michael Kirk SECOND**  
**MOTION FOR DISCOVERY AND INSPECTION**  
**UNDER CRIMINAL RULE 16**  
**AND WITNESS LIST**

    Now comes Craig Michael Kirk, Practicing Hebrew Pro Se, and visits this Honorable court specially and not generally. Craig Michael Kirk, waves no right for any cause reason of effect. The following combined Criminal Rules of Civil Procedure.

    The responses requested are to be days of the service of the same Pursuant to Criminal Rule 16 of the Ohio Rules of Criminal Procedure, Craig Michael Kirk, request for the SECOND time, discovery against plaintiff STATE OF OHIO et al. herein

**Motion for a witness list under crim rule 16.**

                              Respectfully Submitted

                              _____  
                              Craig Michael Kirk Pro Se  
                              PO BOX 996  
                              Coshocton, Ohio  
                              740 453-3988  
                              craigkirk@sbcglobal.net



PLAINTIFF'S EXHIBIT 16-5

## DEFINITIONS AND INSTRUCTIONS

Pursuant to Rule 16 (A)(B)(1)(2)(3)(c)(b)(e)(f) of the Ohio Rules of Criminal Procedure, for the defense Craig Michael Kirk Pro Se Hebrew requests that the following materials be made available for inspection, test and copies:

1. Any statement, evidence, of whatever kind or description, according to the ORC or Federal Rules on evidence, AND within the possession that was made by any and all persons and freemen in law, located at said location, inside escort out side escort, in side police cruzer out side police cruzer at Hi-way Patrol station back in side the Burgs Police cruzer back at burg police department of ''FRAZEYBURGE'' referred to as the ''The Burg'' ALL known person(s) who are also named as wittiness or any and all other party such as state or could be stated and used to testify at trail herein

2. Written detailed summaries AND internal reports of any and all oral conversations, statements, documents phone calls addresses which were made by the all persons. Freemen In Law accused(s) or any other accused(s) individual subsequent to the time of accused being placed in custody by THE STATE OF OHIO The ''Burg'' or any other agency working in concert with any other known county of the STATE OF OHIO whether state or federal herein.

3. Any and all juristic contracts, recorded or written evidence testimony, statements, conversations, the whereabouts drug or alcohol evidence for or against the acused(s) or any and all persons under the color of law, or all others definitions under ORC defining person(s) or individuals. This demand for discovery shall include all suspect(s) whereabouts known or unknown to the ''Burg''agents, officers, employees(s) civil service persons under color of law. On or about the dates of the investigation(s) in the above said case by (the burg) STATE OF OHIO or other federal agency herein.

4. A complete history and records of the entire past of the acused Craig Michael Kirk past and present juristic contracts with the state of Ohio and the ''burg'' herein;

5. Any books, papers, documents, photographs, recordings, tangible objects which are available to, or within the possession, custody or control of you your person under color of law, or control of the where abouts of all said evidence described by and under the ORC and the Federal Rules of Evidence, for favorable or not of the accused and which are material to the preparation of the acused defense(s,) in law or are intended for reproduced to be used as evidence at hearing(s) pretrial, trial, and appeals or which were obtained from, the ''Burg'' or belong to, ''YOU'' your person under color of law under contract from the "Burg""

6. Any results or reports of physical or mental examinations, and scientific tests or experiments, which were made in connection with this case, available to, or within the possession, custody or control of the State OHIO, COUNTY OF MUSKINGUM, BCI. The existence of which is known, or through the exercise of due diligence, may become known to the Prosecuting Attorney, and such as all persons arrested. The night of the accused was arrested at the same location or having the same place of contact of house under investigation by MUSKINGUM COUNTY OHIO, ''FRAZEYBURGE'' , DEA, FBI, HOMELAND SECURITY or all others involved. Over seeing the day to day operations

PLAINTIFF'S EXHIBIT 16-6

involved in the investigation of the accused or said apartment or house "FRAZEYSBURG" not fully known to the accused herein

7. Provide all information evidence ON internal reports against the accused relating to this case or any other case were the accused named in other reports because of other prosecution herein.

8. All evidence known, or which the Prosecuting Attorney BCI, may know, is favorable or unfavorable to the accused and material to either guilt or punishment.

9. Copies of all statements by witnesses, signed or unsigned, acquired in whatever manner, which are material to, or bear upon, the merits of this case; including, but not limited to, the statements of the investigating officers, BCI whether state or federal, DEA IRS officers, and which are in the custody/or control of the Prosecuting Attorney, BCI or his or her, your staff, or which is subject to and available at the Prosecuting Attorney's discretion or order, or at the direction or order of the Prosecuting Attorney's staff or agents herein.

10. The precise nature and conditions of all promises, considerations, agreements, or inducements of any description, and any discussions held or made between any state or federal witness and the Prosecuting Attorney, police officials, or any other state or federal government officials, which might tend to influence that witness' testimony at trial.

