MUSKINGUM COUNTY COURT
(Direct Sentencing Entry)

State of Ohio                    :

Plaintiff                    :    Case No: TRC  0705102        A

VS.

Kirk, Craig M

Defendant

**PLAINTIFF'S EXHIBIT 17-1**

## Sentencing Entry

1) Defendant entered a ~~plea~~ _found_ of _____ G _____ to the stated offense of OVI/REFUSAL  in violation of RC 4511.19A , a misdemeanor of the __1st__ degree.  Defendant is found **GUILTY** of the above offense.  **THE FOLLOWING SENTENCE IS IMPOSED:**
Jail Incarceration of _found_ 50 days to begin _____

2) Defendant entered a ~~plea~~ _found_ of _____ G _____ to the stated offense of DRIV UNDER SUSP in violation of RC 4510.11A , a misdemeanor of the __1st__ degree.  Defendant is found **GUILTY** of the above offense.  **THE FOLLOWING SENTENCE IS IMPOSED:**
Jail Incarceration of _found_ 10 days to begin _____

3) Defendant entered a ~~plea~~ _found_ of _____ G _____ to the stated offense of HEAD LIGHTS  in violation of RC 4513.04  , a misdemeanor of the __MM__ degree.  Defendant is found **GUILTY** of the above offense.  **THE FOLLOWING SENTENCE IS IMPOSED:**
Jail Incarceration of _____ days to begin _____

**FINANCIAL SANCTIONS:**

* $500/250/50_____ fine plus court costs to be paid by  12-20-07
* Restitution to _____ in the amount of $_____ by_____
* Restitution collection fee of $_____ to be paid by_____
* Community service fee of $_____ to be paid by_____

**COMMUNITY CONTROL SANCTIONS (apply to all counts)**

____ Attend the 72 hour Driver's Intervention Program in lieu of three days in jail. Program must be completed within 60 days.
✓ License Suspension ____1____ days/months/years
____ Drug and Alcohol Use Monitoring:  Attend ____AA Meetings per week on separate days for ____months
✓ Counseling:  Eval
     ✓ Muskingum Behavioral Health ____Genesis ____CTC
     ____Six County ____Response ____Other_____
✓ No criminal convictions or first degree misdemeanor traffic offenses for ____60mo
____ Community Service: Must complete ____ Hours by_____
____ Probation as follows:
     ____ Basic Probation Supervision for_____
     ____ Intensive Probation Supervision _____
     ____ Obtain and Maintain Full Time Employment_____
     ____ Obtain Education or Training by_____
     ____ Other_____
____ Obtain Valid operator's license on or before_____
____ Other Unique Sanctions
_____
_____
_____

PLAINTIFF'S
EXHIBIT
18

To   Pro Bation:

this is a request to move the court for early release. I have about 30 days of a 60 day sentence in. I have my own business over on brighton and augusta street Craig's Auto Repair it's in the phone book as we. My shop is dieing and if I dont get out it will force me to go out business and I'll have to sell off all my equitment. Please move the court to see if I can get out. Me and my family we are trying to move to Zanesville and buy a house and live. I'm inpeoder of not being able to pay my fine and doing the requirment of Probation because of my mistake please help me. Its my fault I'm in here but I need some mercey please. I invested my whole life here and I'm going to lose everything. Please help in the Name of Go...

Respecfully your
Craig Kirk
Pro   se Practing the Braw

Finess  ( ( ? ?  ⟵

# MUSKINGUM COUNTY COURT
# PROBATION DEPARTMENT

27 North 5th Street
Zanesville, Ohio 43701
Phone: (740) 455-7153
Fax: (740) 455-7940



**PLAINTIFF'S EXHIBIT**

18-1

Mr. Kirk:

In order for you to get the transcripts from our court as you requested, you must contact Tahyi Court Reporting at (454-7157) and arrange for them to pick up the tapes from our court and payment for their services. If you have any question you may contact me at the above listed number.

