| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) CLERK  C. Date of Delivery 4-21-11 |
| 1. Article Addressed to:<br><br>Craig Kirk<br>P.O. Box 206<br>Warsaw, OH 43844 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>2011 APR 25 A 11:38<br>U.S. DISTRICT COURT<br>SOUTHERN DIST. OHIO<br>EAST. DIV. COLUMBUS<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 0510 0004 3445 3440 |
| PS Form 3811, February 2004 | Domestic Return Receipt   09-583 EPD   102595-02-M-1540 |

---

UNITED STATES POSTAL SERVICE    First-Class Mail<br>Postage & Fees Paid<br>USPS<br>Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**OFFICE OF THE CLERK**
**U.S. DISTRICT COURT**
**JOSEPH P. KINNEARY U.S. COURTHOUSE**
**85 MARCONI BLVD., SUITE 121**
**COLUMBUS, OH 43215**

09-583 EPD