AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| Craig Michael Kirk ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.  2:09-cv-583 |
| Muskingum County Ohio, et al., ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:  **The Report and Recommendation is Adopted.  The Motion for Summary Judgment by Defendants Village of Frazeysburg and Officer Jay Schilling  is GRANTED.  Judgment is hereby entered in favor of the Defendants Village of Frazeyburg and Officer Jay Schilling.**

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date:  May 16, 2011                             *CLERK OF COURT*

                                                s/Denise Shane, Deputy Clerk
                                                _____
                                                *Signature of Clerk or Deputy Clerk*