IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Craig Michael Kirk

    Plaintiff,

v.

Muskingum County, Ohio, et al.,

    Defendants.

Case No. 2:09-cv-00583
Judge Graham
Magistrate Judge Preston Deavers

## OPINION AND ORDER

As discussed in the final pretrial conference held today, the remainder of this case against Muskingum County, Shawn Brady, John Lane, Matt Lutz, Brad Shawger, Bob Stevenson, and John Winters is dismissed without prejudice for failure to prosecute. The Clerk shall enter final judgment in accordance with this order. Costs are assessed against the plaintiff.

It is so ORDERED.

s/James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: May 20, 2011