AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| Craig Michael Kirk ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.  2:09-cv-583 |
| Muskingum County Ohio, et al., ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: **Judgment is hereby rendered in favor of defendants Muskingum County, Shawn Brady, John Lane, Matt Lutz, Brad Shawger, Bob Stevenson, and John Winters dismissing plaintiff's claim against them without prejudice at plaintiff's cost.**

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

decided by Judge _____ on a motion for _____ .

Date:  May 20, 2011                                    *CLERK OF COURT*

                                                       s/Denise Shane, Deputy Clerk

                                                       *Signature of Clerk or Deputy Clerk*