## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION



Craig Michael, Kirk

    Plaintiff

CASE NO. 2:09-cv-583

Vs.

Judge James L. Graham

Muskingum County Ohio et al.

Magistrate Elisabeth Preston Deavers

    Defendants

### MOTION TO DISMISS

That the Plaintiff Craig Michael, Kirk moves this Honorable Court, to enter an Order to dismiss said complaint see doc **No.2.** Plaintiff dismisses said complaint for many cumulative reasons and effects; one is poverty in which the vehicle of poverty parked at our home. Plaintiff states that other written facts times dates places has been written but withheld also play "the" controlling role against witness and the plaintiff, forcing this motion herein.

**1. WHEREFORE;** Plaintiff moves the Honorable Court to enter an Order to Dismiss said case.

                                              Respectfully Submitted
                                              *Craig Michael Kirk*
                                              Phone 740 824-4850
                                        PO. BOX 206 Warsaw Ohio [43844]

**At the mouth of two witnesses or at the mouth of three witnesses shall the matter be established Deut. 19:15.**

*[signatures]*

## CERTIFICATE OF SERVICE

The plaintiff Craig Michael Kirk, do hereby certify that I did deliver a true and correct copy of the forgoing document **MOTION TO DISMISS** depositing a copy thereof in the United States Mail. Postage prepaid, in an envelope address to: UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF OHIO EASTERN DIVISION and to all defendants Muskingum county et al BY Pacer at the clerks office.

Respectfully Submitted
*Craig Michael Kirk*
Phone 740 824-4850
P.O. BOX 206 Warsaw Ohio [43844]

2