Respectfully Submitted,

_____
Craig Michael Kirk Pro Se
PO BOX 996
Coshocton, Ohio
740 453-3988
craigkirk@sbcglobal.net

PLAINTIFF'S EXHIBIT 16-7

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing copy of MOTION CRIMINAL RULE 16-Discovery and Inspection AND WITTENESS LIST was served upon by hand, and U.S. mail TO: Prosecutor Scott Rankin 45 North 4th Zanesville 43701 Date 10-9-2007 A.D.

Craig Michael Kirk Pro Se
PO BOX 996
Coshocton, Ohio
740 453-3988
craigkirk@sbcglobal.net



PLAINTIFF'S EXHIBIT 16-8

STATE OF OHIO  
CITY OF ZANESVILLE COUNTY MUSKINGUM  
VILLAGE OF FRAZEYSBURG

9/21/2007

STATE OF OHIO  
STATE OF OHIO  
"FRAZEYSBURG"

        Plaintiff

VS.

Craig Michael Kirk  
PO BOX 996  
Coshocton, Ohio

        Accused

Case Number TRC0705102 A

Honorable Judge Vinsel

## ANSWER WITH A MOTION TO DISMISS

    Now comes Craig Michael Kirk, Practicing Hebrew Pro Se, and visits this Honorable court specially and not generally. Craig Michael Kirk, waves no right for any cause reason of effect. The following combined Criminal Rules of Civil Procedure.

    The responses requested are to be days of the service of the same Pursuant to Criminal Rule 16 of the Ohio Rules of Criminal Procedure, Craig Michael Kirk, Answer said complaint herein.

                                          Respectfully Submitted,

                                          Craig Michael Kirk Pro Se  
                                          PO BOX 996  
                                          Coshocton, Ohio  
                                          740 453-3988  
                                          craigkirk@sbcglobal.net

## CERTIFICATE OF SERVICE



The undersigned hereby certifies that a copy of the foregoing copy of the answer and motion to dismiss was served upon by hand, and U.S. mail TO the court Prosecutor Scott Rankin 45 North 4th Zanesville 43701 Date 9-21-2007 A.D.

Craig Michael Kirk Pro Se
PO BOX 996
Coshocton, Ohio
740 453-3988
craigkirk@sbcglobal.net

3

**MUSKINGUM COUNTY COURT**
(Multiple Count Entry)

( ) State of Ohio
vs
Kirk, Craig M, Defendant

Case No.: TRC 0705102

**JUDGMENT ENTRY**

CHARGE:
| Count | Code Section | Description | Degree |
|---|---|---|---|
| 1 | 4511.19A2 | OVI/REFUSAL | (m1) 1st in 64' |
| 2 | 4510.11A | DRIV UNDER SUSP | (m1) 5th overall |
| 3 | 4513.04 | HEAD LIGHTS | (mm) |

( ) Defendant failed to appear: ( ) SUMMONS ISSUED: ( ) WARRANT ISSUED: Bond Set at _____

ARRAIGNMENT: (✓) Defendant appeared in court: Acknowledged receipt of a copy of the complaint, has been informed of the nature of the charge and the maximum penalty, the right to counsel, the right to a continuance, and other rights under Criminal Rule 5.
( ) Entry of appearance, waiver of rights and written plea of NOT GUILTY filed by:
( ) Attorney _____ ( ) Defendant

COUNSEL:
( ) Retained Counsel _____
( ) Requested appointment: ( ) Not Eligible _____
( ) Found Indigent. Appointed: _____
( ) Waived the right to counsel. _____
( ) Requested continuance to confer with an attorney. Continued until _____

BOND: $_____ ( ) 10%: ( ) CASH/SURETY: ( ) PROPERTY: ( ) OWN RECOGNISANCE
( ) CONTINUED

PLEA:
(✓) NOT GUILTY: As to counts 1,2,3   Pre-Trial _____ Trial _____
(✓) GUILTY: As to counts 1,2,3 (Readvised of rights according to Criminal Rule 11)
( ) NO CONTEST: As to counts ____ (Readvised of rights according to Crim. Rule 11)
( ) NONE: FELONY CHARGE
( ) OTHER: _____

DECISION:
(✓) GUILTY: As to counts 1,2,3
( ) NOT GUILTY: As to counts _____
( ) DISMISSED AT REQUEST OF PROSECUTION: As to counts _____
( ) DISMISSED AT REQ. OF COMPLAINANT W/CONSENT OF PROSECUTION: As to counts _____
( ) BOUND OVER TO GRAND JURY: As to counts _____
( ) OTHER _____

PLAINTIFF'S EXHIBIT 17

SENTENCE: Count: ( )   ( )   ( )   ( )
FINE  $____ +costs  $____ +costs  $____ +costs  $____ +costs
Fine Suspended
JAIL ____ Days  ____ Days  ____ Days  ____ Days
Jail Suspended ____ Days  ____ Days  ____ Days  ____ Days
on condition of no offenses of similar nature within two years and _____
License Suspended
Immobilization
Forfeiture
Jail to Begin
_____ Driving Privileges _____

PROBATION: ____ Months. Terms: _____
COMMUNITY SERVICE: COMPLETE ____ HOURS WITHIN ____ DAYS.
OTHER ORDERS: _____

Date 10-9-07   _____ Judge

Sentencing 1-3-08 @ 9:00 A.M.