Thank you

Brad Shawger
Probation Department

PLAINTIFF'S
EXHIBIT
18-2

Original     Floor 3     2-2-2008

To Captin Miller

Demand for Relidus Articalas

Craig Kirk    Cell 37      2008019

I need my Prayer Shall   Strones concordes

my Bible and other Relidgus teachings that
I have At home and At my shop here in two

Respectfully yours
Craig L Kirk
Pro se

first shift sunday.

PLAINTIFF'S
EXHIBIT
18-3

ORignal                    1-20-2008          A.D.

To, Captin Miller

20080019                         cell 39 Floor 3

Phone Block    | INMATE | KILL Broken Phones | KILK Broken phone |  Cant talk

Once agin I never got a vist!

yes my family come to see me. But!
one inmate was on the phone to the Left
But the other two phones were Broken. The pain
That I feel Because of my mistake of being in here
is hard. I was granted to see my family and all
I can do is Just sit there And not say anything
the other 2 phone dont work! That cots my
soul Deep. And is cole and is unfair!

Respectfully yours
God Bless
craig in Wicks

PLAINTIFF'S EXHIBIT
18 - 4
tabbies



## HAVE YOU BELIEVED ANOTHER GOSPEL?

Jesus' death on the cross. You are still trusting in yourself to ESTABLISH YOUR OWN RIGHTEOUSNESS. You cannot get saved by believing this other (false) gospel. Remember, the true gospel teaches that salvation is a gift from God for man, not a work from man for God.

*"For by GRACE are ye saved through FAITH, and that not of yourselves, it is the GIFT OF GOD, not of works, lest any man should boast."* (Eph. 2:8, 9)

*"For if they which are of the law be heirs, FAITH IS MADE VOID, and the promise made of none effect: . . . Therefore it is of FAITH, that it might be by GRACE."* (Rom. 4:14, 16a)

*"And if by GRACE then is it no more of works, OTHERWISE GRACE IS NO MORE GRACE . . ."* (Rom. 11:6)

Are you willing to believe the true GOSPEL OF GRACE? If so, with repentance toward God and faith in Jesus, ask Him for the gift of everlasting life right now. The very moment you completely trust Jesus Christ as your saviour and Lord . . . that very moment . . . you are saved . . . forever!

*"Verily, verily, I say unto you, He that heareth my word, and believeth on him that sent me, HATH EVERLASTING LIFE, and shall not come into condemnation; but IS PASSED from death unto life."* (John 5:24).

Please send this tract to us to let us know that after reading it, you have decided to trust Jesus Christ as your Saviour.

Name _____
Address _____
City _____
State _____

Uniontown Baptist Church
Fultonham, Ohio - Phone 849-2977
Larry Diamond, Pastor

**FELLOWSHIP TRACT LEAGUE**
P.O. BOX 164 LEBANON, OH 45036 U.S.A.
ALL TRACTS FREE AS THE LORD PROVIDES.
Tract No. 149

*"Which is not another, but there be some that trouble you, and would pervert the gospel of Christ."* (Gal. 1:7).

Friend, have you been deceived into believing "another gospel?" The word "gospel" means glad tidings or good news. The apostle Paul says that this "other gospel" is not a gospel at all; because it does not truthfully present the good news of God's GRACE in His plan of eternal salvation for the souls of men. Out of a sincere concern for those souls, this tract was written to expose the "other gospel" by presenting the true gospel of Jesus Christ as explained by Paul.

Health Organization is carrying all this good news around the world. School textbooks are being modernized. In the cause of general education, the press, radio, and television are pouring out floods of it daily. This has all happened in the 28 years since Dr. Haggard first decided to find out what makes drunks tick.

Every one of these pioneers in the total field will generously say that had it not been for the living proof of

recovery in A.A., they could not have gone on. A.A. was the lodestar of hope and help that kept them at it.

So let us work alongside all these projects of promise to hasten the recovery of those millions who have not yet found their way out. These varied labors do not need our special endorsement; they need only a helping hand when, as individuals, we can possibly give it.

a monthly called *Journal of Studies on Alcohol.*

*After retiring from her position as executive director, Marty Mann served N.C.A. as founder-consultant until her death in 1980.

*Today, Bill W.'s suggestion is being earnestly followed. The A.A. General Service Board has a Committee on Cooperation with the Professional Community; so has the General Service Conference. These committees enable the Fellowship to put the recommended friendliness into action on a continent-wide basis. The board committee offers cooperation to government and private agencies and to professional people and organizations throughout the alcoholism field.*

*Estimate as of 1958.
*Current (1992) estimate of A.A. membership worldwide: more than two million.
*The School for Alcohol Studies is now at Rutgers University, New Brunswick, N.J. It publishes the former *Quarterly Journal*—now

Distributed by:
A.A. WORLD SERVICES, INC.
P.O. Box 459, Grand Central Station
New York, NY 10163

tabbies
PLAINTIFF'S EXHIBIT
18-5

20M-4/96 (K)

P34

# Let's Be Friendly With Our Friends:
## Friends on the Alcoholism Front
### by Bill W.



WE ARE TOLD there are 4,500,000* alcoholics in America. Up to now, A.A. has sobered up perhaps 250,000* of them. That's about one in 20, or five percent of the total. This is a brave beginning, full of significance and hope for those who still suffer. Yet these figures show that we have made only a fair-sized dent on this vast world health problem. Millions are still sick and other millions soon will be.

These facts of alcoholism should give us good reason to think, and to be humble. Surely, we can be grateful for every agency or method that tries to solve the problem of alcoholism—whether of medicine, religion, education, or research. We can be openminded toward all such efforts, and we can be sympathetic when the ill-advised ones fail. We can remember that A.A. itself ran for years on trial-and-error. As individual A.A.'s, we can and should work with those that promise success—even a little success.

Nor ought we allow our special convictions or prejudices to overcome our good sense and goodwill. For example, numbers of us think that alcoholism is mainly a spiritual problem. Therefore, we have little time for biochemists who would like us to believe that drunks drink mostly because they are bedeviled by bad metabolisms. Likewise, we are apt to get red-hot when psychiatrists wave aside all

Footnotes on last page.

Copyright © 1958 by The A.A. Grapevine, Inc. (March 1958 issue); reprinted with permission

1-128 Pages


PLAINTIFF'S EXHIBIT
19

# Ohio Jail Administrator's

# HANDBOOK
2nd Edition

A Handbook for Ohio Jail Administrators
Compiled by
Ohio Jail Administrators



## Ohio Handbook Committee Members:

Robert Beightler, Executive Director, Tri-County Regional Jail
Todd Dempsey, Jail Administrator, Erie County Jail
Jeff Eiser, Operations Commander, Hamilton County Jails
Ryan Kidwell, Jail Administrator, Hancock County Jail
William P. McGee, Jail Administrator, Solon City Jail
William Schultz, Jail Administrator, Bedford Heights City Jail

**March 2008**

### Dedication to Susan Beach



PLAINTIFF'S
EXHIBIT

19-1



On May 8, 2006 our friend and mentor Captain Susan Beach, Jail Administrator of the Hancock County Sheriff's Office lost a two-year battle with cancer. The Findlay – Hancock County community and the State of Ohio lost a driven, compassionate, leader, and defined corrections professional.

Captain Beach began her career with the Hancock County Sheriff's Office in December 1981 serving as a clerical staff member. Throughout her career she was promoted to clerk supervisor in 1986 and Administrative Assistant in 1990 where she served in the Corrections division. In 1995 she was promoted to the rank of Lieutenant and assigned the role of Jail Administrator serving as Hancock County's first female jail administrator. In 2002 Captain Beach was promoted to the rank of Captain where she served until her retirement in January of 2006.

In addition to her duties as Jail Administrator Captain Beach was actively involved in promoting the profession of Corrections through her serving on the Buckeye State Sheriff's Association Community Corrections Board, Hancock County Sheriff's Office Rehabilitation and Opportunity Center Board, member of the American Jail Association and served on the transition team which assisted with the development and opening of the current Hancock County Justice Center in 1989. Susan was also actively involved in corrections through her continual research and initiatives in making corrections a more exposed profession while attempting to play an active role in lessening the inmate recidivism rate.

Captain Beach was instrumental in being the driving force in the development and gathering of administrators with the assistance of the State of Ohio Bureau of Adult Detention in creating the First Edition of what is now know as the Ohio Jail Administrators Handbook serving as a self help manual for Jail Administrators in their daily roles.

Captain Susan Beach was an inspiration to all who knew her. We the committee of the Second Edition of the Ohio Jail Administrators Handbook hereby dedicate the handbook and our efforts in memory of Captain Susan Beach.

Previous Handbook Authors / Editors

## 2005 Edition
Susan Beach, Jail Administrator, Hancock County Jail
Ted Bruner, Jail Administrator, Darke County Jail
Jim Dennis, Executive Director, Corrections Center of Northwest Ohio
Joseph Lynch, Jail Administrator, Auglaize County Jail
Mike Roach, Jail Administrator, Clark County Jail

Ohio Jail Administrator's Handbook, 2nd Edition

# Table of Contents



INTRODUCTION.................................................................................................. 1

LEGAL DISCLAIMER .......................................................................................... 1

JAIL MANAGEMENT ........................................................................................... 2

Mission Statement.......................................................................................... 2

Code of Ethics ............................................................................................... 2

Leadership .................................................................................................... 3

Positive Community Relations ........................................................................ 4

Public Procurement and the Bid Process......................................................... 4

Grant Assistance............................................................................................ 7

Emergency and Disaster Planning................................................................... 7

JAIL OPERATION ASSESSMENT CHECKLISTS.................................................. 9

Checklist 1   Policies and Procedures, Post Orders, and Documentation ............ 9

Checklist 2   Staffing, Recruitment, Hiring, Retention, and Scheduling ............... 9

Checklist 3   Planning, Budgeting, and Personnel Management ......................... 9

Checklist 4   Internal and External Inspections ................................................ 9

Checklist 5   Monitoring Population Data ........................................................ 9

Checklist 6   Jail Facilities Assessment........................................................... 9

Checklist 7   Emergency Preparedness ........................................................... 9

Checklist 8   Inmate Behavior Management ..................................................... 9

Checklist 9   Inmate Discipline ...................................................................... 9

Checklist 10    Facility Security ..................................................................... 9

CHECKLIST 1: POLICIES AND PROCEDURES, POST ORDERS, AND DOCUMENTATION .................. 10

Policies & Procedures.................................................................................... 10



PLAINTIFF'S
EXHIBIT
19-3

Ohio Jail Administrator's Handbook, 2nd Edition

Post Orders .................................................................................................. 11

Documentation .............................................................................................. 11

**CHECKLIST 2: STAFFING, RECRUITMENT, HIRING, RETENTION, AND SCHEDULING** ..................... 13

Staffing ......................................................................................................... 13

Recruiting, Hiring, and Retention .................................................................. 14

Staff Scheduling ............................................................................................ 16

**CHECKLIST 3: PLANNING, BUDGETING, AND PERSONNEL MANAGEMENT** ................................ 17

Mission .......................................................................................................... 17

Planning ........................................................................................................ 18

Budgeting ...................................................................................................... 18

Personnel Management .................................................................................. 20

**CHECKLIST 4: INTERNAL AND EXTERNAL INSPECTIONS** .......................................................... 22

Internal Inspections and Reviews .................................................................. 22

External Inspections ...................................................................................... 23

**CHECKLIST 5: MONITORING POPULATION DATA** ..................................................................... 24

Monitoring Population Data ............................................................................ 24

**CHECKLIST 6: JAIL FACILITIES ASSESSMENT** ......................................................................... 25

General .......................................................................................................... 25

Intake and Release Area ............................................................................... 27

Visiting Area .................................................................................................. 28

Inmate Housing Areas ................................................................................... 30

**CHECKLIST 7: EMERGENCY PREPAREDNESS** .......................................................................... 32

Emergency Response Management ............................................................... 32

Training and Skills ......................................................................................... 33

Equipment and Resources ............................................................................. 33

Recovery and Review .................................................................................... 34

**CHECKLIST 8: INMATE BEHAVIOR MANAGEMENT** ................................................................... 35


Screening ..................................................................................................... 35

Classification .............................................................................................. 35

Housing Plan .............................................................................................. 36

Orientation................................................................................................... 37

Staff Placement and Interaction ................................................................ 37

Productive Activities .................................................................................. 38

**CHECKLIST 9: INMATE DISCIPLINE** ........................................................... **39**

Inmate Discipline........................................................................................ 39

Inmate Grievances ..................................................................................... 40

**CHECKLIST 10: FACILITY SECURITY** ........................................................... **41**

Perimeter Security ..................................................................................... 41

Inmate Accountability ................................................................................ 41

Searches and Contraband Control............................................................. 42

Use of Force and Restraints ...................................................................... 43

Internal Movement and Transportation ..................................................... 44

Security Inspections .................................................................................. 45

**LIABILITY AND LEGAL ISSUES** .................................................................... **46**

Ohio Minimum Jail Standards (OAC) ......................................................... 46

Policy and Procedures ............................................................................... 46

Documentation/Record Keeping ............................................................... 46

Prisoner Rights and Privileges .................................................................. 47

Lawsuits ..................................................................................................... 47

Civil Rights Act of 1871 – 42 USC 1983 ................................................... 48

*First Amendment to the United States Constitution* ............................... 48

*Publications/ Free Speech – First Amendment* ..................................... 49

*Fourth Amendment to the United States Constitution* ........................... 49

*Eighth Amendment to the United States Constitution*............................ 49


*Fourteenth Amendment to the United States Constitution* ........................................................... 50

Prison Rape Elimination Act (PREA) ..................................................................... 50

Americans with Disabilities Act (ADA) ................................................................. 53

The Religious Land Use and Institutionalized Persons Act (RLUIPA) .................... 54

Health Insurance Portability and Accountability Act (HIPAA) ............................... 54

Detention of Prisoners for the Federal Government ............................................ 54

Detention of Foreign Nationals ........................................................................... 55

Detention of Juvenile Offenders .......................................................................... 55

DNA Testing of Certain Prisoners (HB 525) ........................................................ 59

SECURITY ISSUES ................................................................................................ 60

Effective Security and Control .............................................................................. 60

Management of a Secure Facility .......................................................................... 60

Security Doors: Fail-Safe vs. Fail Secure ............................................................. 62

Key Control ......................................................................................................... 62

Transportation of Prisoners .................................................................................. 63

Escape Techniques and Issues ............................................................................ 63

Hostage Situation Response ................................................................................ 64

Cameras .............................................................................................................. 64

OFFENDER MANAGEMENT AND CONTROL ...................................................... 65

Communication Intervention and De-escalation ................................................... 65

Use of Force ........................................................................................................ 66

PRISONER ISSUES ............................................................................................. 68

Management of Prisoners ..................................................................................... 68

Prisoner Classification .......................................................................................... 68

Suicide Prevention ............................................................................................... 69

Prisoner Discipline Procedures ............................................................................ 69

Prisoner Health Care ............................................................................................ 69



PLAINTIFF'S
EXHIBIT
19-7

Ohio Jail Administrator's Handbook, 2nd Edition

*Planning Approval Process* ............................................................................ 86

*History of the Bureau* ..................................................................................... 88

*Variance Requests to the Ohio Minimum Jail Standards* ................................. 92

*Deviation Requests to Structural Concerns with the Jail's Physical Facility* ...... 92

*Ohio Jail Statistics* ........................................................................................ 93

Ohio Jail Advisory Board (OJAB) ...................................................................... 93

Adult Parole Authority ....................................................................................... 93

Ohio State Auditor's Office ................................................................................ 94

Buckeye State Sheriff's Association (BSSA) ....................................................... 94

Ohio Association of Chiefs of Police (OACP) ...................................................... 94

Office of Support Services/ Central Pharmacy Program ..................................... 95

Correctional Institution Inspection Committee ..................................................... 95

FEDERAL AGENCIES OF INTEREST ................................................................. 97

National Institute of Corrections ........................................................................ 97

Office of Justice Programs ................................................................................ 97

Bureau of Justice Assistance ............................................................................ 97

Bureau of Justice Statistics .............................................................................. 97

National Institute of Justice (NIJ) ...................................................................... 97

Corrections Learning Network ........................................................................... 98

JAIL ACCREDITATION ..................................................................................... 99

*Ohio Bureau of Adult Detention (BAD)* ............................................................ 99

*National Commission on Correctional Health Care (NCCHC)* ........................... 99

*American Correctional Association (ACA)* ....................................................... 100

*Commission on Accreditation for Law Enforcement Agencies (CALEA)* ............ 100

ACKNOWLEDGEMENTS ................................................................................. 101

APPENDIX ...................................................................................................... 102

Appendix A – ORC 5120:1-7-01 Bureau Responsibility and Authority ............... 103


Appendix B – ORC and OAC Useful to Jail Administrators ................................................. 104

Appendix C – Prisoner Disciplinary Hearing Points of Interest ............................................ 107

Appendix D – Time Sensitive Actions Needed Per the OMJS ............................................. 109

Appendix E – Signatures Needed Per OMJS .................................................................... 112

Appendix F – Checklist for Preparing for Annual Jail Inspections........................................ 114

Appendix G – Map of Current Breakdown of Counties in Four Regions............................... 116

Appendix H – Map of Prisons.......................................................................................... 117

Appendix I – Map of Adult Parole Authority Regions ......................................................... 118



Ohio Jail Administrator's Handbook, 2nd Edition

## JAIL OPERATION ASSESSMENT CHECKLISTS

**Checklist 1   Policies and Procedures, Post Orders, and Documentation**

**Checklist 2   Staffing, Recruitment, Hiring, Retention, and Scheduling**

**Checklist 3   Planning, Budgeting, and Personnel Management**

**Checklist 4   Internal and External Inspections**

**Checklist 5   Monitoring Population Data**

**Checklist 6   Jail Facilities Assessment**



*Each time you see
this symbol, you
can click on the
Checkmark and it
will take you to the
checklist for this
topic area.*

**Checklist 7   Emergency Preparedness**

**Checklist 8   Inmate Behavior Management**

**Checklist 9   Inmate Discipline**

**Checklist 10 Facility Security**

Ohio Jail Administrator's Handbook, 2nd Edition

|  | Yes | No |
|---|---|---|
| 19. Is the staff's level of interaction with the inmates sufficient for staff to supervise the inmates effectively and manage their behavior? | ☐ | ☐ |
| Comments: | | |
| 20. Does the jail offer incentives to encourage inmates to behave well and comply with the rules? | ☐ | ☐ |
| Comments: | | |
| 21. Does the jail have a formal disciplinary process for inmates who break the rules? | ☐ | ☐ |
| Comments: | | |

**Productive Activities**

|  | Yes | No |
|---|---|---|
| 22. Are inmates kept productively engaged in activities throughout the day to avoid extended periods of idleness? | ☐ | ☐ |
| Review the daily schedule to determine the amount of planned activity and tour the housing units at various times to see the level of inmate participation in activities. | | |
| Comments: | | |



PLAINTIFF'S
EXHIBIT
19-10

Additional Comments

Ohio Jail Administrator's Handbook, 2nd Edition

**PLAINTIFF'S EXHIBIT**
19 - 11
tabbies®

# CHECKLIST 9: INMATE DISCIPLINE

## Inmate Discipline

| | Yes | No |
|---|---|---|
| 1. Does the jail have written policies and procedures governing the inmate disciplinary process? | ☐ | ☐ |
| Comments: | | |
| 2. Does the inmate disciplinary process include the following components? | | |
| Written rules governing inmate conduct | ☐ | ☐ |
| Written description of sanctions for rule violations | ☐ | ☐ |
| Written description of the disciplinary process | ☐ | ☐ |
| Inmate orientation/access to rules, sanctions and the disciplinary process | ☐ | ☐ |
| Provisions for resolving minor infractions | ☐ | ☐ |
| Notice of rule violation | ☐ | ☐ |
| Procedures for a fair hearing on rule violations | ☐ | ☐ |
| Documentation of disciplinary actions | ☐ | ☐ |
| Review of disciplinary decisions by a higher authority | ☐ | ☐ |
| Right to appeal | ☐ | ☐ |
| Comments: | | |
| 3. Is staff adequately trained in the rules and disciplinary procedures? | ☐ | ☐ |
| Comments: | | |

Jail Operation Assessment Checklists

39

Ohio Jail Administrator's Handbook, 2nd Edition

**PLAINTIFF'S EXHIBIT**

tabbies·

_19 - 12_

| | Yes | No |
|---|---|---|
| 4. Do any problems or issues relating to inmate discipline require immediate attention? | ☐ | ☐ |
| Comments: | | |
| **Inmate Grievances** | | |
| 5. Does the jail have a formal grievance process? | ☐ | ☐ |
| Comments: | | |
| 6. Is a staff person responsible for administering the grievance system? | ☐ | ☐ |
| Comments: | | |
| 7. Do the inmate handbook and inmate orientation provide information about the grievance process? | ☐ | ☐ |
| Comments: | | |
| 8. Does the jail's grievance system provide for the following? | | |
| Access by all inmates without reprisal | ☐ | ☐ |
| Availability of grievance forms | ☐ | ☐ |
| Staff assistance to inmates desiring help in preparing grievances | ☐ | ☐ |
| Written responses to grievances | ☐ | ☐ |
| Reasonable timeframes for reviewing and responding to grievances | ☐ | ☐ |
| Supervisory review of all grievances | ☐ | ☐ |
| Process appeal to a higher authority | ☐ | ☐ |
| Comments: | | |

Jail Operation Assessment Checklists

40


PLAINTIFF'S
EXHIBIT
19 -13



# HANDBOOK

**Ohio County Commissioners**
*Published by: County Commissioners Association of Ohio*

209 East State Street • Columbus, Ohio 43215-4309
Phone: 614-221-5627 • Fax: 614-221-6986 • www.ccao.org

# CHAPTER 8

# LIABILITY, IMMUNITY, AND INSURANCE

Latest Revision
November, 2008

## 8.01   GENERAL

This Chapter outlines the exposure the county and its officials and employees have to liability; how immunity protects the county and its officials and employees; insurance options available to cover property and liability risks, and procedures to procure insurance.

Running county government often means defending lawsuits and experiencing losses to county property.  While aggressive loss control, safety, and risk management programs can reduce the likelihood of and magnitude of losses, some form of insurance protection is usually needed by counties.

## 8.02   LIABILITY AND IMMUNITY BACKGROUND

Historically, counties had no liability.  In England, the King set up the courts, and so the King could not be sued in them.  This tradition followed settlers to America, where "sovereign immunity" kept claimants from suing the government and its officials. Sovereign immunity was eroded slowly until buried by a court decision in 1982 (Zents v Board of Commissioners, 9 OS 3d 204).  To restore some degree of protection to political subdivisions and their officials and employees, CCAO worked with the General Assembly and other public interest groups to enact ORC Chapter 2744, the Political Subdivision Tort Liability Law.

PLAINTIFF'S
EXHIBIT
19-14

cases, harassment, wrongful termination cases, and zoning cases. ORC Chapter 2744, and therefore the available immunities and defenses included in the Chapter, would not apply to actions brought in federal court. However, in federal court actions, generally an individual is immune if the employee acted in good faith or if the actions were reasonable to a reasonable observer (Mitchell v Forsyth, 472 U.S. 511, 1985). Attorneys fees, if permitted under the section of law referenced in the suit, are available for the successful claimant (Carey v Piphus, 435 U.S. 247, 1978).

## 8.10   CIVIL RIGHTS CLAIMS AGAINST COUNTIES

Civil rights claims against officials in their official capacity, or against the county or its departments as an entity, may only be maintained if the unconstitutional conduct of the county employee is part of a custom, policy or procedure of the county (Monell v Dept. of Social Services, 436 U.S. 658, 1978). An example is the county that had a policy of failing to train deputy sheriffs so that the deprivation of civil rights of others was in fact caused by the county (City of Canton v Harris, 489 U.S. 378, 1989). A successful claimant may receive attorney fees and compensatory damages from the county. In addition, the county may either be required to stop a practice (injunctive relief) or be required to take to perform specific tasks (declaratory relief), such as making a law library available to inmates.

## 8.11   STATUTE OF LIMITATIONS

Claims or lawsuits for injury or damage to property must be made within two years of when the injury or damage occurs. Although the two-year statute of limitations applies to the majority of claims and lawsuit, there are exceptions. The claims for employment discrimination may be brought up to six years after the wrongful act occurs.

## 8.12   ISSUANCE OF DEBT TO PAY CLAIMS AND ESTABLISH RESERVES

Counties are authorized to issue general or special obligation bonds for purposes related to liability insurance as follows:

1.   To provide funds to pay judgments, losses, damages, and the expenses of litigation or costs to settle claims.

2.   To provide funds for a county that establishes its own self insurance program to establish a special fund from which to pay claims.

3.   To provide funds to pay the county costs, including the establishment of a reserve fund, for establishing and maintaining a joint self insurance pool.

These bonds need not follow normal issuance procedures specified in the uniform bond law unless the county elects to use these procedures. In such a case, they may be issued for not more than 20 years. Such bonds are exempt from the direct debt limit of ORC Section 133.05, but are subject to the indirect or constitutional debt limit.

PLAINTIFF'S
EXHIBIT
19-15
tabbies

The Ohio Historical Society has a manual that has forms in it that are very helpful in setting up a record system. The forms can also be accessed at www.ohiohistory.org/resource/lgr/forms.html. The State Auditor's Office also has AOS Technical Bulletins available that date back to 1995.

Prisoner records are a valuable source of information; therefore, a case record should be maintained for every prisoner taken into the custody of your facility.

## Prisoner Rights and Privileges

Every effort should be made to provide prisoners with a clean, safe, assault free, and harassment free environment. Prisoner civil rights must be guarded. Corporal punishment is never acceptable.

Prisoners' rights are generally divided into two categories **Fundamental** rights and **Qualified** rights. Fundamental rights include Constitutional rights which must be provided. Fundamental rights typically include visits by attorney or clergy, telephone calls to attorney or clergy, adequate food/nutrition, adequate lighting, ventilation, temperature control, sanitation, medical care and access to a grievance mechanism. Qualified Rights are rights that are guaranteed to prisoners as long as they are behaving (ex. Recreation). Qualified rights can be created through a jail's policies and procedures. Prisoners also have the right to fair disciplinary procedures. Fundamental rights cannot be suspended for disciplinary action. Qualified Rights or privileges may be suspended as a part of disciplinary action however the established guidelines of the Ohio Minimum Standards must be followed. See the Ohio Minimum Standards 5120: 1-8-12 &14 Discipline. See the Ohio Minimum Standards glossary for a definition of fundamental rights and privileges. 5120: 1-7-02 Glossary of Terms (16) (35).

**Fundamental Rights**
Description:
Those rights which must be provided to all prisoners.
Examples:
Food, Lights, Attorney / Clergy Visits or calls

**Qualified Rights**
Description:
Those rights guaranteed to prisoners as long as they are behaving
Examples:
Recreation, Dayroom Access, visits by family and friends

**Privileges**
Examples:
TV on/off time, extra food, snacks, extra TV channels

## Lawsuits

We live in a litigious or lawsuit prone society. The sheriff, board of commissioners or regional board, you, or your employees may get sued. When this occurs typically you will want to, notify the person you report to and your agency's legal representative (attorney) and any jail employees listed as defendants. The Sheriff or Commissioners will likely contact the jail's insurance carrier or direct you to act as their designee.